UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DOORDASH, INC. and UBER TECHNOLOGIES, INC., <br><br> Plaintiffs, <br><br> -against- <br><br> THE CITY OF NEW YORK, <br><br> Defendant. | Case No.   1:25-cv-10268 |

## DECLARATION OF GABRIEL HERRMANN

I, Gabriel Herrmann, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746, as follows:

1.      I am over 18 years of age, am competent, and make this declaration based upon my own personal knowledge.  I make this declaration in support of Plaintiffs' Motion for Preliminary Injunction.  If called to do so, I could and would competently testify to these matters under oath.

2.      I am a member of the bar of this Court and a partner of the law firm of Gibson, Dunn & Crutcher LLP, counsel to Plaintiff DoorDash, Inc. ("DoorDash").

3.      Attached as Exhibit 1 is a true and correct copy of an article by Janae Bowens titled *Tipping Fatigue Rises as Americans Push Back Against Growing Culture* that was published on The National News Desk on March 14, 2025, and that is available at https://thenationaldesk.com/news/americas-news-now/tipping-fatigue-rises-as-americans-push-back-against-growing-culture.

4.      Attached as Exhibit 2 is a true and correct copy of an article by Khalil Bullock titled *From Reward to Requirement: The New Tipping Culture* published on Temple Now on August 14,

2025, and that is available at https://news.temple.edu/news/2025-08-14/reward-requirement-new-tipping-culture.

5.      Attached as Exhibit 3 is a true and correct copy of the report by the New York City Department of Consumer and Worker Protection titled *A Minimum Pay Rate for App-Based Restaurant Delivery Workers in NYC*, dated November 2022, which is available at https://www.nyc.gov/assets/dca/downloads/pdf/workers/Delivery-Worker-Study-November-2022.pdf.

6.      Attached as Exhibit 4 is a true and correct copy of a letter from Kassandra Perez-Desir, former Head of Government Relations, NY/NJ & Puerto Rico at DoorDash, Inc., to Julie Menin, Council Member & Chair of the Committee on Consumer and Worker Protection, dated June 25, 2024, which is available at the New York City Council Legislative Research Center file as part of the written testimony before the Committee found in Attachment No. 8, at https://legistar.council.nyc.gov/LegislationDetail.aspx?ID=6632243&GUID=0C44C069-E78C-4069-A4FF-BEE334267090&Options=ID%7cText%7c&Search=737.

7.      Attached as Exhibit 5 is a true and correct copy of an article by the Guardian Staff titled *John Oliver on Tipping Culture: 'It's Unlikely to Ever Go Away Completely'* that was published on The Guardian on March 3, 2025, and that is available at https://www.theguardian.com/tv-and-radio/2025/mar/03/john-oliver-tipping-culture.

8.      Attached as Exhibit 6 is a true and correct copy of an article by Drew DeSilver and Jordan Lippert titled *Tipping Culture in America: Public Sees a Changed Landscape* that was published on Pew Research Center on November 9, 2023, and that is available at https://www.pewresearch.org/wp-content/uploads/2023/11/SR_23.11.09_tipping-culture_report.pdf.

9.	Attached as Exhibit 7 is a true and correct copy of an article by Betty Lin-Fisher titled *To Tip or Not and How Much? Here's How People Feel About Tipping* published on USA Today on July 9, 2025, and that is available at https://www.usatoday.com/story/money/2025/06/27/tipping-how-much-highest-lowest/84292188007/.

10.	Attached as Exhibit 8 is a true and correct copy of an article by Vincent E. Castillo et al. titled *Designing Technology for on-Demand Delivery: The Effect of Customer Tipping on Crowdsourced Driver Behavior and Last Mile Performance* published in the Journal of Operations Management on May 23, 2022, and that is available at https://onlinelibrary.wiley.com/doi/full/10.1002/joom.1187.

11.	Attached as Exhibit 9 is a true and correct copy of the Transcript of the Minutes of the Committee on Consumer and Worker Protection, dated June 21, 2024, which is available at the New York City Council Legislative Research Center file as Attachment No. 9, at https://legistar.council.nyc.gov/LegislationDetail.aspx?ID=6632243&GUID=0C44C069-E78C-4069-A4FF-BEE334267090&Options=ID%7cText%7c&Search=737.

12.	Attached as Exhibit 10 is a true and correct copy of the Transcript of the Minutes of the Stated Meeting, dated April 11, 2024, which is available at the New York City Council Legislative Research Center file as Attachment No. 5, at https://legistar.council.nyc.gov/LegislationDetail.aspx?ID=6632243&GUID=0C44C069-E78C-4069-A4FF-BEE334267090&Options=ID%7cText%7c&Search=737.

13.	Attached as Exhibit 11 is a true and correct copy of NYC Int. No. 737, which is available at the New York City Council Legislative Research Center file as Attachment No. 3, at

https://legistar.council.nyc.gov/LegislationDetail.aspx?ID=6632243&GUID=0C44C069-E78C-4069-A4FF-BEE334267090.

14.    Attached as Exhibit 12 is a true and correct copy of NYC Int. No. 738, which is available at the New York City Council Legislative Research Center file as Attachment No. 3, at https://legistar.council.nyc.gov/LegislationDetail.aspx?ID=6632240&GUID=0B1C08F6-AF2C-4F1B-8EFD-D1532B38E0BC.

15.    Attached as Exhibit 13 is a true and correct copy of the Transcript of the Minutes of the Committee on Consumer and Worker Protection, dated July 14, 2024, which is available at the New York City Council Legislative Research Center file as Attachment No. 12, at https://legistar.council.nyc.gov/LegislationDetail.aspx?ID=6632243&GUID=0C44C069-E78C-4069-A4FF-BEE334267090&Options=ID%7cText%7c&Search=737.

16.    Attached as Exhibit 14 is a true and correct copy of Briefing Paper and Committee Report of the Government Affairs Division by the Committee on Consumer Affairs and Public Licensing, dated June 8, 2021, which is available at New York City Council Legislative Research Center    file    as    Attachment    No.    6,    at https://legistar.council.nyc.gov/LegislationDetail.aspx?ID=4699489&GUID=3A8811DB-BB84-4519-8C35-18B997CF4417&Options=&Search=.

17.    Attached as Exhibit 15 is a true and correct copy of the Notice of Adoption of Final Rule by the New York City Department of Consumer and Worker Protection, which is available at    https://rules.cityofnewyork.us/wp-content/uploads/2023/06/DCWP-NOA-Minimum-Pay-for-Food-Delivery-Workers.pdf

18.    Attached as Exhibit 16 is a true and correct copy of the Notice of Proposed Hearing and Opportunity to Comment on Proposed Rules by the New York City Department of Consumer

and    Worker    Protection,    available    at    https://rules.cityofnewyork.us/wp-content/uploads/2023/03/DCWP-NOH-Minimum-Pay-for-Food-Delivery-Service-Workers.pdf.

I hereby declare that the foregoing is true and correct.  Executed this 11th day of December, 2025, in New York, New York.


_____/s/ *Gabriel Herrmann*_____

Gabriel Herrmann