# Exhibit 1



ADVERTISEMENT

## Tipping fatigue rises as Americans push back against growing culture

by JANAE BOWENS | The National News Desk
Fri, March 14th 2025 at 10:10 AM



00:00                                                                    01:36



*An image of the tip jar stolen from the fish market in Morrow Bay (Photo: Morro Bay Police Department)*

TOPICS:    TIPPING FATIGUE    AMERICANS    WALLETHUB    SERVICE CHARGES    INFLATION    GRATUITY    ECON    >

WASHINGTON (TNND) — Tipping fatigue is at an all-time high, with 90% of Americans expressing that tipping culture has spiraled out of control, according to a recent WalletHub survey. This marks a significant increase from 75% last year.

"You can't do it everywhere and with these economic pressures, I feel like more and more places are expecting you to do it," said Blane Woodfin of Blue Collar Restaurant Group.

00:00  ◯                                                                                                01:36

WalletHub experts noted that three in ten Americans are likely to tip less if confronted with a tip suggestion screen, and some may choose not to tip at all due to offense.

"It's a voluntary gesture. You know that you show appreciation for good service, and now it's almost like a tax or a surcharge," noted Chip Lupo, a writer and analyst at WalletHub. "There's confusion over who to tip, because it's gone way beyond just the traditional restaurants or bars or hairstyles, which you customarily you tip. Now it seems everywhere you go, any type of service that you have done, someone is practically demanding that you tip them for their service."

ADVERTISEMENT



Currently, there is a bipartisan effort in Washington to eliminate federal taxes on tips, with about 20 states considering removing state income tax on tips as well. More than one in four Americans think tips should be taxed as they are now.

Additionally, 83% of Americans believe automatic service charges, such as those on DoorDash orders, should be banned. Experts suggest that paying in cash can sometimes help consumers avoid service or transaction fees, offering a potential way to save money amid rising inflation.

"Most people want to be generous, but they don't want to be nudged or forced into generosity at every turn, especially when gratuity was truly optional in the past. You also have to remember that money is tight for most of us, thanks to inflation, high debt levels and stock market volatility. Not having enough money to make ends meet puts a natural limit on people's ability to tip, and excessive tip requests can feel like taunting. What people really want is for

businesses to pay their own staff, rather than passing the buck to customers," explained John Kiernan, a WalletHub editor.

**SPONSORED CONTENT**                                                                 by Taboola

**Talk to your doctor about TZIELD.**

Sanofi | **SPONSORED**

**Top Biologists: If Anyone Has Tinnitus (Ear Ringing) Do This Immediately**

Memory Magazine | **SPONSORED**

**Neurologists Explain: 3 Common Foods Now Tied To Dementia Concerns**

Memory Magazine | **SPONSORED**

**MORE TO EXPLORE**

**Couple sentenced for sex crimes against children, authorities say**

**Republican candidate Matt Van Epps wins Tennessee's 7th Congressional District**

**Missing 13-year-old girl sexually assaulted, found inside sheet-covered box**

ADVERTISEMENT