# Exhibit 8



Check for updates

Received: 12 January 2021 | Revised: 9 March 2022 | Accepted: 2 May 2022

DOI: 10.1002/joom.1187

**RESEARCH ARTICLE**

WILEY

# Designing technology for on-demand delivery: The effect of customer tipping on crowdsourced driver behavior and last mile performance

Vincent E. Castillo[1] | Diane A. Mollenkopf[2] | John E. Bell[3] | Terry L. Esper[1]

[1]Department of Marketing and Logistics, The Ohio State University, Columbus, Ohio, USA

[2]Te Whare Wānanga o Waitaha, University of Canterbury, Christchurch, Aotearoa, New Zealand

[3]Department of Supply Chain Management, University of Tennessee, Knoxville, Tennessee, USA

**Correspondence**
Vincent E. Castillo, The Ohio State University, Columbus, Ohio, USA.
Email: castillo.230@osu.edu

**Handling Editor:** Anand Nair

## Abstract

Crowdsourcing technology platforms specializing in on-demand last mile delivery face a novel problem—heightened agent independence increases uncertainty in last mile delivery and has the potential to undermine operational performance. Uncertainty emanates from drivers' competing interests, or opportunity costs. Rather than increase remuneration, some platforms have designed the technology to allow customers to tip, but the subsequent effects on driver behavior and last mile performance have not yet been studied. We explore this feature of on-demand delivery technology design—customer tipping—and its implications for crowdsourced delivery performance. Using netnography and secondary data sources, we empirically ground an adaptive, multi-agent hybrid simulation to propose how customer tipping impacts service performance through context-contingent driver behavior. Our results generally indicate that tipping as a technology design feature mitigates uncertainty in the crowdsourced delivery fleet and reduces fulfillment times and unit delivery costs. We also find evidence suggesting that the impact of tipping on driver behavior is geography-contingent, with tipping having unexpectedly detrimental effects in high population density areas relative to low-density areas. We conclude by making a series of theoretical propositions and managerial implications about designing technology to facilitate crowdsourced delivery.

**KEYWORDS**

agent-based simulation, crowd logistics, last mile, netnography, sharing economy

## 1 | INTRODUCTION

Crowdsourcing technology platforms specializing in on-demand last mile delivery services face a novel problem—heightened delivery agent independence increases uncertainty in last mile operations (Cachon et al., 2017; Carbone et al., 2017; Castillo et al., 2018; Ta et al., 2018). Each driver determines their working schedule and can accept or reject platform delivery offers while available for deliveries, in effect comparing any offer to their own competing interests (Taylor, 2018). This implies that each delivery agent

This is an open access article under the terms of the Creative Commons Attribution-NonCommercial-NoDerivs License, which permits use and distribution in any medium, provided the original work is properly cited, the use is non-commercial and no modifications or adaptations are made.

© 2022 The Authors. *Journal of Operations Management* published by Wiley Periodicals LLC on behalf of Association for Supply Chain Management, Inc.

Case 1:25-cv-10268-GBD    Document 11-8    Filed 12/11/25    Page 3 of 31

18731317, 2022, 5, Downloaded from https://onlinelibrary.wiley.com/doi/10.1002/joom.1187, Wiley Online Library on [18/11/2025]. See the Terms and Conditions (https://onlinelibrary.wiley.com/terms-and-conditions) on Wiley Online Library for rules of use; OA articles are governed by the applicable Creative Commons License

has a unique availability threshold, which must be met by the platform if the driver is to provide the on-demand last mile delivery service (Gurvich et al., 2019). Collectively, agent independence has the potential to undermine operational performance of the platform by increasing uncertainty in delivery capacity and service variability, thereby adversely impacting customer experience.

Increasing agent remuneration is one option for platforms to enhance the likelihood of driver agent acceptance, but the financial implications of this approach often render it cost prohibitive. In response, many US-based platforms have adopted the institution of tipping, in which the technology platform allows customers to add tips for delivery agents. This design feature builds on restaurant-sector norms (Lynn, 2019; Lynn et al., 1993; Lynn & Wang, 2013), enabling customers to monetarily reward drivers for superior service. The tipping mechanism can increase drivers' delivery acceptance rates with the enticement of increased earnings. Thus, the tipping functionality could be expected to reduce delivery capacity uncertainty and increase provision of cost-efficient delivery service, especially in markets where drivers have to travel long distances at personal expense.

Surprisingly, not all crowdsourced delivery technology platforms allow customer tipping (Campbell, 2017). Those that do sometimes make this design feature difficult for customers to find and utilize. Furthermore, some technology designs, like one used by GrubHub, allow drivers to see tip amounts before accepting a delivery but others, such as Roadie or Postmates, do not reveal the tip until after the delivery is completed. Other designs, such as those employed by Amazon Flex and Instacart, allow customers to change their tip amount up to 24 h after the delivery is made (Bridges, 2019), which has led to the phenomenon of "tip-baiting" in which customers can falsely entice drivers to accept a delivery (O'Brien & Yurieff, 2020). Drivers tend to flee such platforms, increasing uncertainty and potentially harming operational performance.

The decision to allow customers to tip crowdsourced delivery agents is important, since it may impact drivers' decision-making and the recruiting and retention of gig workers. Yet, platform variability in the use and approach to tipping raises significant questions regarding whether it is beneficial and in which contexts. Operations management (OM) researchers investigating the technology design features of crowdsourced delivery platforms have yet to explore the effects of customer tipping on driver decision-making behavior, and ultimately the effects on last mile delivery performance (e.g., Rechavi & Toch, 2020; Ta et al., 2018; Zhang et al., 2019). We address these gaps in the literature by exploring crowdsourced delivery tipping and the environmental contingencies moderating its impacts on delivery performance. In doing so, we answer calls to explore the operations

implications of crowdsourcing business models (e.g., Qi et al., 2018; Savelsbergh & Van Woensel, 2016) and for managerially relevant and forward-looking research (e.g., Anand & Gray, 2017; Gallien et al., 2016; Toffel, 2016; Van Mieghem, 2013; Zinn & Goldsby, 2017). Our guiding research question is, *What are the impacts of customer tipping on crowdsourced last mile delivery performance?*

To explore this research question, we take a contingency approach to investigating customer tipping as a technology design feature of on-demand crowdsourced delivery platforms. Our focus is on the service performance implications of the tipping design feature, which we explore using a multi-method effort across levels of analysis, from micro-level driver agent decision-making behavior to firm-level delivery service performance. We conduct a netnography to qualitatively unravel crowdsourced driver decision-making behavior about accepting or rejecting a delivery offer, and the role of the tipping function in the decision. Four empirical observations (EOs) emerge that ground an adaptive, multi-agent hybrid simulation. The simulation allows for experimentation of how crowdsourced driver behavior impacts last mile delivery service performance and how that impact is contingent upon designing the technology to include a tipping feature or not, as well as geographic market characteristics.

## 2 | LITERATURE REVIEW

### 2.1 | Crowdsourced agent independence and technology design

Much of the early empirical research on crowdsourcing focused predominantly on product design or new ideas via open innovation tournaments (Ba & Nault, 2017; Bayus, 2013; Bockstedt et al., 2015; Boons et al., 2015; Burtch et al., 2018; Wooten & Ulrich, 2017). Only recently have researchers begun to explore crowdsourcing in operational processes such as last mile delivery (Carbone et al., 2017; Devari et al., 2017; Frehe et al., 2017; Ta et al., 2018).

Accumulated research has thus far argued that crowdsourcing last mile delivery is not simply the addition of another delivery service provider. Rather, it involves fundamental differences in designing physical distribution operations to mitigate uncertainty in a fleet of crowdsourced service providers that results from delivery agent independence (Carbone et al., 2017; Castillo et al., 2018; Karger et al., 2011; Ndubisi et al., 2016). As independent contractors, drivers can decide if and when to make themselves available for deliveries (Cachon et al., 2017; Gurvich et al., 2019; Taylor, 2018). Their autonomy affects order fulfillment because they can

1873317, 2022, 5, Downloaded from https://onlinelibrary.wiley.com/doi/10.1002/joom.1187, Wiley Online Library on [18/11/2025]. See the Terms and Conditions (https://onlinelibrary.wiley.com/terms-and-conditions) on Wiley Online Library for rules of use; OA articles are governed by the applicable Creative Commons License

decide whether to accept specific delivery offers (Carbone et al., 2017; Chen et al., 2016; Guo et al., 2019). When drivers make a delivery acceptance decision, they do so with knowledge that they are free to pursue other interests at any given time. Essentially, drivers have opportunity costs that factor into their availability decisions and whether to accept any specific delivery offer (Cachon et al., 2017; Gurvich et al., 2019; Taylor, 2018). Ultimately, driver autonomy creates risk for firms seeking to crowdsource delivery since it can negatively impact operational performance (Carbone et al., 2017; Castillo et al., 2018; Guo et al., 2019; Zhang et al., 2019).

Strategic options for mitigating the added service quality risk reside within the domain of crowdsourcing technology design (Goncalves et al., 2015). For instance, ridesharing technology platforms often incorporate surge pricing as a feature that results in increased driver earnings and customer prices during peak demand periods (Guda & Subramanian, 2019). Such a feature helps companies match the supply of drivers with demand for rides (Taylor, 2018). In contrast, surge pricing is not uniformly used in delivery services, but similar remuneration-related considerations are made when designing the driver-facing technology.

Traditional delivery providers usually have duration-based contracts (Kittur et al., 2008). In crowdsourcing models, remuneration is commonly structured as combining per-delivery payments (i.e., piece rate) with mileage rates (i.e., payment per-mile; e.g., Roadie, 2020). Other popular features in remuneration structures include per-minute driver payments for the duration of active delivery (e.g., Grubhub, 2020a) or paying drivers for a scheduled block of time (e.g., Amazon Flex, 2020). Regardless of remuneration structure employed, firms using crowdsourced delivery have several options through the driver-facing technology to adjust payment rates in their efforts to mitigate adverse effects of agent independence.

Because these remuneration options typically raise costs for the already expensive last mile of the supply chain, many technology platforms have instead incorporated tipping features. Through tipping, a portion of driver remuneration is provided by delivery recipients, thus essentially raising the landed price of delivery to those customers opting to tip drivers. However, tipping has been shown to increase demand by raising perceptions of superior service quality and reducing perceived expensiveness of the service (Lynn, 2019; Lynn et al., 1993; Lynn & Wang, 2013). Hence, tipping features enable technology platforms to address driver remuneration and customer perceptions (Duhaime & Woessner, 2019), which both have performance-enhancing properties.

## 2.2 | Context-contingent performance of crowdsourced delivery

The performance of a crowdsourced delivery fleet has been shown to be contingent upon its fit with the environment in which it is employed (Buldeo Rai et al., 2017; Castillo et al., 2018; Frehe et al., 2017; Hossain & Kauranen, 2015). Customer expectations and driver strategies for crowdsourced delivery also vary by geographical distance, with customers in local delivery markets being most concerned with lead time but customers receiving long-distance shipments being more concerned with driver professionalism (Punel & Stathopoulos, 2017; Rechavi & Toch, 2020). Other environmental factors that influence the growth and performance of crowdsourced delivery include e-commerce proliferation and stakeholder perceptions of feasibility (Guo et al., 2019). Collectively, this work keeps with the tenets of contingency theory by suggesting that the performance of crowdsourced last mile strategies are contingent upon fit with the environmental context (Van de Ven et al., 2013; Venkatraman, 1989).

However, a glaring weakness of the literature base to-date is the lack of focus on driver decision-making behavior. The criteria and processes that drivers use to evaluate delivery offers can have significant impacts on last mile delivery performance and customer service. Given the importance of agent independence in crowdsourced delivery service models, which is not observed in traditional logistics outsourcing relationships, it is essential to understand how drivers decide to accept delivery offers and the factors that affect those decisions. To that end, we explore the inclusion of tipping in crowdsourced delivery platform designs as a means of reducing the uncertainty attributable to delivery agent independence and earnings control.

## 3 | METHODOLOGY PART 1: EMPIRICAL OBSERVATIONS ON CROWDSOURCED DRIVER BEHAVIOR

To generate initial insight into crowdsourced driver behavior, we follow the methodological structure of Gray et al. (2017) by employing a qualitative study to empirically ground a simulation model. We begin with netnography, a form of ethnographic research used to collect and analyze archival social interaction data from online forums (Kozinets, 2002; Kozinets et al., 2010). The goal of netnography is to "understand the conversations, languages, online behaviors, and symbolic repertoires of different groups of interest" (Kozinets, 2018, p. 3) in a

way that reveals information about the online participant's overall behavior relating to the topic of interest. This is done by emphasizing fluency in the vernacular and symbolism of the target community's shared reality that reveals information about individuals' behavior (Heinonen & Medberg, 2018; Kozinets, 2016). Netnography is thus a valuable method for gleaning insights about crowdsourced delivery driver behavior, since it is a less costly, less intrusive, yet more naturalistic approach than interviews, surveys, focus groups, or experiments (Kozinets, 2018).

Our goal in using netnography was to understand how crowdsourced drivers perceive and respond to the operational environments enabled through technology platforms such as Amazon Flex, Instacart, Grubhub, DoorDash, and UberEats. To accomplish this, we investigated online conversations among crowdsourced drivers related to driver best practices and decision-making behavior. We chose to observe the online communities of reddit.com ("reddit") since they have demonstrated an ability to organize and coordinate actions in the real world that can have major ramifications for industry. For example, reddit users ("redditors") recently coordinated purchases of stock in GameStop Corp., AMC Entertainment Holdings, and BlackBerry Ltd., which caused volatility in stock prices and major losses for traditional institutional investors (Banerji et al., 2021; Verlaine & Banerji, 2021). Therefore, the conversations being had on reddit are important sources of knowledge and vital for detecting evolving trends that can have significant impacts on industry.

We focused our attention on a single online forum ("subreddit") entitled "Couriers of Reddit" (http://reddit.com/r/couriersofreddit). At the time of data collection, this subreddit had ~22,600 subscribers with about 21,900 comments made between June 2019 and 2020, suggesting it is a large and lively online community of crowdsourced drivers. Additionally, this website was preferred since redditors typically adopt pseudonyms and thus, the online conversations may be more revealing of complex behaviors and decision-making nuance due to anonymity. Furthermore, this subreddit is a free and publicly available forum open for observation without restriction. Therefore, the textual data can be considered public communication similar to conventional mass media, thus providing a potentially rich source of information (Langer & Beckman, 2005).

A detailed account of the data collection process and content coding and analysis procedures is provided in Appendix A. Trustworthiness of interpretation is also demonstrated in Appendix A along the recommended criteria of credibility, transferability, dependability, and confirmability (Lincoln & Guba, 1985). Four key EOs emerged from our investigation; Table 1 provides representative coding passages that reflect each EO. As part of the trustworthiness checks, we recruited a prominent member of the crowdsourced delivery community with a significant social media presence as a field expert to evaluate the reasonability of our EOs.[1] The expert agreed that the EOs are reasonable interpretations of driver decision-making behavior.

## 3.1 | Delivery acceptance decision-making factors

Four factors consistently emerged as being influential to a driver's acceptance decision: total remuneration for the delivery, distance to be traveled to make the delivery (or, similarly, the amount of time it will take to make the delivery), pick-up/drop-off location characteristics, and the customer tip amount. Passage 1 in Table 1 provides a representative exchange,[2] identifying total remuneration and distance as important considerations for accepting a delivery. Passage 1 also reveals a decision-making heuristic relating total remuneration and travel distance: *try to only accept jobs that result in roughly $1 per mile in earnings.*

The tenor of conversation was often negative, with users venting about poor experiences on one or more of the decision-making factors, which ultimately led them to reject a delivery. For instance, in Passage 2 the redditor implores others to act in a certain way. This passage is indicative of a general consensus among this community that *drivers should not accept low paying orders*, indicating an assumption that the crowdsourcing companies will be convinced to increase remuneration amounts and thereby change the design of their technology platform.

The comment in Passage 3 shows that in addition to a low payout, distance and pickup/delivery site characteristics also factor into the decision to reject delivery offers. Beyond these three factors, the tip amount is also an essential factor. This is evidenced by Passage 4, which was made in reply to a customer asking how much to tip food delivery drivers. Taken together, Passages 1–4 are representative quotes supporting EO#1:

> EO1: Crowdsourced drivers' delivery acceptance decisions are dependent on the base pay amount of the task, the total travel distance of the delivery, delivery location characteristics, and the customer tip amount.

## 3.2 | Heterogeneity in driver decision-making behavior

Driver heterogeneity manifests in decision-making behavior, ranging from drivers being highly selective and strategic in acceptance decisions, to exhibiting a more

1873117, 2022, 5, Downloaded from https://onlinelibrary.wiley.com/doi/10.1002/joom.1187, Wiley Online Library on [18/11/2025]. See the Terms and Conditions (https://onlinelibrary.wiley.com/terms-and-conditions) on Wiley Online Library for rules of use; OA articles are governed by the applicable Creative Commons License

1873117, 2022, 5, Downloaded from https://onlinelibrary.wiley.com/doi/10.1002/joom.1187, Wiley Online Library on [18/11/2025]. See the Terms and Conditions (https://onlinelibrary.wiley.com/terms-and-conditions) on Wiley Online Library for rules of use; OA articles are governed by the applicable Creative Commons License

**TABLE 1**    Representative coding passages supporting empirical observations

| # | Type | | Contents of the passage | EO |
|---|------|---|-------------------------|-----|
| 1 | Exchange | Original posting title | "How do you decide to accept door dash orders?" [sic] | EO #1 |
| | | Body of original posting | "I got around ten offers of 8.25 [$ for the delivery] but they were 13 miles away. I know you are suppose [sic] to do a dollar per mile however I hardly see offers over 6.00 [$]. What do you guys do?" | EO #4 |
| | | Reply | "The dollar a mile is really dependent on where you are, cost of gas, city or rural, what you get per mile, etc. If 0.75 [$ per mile] works in your area and for what you driver, take it. For me, I like being about 1.20+ [$ per mile] so I decline most of the small ones and fast food." | |
| 2 | Exchange | Original posting title: | "Please keep rejecting small offers" | EO #1 |
| | | Body of original posting: | "These 4 and 3 dollar [sic] orders are insulting. We all need to keep rejecting these offers until they learn they need to stop with this garbage. P.s. wrote this after being offered the same offer several times and each time it was lower. We need this to change asap" [sic] | EO #2 |
| | | Reply | "Your rejection is another person (not me) happily accepting it. And as long as someone is willing to take it, and there will ALWAYS be someone like that, nothing will change." | |
| 3 | Quotation | | "I'm assuming [I was deactivated] because my acceptance rate was so low, but I'm sorry I'm not going to drive 10 miles to the bad part of Baltimore to deliver a $3.50 order. Not worth it financially wise or safety wise." [sic] | EO #1 |
| 4 | Quotation | | "Don't tip a % based on the amount of the order. Drivers care about time and the distance they have to drive. Just because it's a $10 offer doesn't mean the driver is gonna [sic] take it if it is mostly mileage/delivery pay. They're gonna [sic] decline and wait for an order with a higher tip. Just tip more and you'll get your food." | EO #1 EO #3 |
| 5 | Quotation | | "You want to know what the problem is? The customer only tipped $2 that's the problem! Do you even know how this works? How drivers get paid? We rely on tips and can reject or accept any order I want [sic]. It's not taking an hour and a half because I'm slacking off, it's taking so long because I'm the only driver in this city who is willing to accept this order." | EO #2 EO #3 |
| 6 | Quotation | | "If you can't at least tip $5 you prob [sic] shouldn't be ordering delivery...you should be willing to pay at least $5 ... not including the price of the delivery the app charges you." | EO #3 |
| 7 | Quotation | | "I then rejected 2 more orders, cause at this point, why the fuck not. [sic] One was 8 miles away with $0 tip, the other was only 7 miles away with a $0.50 tip. $0.50." | EO #3 |
| 8 | Quotation | | "I think you're lucky with the cash tip thing. I only ever get cash tips from those who have already tipped in the app. I think I've had exactly 2 cash tips total on what appeared to be no tip orders. The way things are spread out here I just can't gamble with it. I can't drive | EO #3 |

1873117, 2022, 5, Downloaded from https://onlinelibrary.wiley.com/doi/10.1002/joom.1187, Wiley Online Library on [18/11/2025]. See the Terms and Conditions (https://onlinelibrary.wiley.com/terms-and-conditions) on Wiley Online Library for rules of use; OA articles are governed by the applicable Creative Commons License

**TABLE 1**    (Continued)

| # | Type | Contents of the passage | | EO |
|---|------|------|------|-----|
| | | | "10 min to restaurant and 10 min to customer in hopes that they will tip cash because if they don't then I am ending up spending my own money in gas to deliver their food and making nothing off it." | |
| 9 | Exchange | Original posting title | "Can I ask for tips?" | EO #2<br>EO #3 |
| | | Body of original posting | "I'm a Caviar courier. I wrote a clever "tips are appreciated" text and it brought my lunch/breakfast earnings up to dinner levels. Is this against policy, could I get in trouble?" | |
| | | First reply | "Speaking of tips... I had someone from Postmates deliver to me the other day and he walked up and said 'Here, I brought you a bottle of water no charge' and then followed with, 'if you could please rate me 5 stars and give me a good review I would appreciate it.' I did appreciate the water at first but after he mentioned what he wanted I felt a bit manipulated. Just my 2 cents that if the same happened followed up with a tip request I would've felt like I just bought the water" | |
| | | Second reply | "Don't ask for tip. It's a bad image and annoying. If they want to tip... They will." | |
| | | OP's reply | "I thought I was clear: it works in my market. I don't care what you think about it, can anyone tell me if it's against Caviar policy?" | |
| 10 | Quotation | | "Anyone who says [tips should be presented before the delivery is made] is honestly an entitled child and does not understand what a tip is for. Your pay is what is told to you beforehand. A tip is for good service at the end. You don't tip trying to bait good service, a tip is a reward. If you are not happy with the pay before tip, then find another job." | EO #2<br>EO #3 |
| 11 | Quotation | | "Depending on your market, it can be hard to get Grubhub orders without a block, which may need to be scheduled in advance." | EO #4 |
| 12 | Quotation | | "...everything is dependent on where you Doordash. I'm in a city so I decline everything under 2.50 per mile. I generally stick to the really close fast food places that I know will be 1–2 mile delivery for 6–7 dollars because their [sic] so fast to turnover." | EO #4 |

indiscriminate and casual approach. For instance, Passage 2 reveals an understanding that *within the driver population, some are willing to accept deliveries that others might consider unacceptable due to low pay*. This quote was part of a larger discussion about attempting to influence platforms to pay more by rejecting low-paying offers. The quote indicates a perception of futility of such a strategy, however, in that *eventually someone will accept a low paying delivery because they are less discerning about the offers*.

The comments regarding some drivers eventually accepting less-desirable deliveries also reveal potentially negative implications for last mile delivery performance. Occasionally, no- or low-tip orders will be rejected repeatedly by drivers, only for another driver to finally accept it after the estimated delivery time has already passed (i.e., the delivery is already late before a driver finally accepts the offer). Passage 5 captures driver sentiment regarding this situation – *if the customer had left a higher tip amount, it would have been accepted sooner*. These passages lend support to the presence of diversity in perceived importance of decision-making factors among the driver community, which lead to EO #2:

Case 1:25-cv-10268-GBD    Document 11-8    Filed 12/11/25    Page 8 of 31

18731317, 2022, 5, Downloaded from https://onlinelibrary.wiley.com/doi/10.1002/joom.1187, Wiley Online Library on [18/11/2025]. See the Terms and Conditions (https://onlinelibrary.wiley.com/terms-and-conditions) on Wiley Online Library for rules of use; OA articles are governed by the applicable Creative Commons License

EO2: Heterogeneity in the driver community manifests as a continuum of decision-making behavior ranging from selective to indiscriminate delivery acceptance. A driver's position along that continuum determines the relative importance of the four delivery evaluation factors to that individual.

## 3.3 | The nuanced role of customer tips in evaluating delivery offers

Based on the textual data, delivery offer acceptance or rejection is clearly a multidimensional decision. Yet, some dimensions are viewed by drivers as more important than others, depending on their proclivity to be more selective or indiscriminate in evaluating delivery offers. For example, Passage 4 includes a quote about how the tip amount compares to distance or overall payout during offer acceptance decisions, suggesting that *among the four decision factors, tips may actually be the most important for more selective drivers*. Passage 4 indicates that even if the order has a relatively large base-pay remuneration amount (e.g., $10), tip amount will still play a major role in whether the driver will accept or reject the delivery.

Tipping and tip amounts are a lively discussion topic in the online forum. Non-driver community members have made postings leading to discussions surrounding minimum acceptable tip amounts. As reflected by Passage 6, *drivers generally seem to agree that $5 is the minimum tip amount that a customer should leave. If the tip is less than this, it is often perceived as insulting or not worth the driver's time*. Passage 7 shows one driver's negative reaction to two orders with tip amounts less than $5. Both passages reveal how the tip amount can affect the decision-making behavior of selective drivers.

Sometimes customers may not leave a tip via the technology platform, instead opting to offer a cash tip to the driver upon delivery. Unfortunately for the technology platform, this approach to tipping may not necessarily improve delivery acceptance rates. Passage 8 is a quote from a driver acknowledging the possibility of receiving cash tips in person but expressing unwillingness to gamble on such an uncertain outcome. *The risk of not receiving a cash tip when no tip is left in-app on the delivery is just too much for some drivers to overcome—they would rather reject such an offer than to gamble.*

Other drivers try to prime the customer to tip ahead of time, but this practice is not uniformly accepted among the driver community. Passage 9 demonstrates this observation while providing insight into how tipping affects delivery offer evaluation for more selective drivers. This exchange reveals an intriguing tension between a strong desire for tips but an unwillingness to outright ask the customer for them. Furthermore, not all drivers view tips as essential, suggesting further variability in the relative importance of the four factors for selective drivers. For example, Passage 10 provides an opposing viewpoint on the importance of tipping. When considered in sum, these passages are representative of the third EO:

EO3: Of the four delivery evaluation factors, the customer tip amount has the most variability in relative importance in selective drivers' acceptance decisions; delivery offers with tips of less than $5 are viewed as undesirable.

## 3.4 | Geographical market differences

The netnography also revealed drivers' perceived differences in decision-making between geographical markets. *Drivers generally recognize that cities are vastly different in terms of their geographical structure (sprawling vs. dense) and in terms of competition for deliveries*. This impacts drivers' perception on their ability to find consistent work, as evidenced by Passage 11. Passages 1 and 12 also convey that drivers understand how decision-making factors are contingent on the geographical market. These representative quotes reveal that drivers recognize differences between regions and therefore have different decision-making behavior based on where they work, which allows us to posit EO #4:

EO4: The geographical market affects the relative importance of evaluation factors during drivers' delivery acceptance decision-making.

## 4 | METHODOLOGY PART II: CONSTRUCTING AN ADAPTIVE, MULTI-AGENT HYBRID SIMULATION

The netnography guided development of a hybrid simulation model that bridges the micro- and firm-levels of the last mile delivery crowdsourced technology platform. We employed this empirically-grounded simulation in a series of experiments to compare performance impacts of crowdsourced driver behavior across contextual scenarios in the delivery process (Evers & Wan, 2012; Shafer & Smunt, 2004). A simulation methodology is appropriate in this research since it is not possible to experiment with the actual system or a physical model of the system (Kelton, 2016; Law & Kelton, 1982; Miller, 2015; Muir et al., 2019). Additionally, simulation in this research

1873117, 2022, 5, Downloaded from https://onlinelibrary.wiley.com/doi/10.1002/joom.1187, Wiley Online Library on [18/11/2025]. See the Terms and Conditions (https://onlinelibrary.wiley.com/terms-and-conditions) on Wiley Online Library for rules of use; OA articles are governed by the applicable Creative Commons License

allows us to deal with the high degree of complexity in the crowdsourcing system, while the empirical grounding and real-world input data from the netnography adds to the validity and credibility of the research results (Chandrasekaran et al., 2018; Gray et al., 2017).

The hybrid simulation model combines agent-based and discrete event techniques in GIS maps to ensure a holistic system-level assessment. The agent-based methodology provides an upward-facing perspective where the system level behaviors are observed from the purview of constituent elements within the system (Rand & Rust, 2011; Zhao et al., 2019). We model drivers, customers, and stores as the main agents of interest. Crowdsourced driver agents are programmed with an adaptive "learning" algorithm so that they change their behavior based on interactions with other agents and the environment (Macal, 2016; Rand, 2006).

The discrete event methodology, on the other hand, yields a downward-facing perspective where the system is modeled as a collection of processes, and system level behaviors are a consequence of variance within these processes (Kelton, 2016; Law & Kelton, 1982). The overall delivery process from customer order generation to delivery fulfillment is modeled with discrete event techniques. Furthermore, by building the simulation model in GIS maps, a distribution network using real-world addresses of origins and destinations is used to enhance the empirical grounding of the model. With this addition, agents can roam geographic areas while recording spatial and temporal data that can be used to assess operational performance (Ambra, Caris, & Macharis, 2020). Thus, combining the upward- and downward-facing simulation approaches in GIS maps yields a more realistic and holistic system-level understanding of crowdsourced delivery operations. To ensure rigor in the simulation model development process, we followed procedures prescribed by Law (2015), Tersine (1994), Sargent (2005, 2013), Manuj et al. (2009), and Rand and Rust (2011). A detailed account of the verification and validation procedures in the model development process is provided in Appendix B (Data S1).

## 4.1 | Empirical setting

Inspired by previous research (e.g., Buldeo Rai et al., 2017; Frehe et al., 2017; Rechavi & Toch, 2020; Taylor, 2018) as well as EO#4 regarding the variability in on-demand delivery services across geographical markets, the simulated home delivery service operations are based on three cities with differing population densities and land areas—San Francisco (SFO), Columbus, OH (CLB), and Oklahoma City (OKC; see Figure 1). SFO has a population density of 18,581 residents per square mile and a

land area of 46.9 sq. mi. CLB has 3960 residents per sq. mi. with a land area of 225.1 sq. mi. whereas OKC has a density of 956 residents per sq. mi. with a land area of 621.0 sq. mi. The customer networks in SFO and CLB were built from publicly available, anonymized residential address databases maintained by each municipality. For OKC, addresses were obtained from the city government through a Freedom of Information Act (FOIA) request. For each geographic database, 5000 addresses were randomly selected to represent potential customer locations in each city. The addresses were converted to latitude/longitude coordinates and plotted in GIS maps using AnyLogic 8.3 (see Figure 1). The latitude/longitude coordinates were then used to obtain real-world route distances (as opposed to Manhattan or Euclidean distances) to each customer from the retail stores via openstreetmap.org (OpenStreetMap Contributors, 2015). To further enhance empirical realism of the model, all parameters (also listed in Appendix B) were obtained from secondary data sources or previous research.

## 4.2 | Conceptual model and simulation architecture

Figure 2 depicts the conceptual model and simulation architecture. The model consists of three types of agents—Customers, Stores, and Drivers comprising a distribution network, $G$. Within the network $G$ are service areas anchored by a single Store to which a set of Customers and Drivers are assigned based on geographical proximity: $G$ $(S, C, D, E)$ where $S$ is the set of Stores, $C$ is the set of Customers, $D$ is the set of Drivers, and $E$ is the set of edges (roads) that connect all of the nodes. Customer, $c_i \in C$, places an order, $O_j$, for on-demand delivery from the nearest Store, $s_i \in S$. Customer orders received at $s_i$ are then batched on a FIFO basis into a route, $R_k$, the size of which is drawn from a discrete uniform probability distribution truncated to between 1 and 12 customers ($Unif[1,12]$). $S$ is plotted in a GIS map using the real-world latitude and longitude coordinates of the locations of a US grocery store chain that provides on-demand home delivery in each city. The route is offered to a crowdsourced delivery Driver, $d_i \in D$ who accepts or rejects the route at time $t$ with probability, $P_{i,k,t}^r$. If $d_i$ rejects $R_k$, then $d_{i+1}$ is offered the route, a process that continues until $R_k$ is eventually accepted. The fulfillment time for $O_i$ continues to increase while $d_i$ is sought. Fulfillment time in excess of 8 hours represents a missed same-day delivery and a cost penalty of $10 is incurred.

Upon accepting $R_k$, the driver makes the deliveries along a real-world route, $e_i \in E$, with the stops organized via a nearest-neighbor algorithm. Upon completion, $d_i$

CASTILLO ET AL.

18731317, 2022, 5, Downloaded from https://onlinelibrary.wiley.com/doi/10.1002/joom.1187, Wiley Online Library on [18/11/2025]. See the Terms and Conditions (https://onlinelibrary.wiley.com/terms-and-conditions) on Wiley Online Library for rules of use; OA articles are governed by the applicable Creative Commons License

**FIGURE 1**    GIS maps of customer networks (1:300,000). Clockwise from top left: Oklahoma City (OKC), with a population density of 956 residents/sq mi; Columbus (CLB), with a population density of 3960 residents/sq mi; San Francisco (SFO), with population density of 18,581 residents/sq mi. Black dots are customer locations and green buildings are retail stores.



**FIGURE 2**    Conceptual model and simulation architecture

becomes available for more deliveries and $s_i$ records the delivery as fulfilled, capturing total delivery costs and fulfillment times. New drivers are added to $D$ at a rate of $Unif(1, 3)$ drivers per store per week to simulate recruitment of new drivers into the crowdsourced fleet. Including a pipeline of new drivers enhances face validity of the conceptual model and allows us to capture dynamics of recruitment alongside driver turnover.

CASTILLO ET AL.



**FIGURE 3**    Crowdsourced driver agent decision tree

Appendix B contains a screenshot of the animation of this entire process.

Figure 2 also depicts the simulation architecture. The overall process of placing, receiving, processing, and delivering orders is simulated in a discrete time system (i.e., using discrete event methodology). The agents are embedded within this high-level process and programmed with their own behaviors. Customers place orders with stochastic frequency, Stores receive and prepare the orders, and Drivers deliver the orders. Store agents have embedded within them the process of receiving, picking, packing, and preparing the order(s) for delivery. Delivery driver agents have embedded within them a decision tree that allows them to "learn and adjust" their decision-making behavior dynamically.

### 4.3 | The learning and adaptive behavior of crowdsourced driver agents

Inspired by EO#1, Driver agents are programmed to behave as shown in the decision tree in Figure 3 (see Appendix B for accompanying pseudocode). The set of

Drivers, $D$, are initially located in close geographical proximity to a Store agent to receive on-demand delivery offers (see the top-center of Figure 3). This aligns with standards on platforms like Amazon Flex that require drivers to be near a pickup location to receive offers. When a route is prepared, the Store offers it to a Driver, which accepts the offer with an initial probability, $P^r_{i,k,t}$, of 90%, a level that many technology platforms require for drivers to remain in "preferred status" (e.g., Grubhub, 2020b). We allow $P^r_{i,k,t}$ to dynamically change over time based on the four factors identified in EO#1, an operationalization of the driver's unique opportunity cost of time, and the difference between its expected and actual earnings.

The right side of the decision tree simulates a Driver accepting a delivery offer. Upon entering this side, the delivery process begins, with no diversions allowed enroute. The Driver makes the deliveries with each stop consuming a probabilistic amount of time (governed by a normal distribution truncated between 5 and 10 min with $\mu = 7.5$ min and $\sigma = 2$ min). As the Driver services the route, the accumulated mileage, time worked, number of deliveries, and earnings for that day are recorded into an array that simulates the "memory" of a Driver. The Driver's total daily

1873117, 2022, 5, Downloaded from https://onlinelibrary.wiley.com/doi/10.1002/joom.1187, Wiley Online Library on [18/11/2025]. See the Terms and Conditions (https://onlinelibrary.wiley.com/terms-and-conditions) on Wiley Online Library for rules of use; OA articles are governed by the applicable Creative Commons License

1873117, 2022, 5, Downloaded from https://onlinelibrary.wiley.com/doi/10.1002/joom.1187, Wiley Online Library on [18/11/2025]. See the Terms and Conditions (https://onlinelibrary.wiley.com/terms-and-conditions) on Wiley Online Library for rules of use; OA articles are governed by the applicable Creative Commons License

earnings are calculated in a *per-delivery + per-mile* remuneration structure (where *total remuneration = number of deliveries * ($/delivery) + accumulated mileage * ($/mile)*). In the scenarios where tipping is allowed, tip amounts are also included in total daily earnings. At the end of workday $t$, the Driver calculates its actual earnings per mile ($AEPM$):

$$AEPM_t = \frac{total\ daily\ earnings}{daily\ accumulated\ mileage} \quad (1)$$

This value is compared with the expected earnings per mile for the same day ($EEPM_t$), a figure calculated from the Driver's historical actual and expected earnings alongside its unique opportunity cost of time, $\theta_i$.

$$EEPM_t = AEPM_{t-1}(\theta_i) + EEPM_{t-1}(1 - \theta_i) \quad (2)$$

...where $0 < \theta_i \leq 1$. In other words, the Driver is "learning" how much to expect to earn from its historical earnings record. Finally, the Driver compares the relative difference in expected and actual earnings and adjusts $P^r_{i,k,t}$ for the next workday, $t + 1$, accordingly:

$$P^r_{i,k,t+1} = P^r_{i,k,t} + \frac{AEPM_t - EEPM_t}{AEPM_t} \quad (3)$$

The mathematical formulation of this "learning" and "adjusting" behavior of the Driver agents is adapted from similar algorithms in agent-based simulation models (e.g., Trivedi & Rao, 2018) and vehicle routing problems (Barbucha, 2014; Dorigo & Gambardella, 1997). This means that Driver agents will adapt their behavior to either favor their personal time or make more deliveries based on continued interactions with Customers and Stores in terms of earnings. Adjustments will also vary based on whether they are earning tips and the city in which they are delivering. In Equation (2), $\theta_i$ thus represents how greatly Driver, $d_i$, values its opportunity cost of time relative to making deliveries. As $\theta_i$ approaches 1, it represents a more selective Driver in evaluating delivery offers, where the driver's opportunity cost of time is deemed to be highly valuable compared with making deliveries. Thus, a poor run of earnings in the short term, where the driver is earning less than it has learned to expect from its historical earnings, will cause the driver to drastically lower $P^r_{i,k,t}$ and eventually stop working for the platform altogether (with re-entry subsequently allowed). However, as $\theta_i$ approaches 0, the Driver is more indiscriminate in evaluating delivery offers and perceives making deliveries as more valuable than its opportunity cost of time. Thus, short-term earnings that are less than expected will not affect this Driver's $P^r_{i,k,t}$ as drastically. In fact, because the Driver values making deliveries relative

to the other activities it could be engaged in at that moment, $P^r_{i,k,t}$ will not decline as fast in the short term. However, if the actual earnings continue to be less than expected, extending into the long-term, then $P^r_{i,k,t}$ eventually will decline. In accordance with EO#2, we incorporate Driver heterogeneity by allowing each driver to have a unique $\theta_i$ sampled from a uniform distribution, *Unif* (0.01, 1.0).

When tipping is allowed, the tip amount for order $j$, $\tau_j$, is also recorded. Drivers immediately adapt $P^r_{i,k,t}$ proportionally to the amount above or below \$5, the amount drivers generally assume to be the minimum acceptable tip amount, as noted by EO#3. Therefore, $P^r_{i,k,t}$ is affected immediately after completing a delivery, rather than at the end of the workday. $P^r_{i,k,t}$ is either increased by ($\tau_j/100$) or decreased by ($[5 - \tau_j]/100$). An empirical probability distribution of tip amounts was obtained during the netnography. This distribution was fit to an exponential distribution with $\lambda = 0.11$ and used to govern Customer tip amounts in the simulation. A detailed explanation of the derivation of this distribution is provided in Appendix C.

We estimate that the probability, $P^r_{i,k,t}$, of Driver $i$ accepting an order delivery route, $R_k$, comprised of orders $j = \{1,...,n\}$ at time $t$ is a function of, in part, the total remuneration of the route, $r_k$, mileage of the route, $e_k$, site characteristics of each delivery location, $l_k$, and the tip amounts, $\tau_k$. Furthermore, since technology platforms are competing with drivers' other interests to acquire delivery capacity (Cook et al., 2018; Oyer & Oyer, 2020), drivers' continued availability for deliveries is also dependent on the opportunity cost, $\theta_i$, of the Driver's time. Therefore, we model the probability of acceptance as being dependent on the four factors identified in the netnography and opportunity cost, as implied by the literature:

$$P^r_{i,k,t} = f(r_k, e_k, l_k, \tau_k, \theta_i) \quad (4)$$

In the event Driver $d_i$ rejects the initial delivery request, the Store agent offers it to the next available Driver ($d_{i+1}$) and continues this process until the delivery offer is accepted. Drivers that reject the delivery offer enter the left-hand side of the decision tree, traveling between random locations in the GIS map until stochastically ejected from the loop (with a triangular probability distribution, *Tri*[30, 60, 180] minutes). This area of the decision tree simulates "Agent Independence" and represents the Driver's opportunity cost of time, $\theta_i$, as being too great relative to the potential earnings from the delivery route. In other words, a Driver on the left side of the decision tree has favored other interests over the delivery offer by choosing not to work. After ejection from the Agent Independence loop, a check is made on the Driver's current

1873117, 2022, 5, Downloaded from https://onlinelibrary.wiley.com/doi/10.1002/joom.1187, Wiley Online Library on [18/11/2025]. See the Terms and Conditions (https://onlinelibrary.wiley.com/terms-and-conditions) on Wiley Online Library for rules of use; OA articles are governed by the applicable Creative Commons License

probability of acceptance; if $P_{i,k,t}^r < 0$, the Driver "quits" working for the platform and will no longer be available to make deliveries, otherwise, the Driver is offered another delivery route. In practice, a crowdsourced delivery driver who quits working for a platform may eventually return to the platform and make deliveries again. We therefore incorporate driver re-entry behavior after quitting into the model. Starting 1 day after quitting, Driver $d_i$ has a daily opportunity to return to platform $m$ at time $t$, which is accepted with probability, $P_{i,m,t}^r$. This probability is unique to each driver and is defined by Equation (5):

$$P_{i,m,t}^r = e^{-\frac{x}{(1-\theta_i)k}} \qquad (5)$$

...where $k$ = the number of days that $d_i$ worked on the platform and $x$ = the number of days since quitting. This equation yields a monotonic decreasing function that considers opportunity cost of time, total work duration, and accumulation of time since quitting in which the negative slope depends on each of these factors. For example, 1 day after quitting, Driver $d_i$, with low opportunity cost and much platform experience, is likely to return, since Driver $d_i$ may not be able to replace the lost income with other options right away. On the other hand, Driver $d_{i+1}$, with high opportunity cost and little platform experience, is less likely to return 1 day after quitting since Driver $d_{i+1}$ may have been testing the earnings to see if it would be worth their time (and finding that it wasn't). However, as more time passes since quitting, both drivers' likelihood of returning decreases, but at a slower rate for Driver $d_i$ than Driver $d_{i+1}$, due to differences in $k$, $x$, and $\theta$. If the return-to-platform decision is accepted, then the Driver begins to receive delivery route offers again with a new $P_{i,k,t}^r$ drawn from a uniform probability distribution, $Unif(0.5, 0.75)$. This is less than the initial $P_{i,k,t}^r$ of 90% because, having already quit due to low expected earnings, the Driver is likely to accept every offered delivery, but good experiences will lead to their $P_{i,k,t}^r$ increasing over time.

## 4.4 | Experimental design

The simulation model, constructed in AnyLogic 8.3 and run on a high performance computer (Ohio Supercomputer Center, 1987), was used to conduct a 2x2x3 factorial experiment, with tipping design feature, demand level, and population density as factors. Table 2 summarizes the experimental design while the parameters of the simulation are provided in Appendix B. We conducted the simulation as a steady state model with a run length of 9000 h to simulate ~1 year of delivery operations and ran

**TABLE 2** Experimental design

| Factor | Levels | Description |
| --- | --- | --- |
| Tipping allowed | No | Earnings only from per-delivery + per-mile remuneration structure |
|  | Yes | Earnings also include customer tips |
| Population density | San Fran. (SFO) | High (18,581 people/sq mi.) |
|  | Columbus (CLB) | Moderate (3960 people/sq mi.) |
|  | Okla. City (OKC) | Low (956 people/sq mi.) |
| Demand | Low High | The probability of customer $c_i$ placing an order on any given day (low: 5%–10%; high: 20%–40%) |

| Outcome variable | Description |
| --- | --- |
| Capacity | Capacity of the fleet in terms of total deliveries made during the service period. |
| Driver attrition rate | Number of drivers who quit per day. |
| Fulfillment time | Time between receipt and delivery of on-demand order. |
| Cost per delivery | Total system cost/total deliveries. |

five iterations each (the minimum recommended number of runs for steady state models by Law (2015), yielding a sample size of $N = 30$ scenarios.

## 5 | RESULTS AND CONSTRUCTION OF TESTABLE PROPOSITIONS

The steady state behavior of the system in terms of the four dependent variables listed in Table 2 is observable in the time plots below. The first 2700 h were treated as a warm-up period and discarded in accordance with guidance on simulation output analysis (Law, 2015). The time plots for the system level behavior are presented in Figures 4 to 7, followed by theoretical propositions relating driver behavior to crowdsourced fleet uncertainty and operational performance, which are contingent upon technology design and population density. To examine empirical output validity (Rand & Rust, 2011; Sargent, 2013), we also ran the simulation with $\theta_i$ drawn from three different triangular distributions with the same upper and lower bounds but with different modes ($c = \{0.2, 0.5, 0.9\}$).

Case 1:25-cv-10268-GBD   Document 11-8   Filed 12/11/25   Page 14 of 31



**FIGURE 4**   Capacity over time (hours) without (upper panels) and with tipping (lower panels) across low demand volume (left panels) and high demand volume (right panels)

The results were robust across probability distributions (see Appendix B for robustness check results).

## 5.1 | Crowdsourced fleet uncertainty—Capacity loss and driver attrition rate

Previous research suggests that agent independence is positively related to crowdsourced fleet uncertainty through drivers' opportunity cost of time (Cachon et al., 2017; Gurvich et al., 2019; Taylor, 2018). The higher the collective opportunity cost (i.e., averaged across the fleet), the more uncertainty expected. The tipping design feature should mitigate uncertainty, as well as variability in uncertainty across population and demand contexts (Rechavi & Toch, 2020). Figures 4 and 5 depict the impact of agent independence on two measures that reflect crowdsourced fleet uncertainty—*Capacity* and *Driver Attrition Rate*. In the low demand volume condition (Figure 4, left panels), no capacity loss was observed, irrespective of technology design and geography. Similarly, capacity is relatively stable in these conditions. This is likely due to a combination of the loss of drivers in the system being balanced by recruitment of new

drivers or re-recruitment of drivers who previously quit, as well as demand not being high enough to strain the system.

However, in the high-demand condition (Figure 4, right panels), both capacity loss and volatility were observed, contingent upon technology design and geography. Specifically, without tipping (Figure 4, upper right panel), capacity loss was observed in the high and moderate population density conditions, but capacity volatility was observed in all three markets. This means that without tipping incorporated into the technology design, drivers are initially making deliveries, yet not earning as much as expected, so they reduce their availability over time. The volatility is exacerbated in the low- and moderate-market density scenarios because drivers incur greater expenses due to the longer distances. When tipping is introduced to the high demand volume scenario however (Figure 4, lower-right panel), capacity loss and volatility are mitigated in all three population densities. This is likely due to drivers' earnings continually exceeding expectations, causing them to remain working for the platform. Synthesizing these observations, the technology designs that incorporate tipping are negatively associated with capacity loss and capacity volatility when demand is

1873117, 2022, 5, Downloaded from https://onlinelibrary.wiley.com/doi/10.1002/joom.1187, Wiley Online Library on [18/11/2025]. See the Terms and Conditions (https://onlinelibrary.wiley.com/terms-and-conditions) on Wiley Online Library for rules of use; OA articles are governed by the applicable Creative Commons License



**FIGURE 5**   Driver attrition rate (drivers quitting/day) over simulated time (hours) without (upper panels) and with tipping (lower panels) across low demand volume (left panels) and high demand volume (right panels)

high. Similarly, the degree to which technology designs incorporating tipping mitigate capacity loss in high demand markets is contingent upon the population density of the market in which they are deployed. Therefore, we propose:

> P1: In high demand markets, the strength of the positive effect that driver independence has on delivery capacity loss and volatility is contingent upon technology design, such that when a tipping design feature is incorporated, significant reductions in capacity loss and volatility will be realized, irrespective of delivery market density.

We found a different pattern of results on driver attrition rate, which measures the average number of drivers quitting per day. Under the no tipping technology design with low demand volume (Figure 5, upper-left panel), the attrition rates in all markets were stable, but highest for the moderate density market. Introducing the tipping feature to the technology design (Figure 5, lower-left panel) did not induce a practical change in shape or slope to the attrition

rates in the low- and moderate-density markets but slightly increased the attrition rate for the high-density market. This is likely due to drivers in the high-density market interacting with poor-tipping customers more frequently and thus inducing more bad driver experiences, causing them to quit sooner than if tipping were not incorporated.

For high demand volume conditions without the tipping feature (Figure 5, upper-right panel), attrition rates were rather stable for all three markets. The high-density market was now observed to experience the highest attrition rates, likely driven by increased demand volume and thus more opportunities to realize poor earnings. When the tipping feature was introduced, the attrition rate declined for all three markets. However, for the high-density market with the tipping feature, attrition rate was still greater for high-demand (Figure 5, bottom right panel) than low-demand (Figure 5, bottom left panel). This is also explained by the increased frequency of interactions with customers and the increased risk of poor tipping causing negative driver experiences. Taken together, these results provide additional evidence of the importance of technology design in mitigating fleet uncertainty for



Case 1:25-cv-10268-GBD    Document 11-8    Filed 12/11/25    Page 16 of 31



**FIGURE 6**    Fulfillment time over time (hours) without (upper panels) and with tipping (lower panels) across low demand volume (left panels) and high demand volume (right panels)

low- and moderate-density markets with high demand. These results also suggest the importance of the customer tip amount on driver retention, especially in high-density, high-demand markets. With these observations in mind, we make the following propositions regarding the impacts of incorporating a tipping design feature:

> P2: The strength of the positive effect that driver independence has on driver attrition rate is contingent upon technology design, the nature of the delivery market, and nature of demand, such that:

> P2a: When a tipping design feature is incorporated, significant reductions in driver attrition rate will be realized when demand is high, irrespective of market density.

> P2b. When a tipping design feature is incorporated in delivery markets characterized by high density, demand volume will be positively associated with driver attrition rate.

## 5.2 | Crowdsourced fleet operational performance—Fulfillment time and cost per delivery

*Fulfillment Time* and *Cost per Delivery* are operational metrics that provide insight into the service and cost implications of crowdsourced driver delivery acceptance behavior. Generally, we expected to see crowdsourced fleet uncertainty manifest as a degradation in operational performance metrics. Figures 6 and 7 depict the steady state behavior of the last mile delivery system in terms of fulfillment time and cost per delivery, respectively.

In the low demand volume condition (Figure 6, left panels), no changes in fulfillment times were observed across technology designs. This is likely a consequence of demand not being great enough to stress the system and is consistent with the results presented in Figure 4. That the fulfillment times do not increase suggests that the new driver recruitment and previous driver re-recruitment rates balance the attrition rate, resulting in sustained capacity relative to demand.

18731317, 2022, 5, Downloaded from https://onlinelibrary.wiley.com/doi/10.1002/joom.1187, Wiley Online Library on [18/11/2025]. See the Terms and Conditions (https://onlinelibrary.wiley.com/terms-and-conditions) on Wiley Online Library for rules of use; OA articles are governed by the applicable Creative Commons License

18731317, 2022, 5, Downloaded from https://onlinelibrary.wiley.com/doi/10.1002/joom.1187, Wiley Online Library on [18/11/2025]. See the Terms and Conditions (https://onlinelibrary.wiley.com/terms-and-conditions) on Wiley Online Library for rules of use; OA articles are governed by the applicable Creative Commons License



**FIGURE 7**    Cost per delivery over time (hours) without (upper panels) and with tipping (lower panels) across low demand volume (left panels) and high demand volume (right panels)

Under the high demand volume condition without tipping (Figure 6, upper-right panel), fulfillment times varied significantly, with all three scenarios showing an increase in fulfillment times and the low- and moderate-density markets at the highest times. This suggests that technology designs without tipping contribute to driver attrition rates, thus harming fulfillment times. This is consistent with the results shown in Figures 4 and 5, which show capacity loss, capacity volatility, and attrition rate changes without tipping. Incorporating the tipping feature into the technology design led to significant reductions in fulfillment times for all three population density markets (Figure 6, lower-right panel). These observations allow several popositions regarding the effects of the tipping feature:

> P3: The strength of the positive effect of crowdsourced fleet uncertainty on delivery fulfillment time is contingent upon technology design and the nature of demand, irrespective of market density.

We anticipated seeing cost per delivery (CPD) take the form of an increasing function over time when tipping was not incorporated due to cost penalties incurred when fulfillment times were excessive, an outcome expected when driver attrition rates were high. This was not the case when demand was low (Figure 7, left panels), but we did observe this outcome when demand was high for all three markets, but to varying degrees (Figure 7, upper-right panel). When the tipping design feature was implemented in the high demand volume condition, CPD was reduced and stabilized for the duration of the service period for all three markets (Figure 7, lower-right panel). Furthermore, CPD was inversely associated with population density across all scenarios. This was expected since denser markets can yield better route efficiency. Considering these findings altogether, we propose:

> P4: The strength of the positive effect that crowdsourced fleet uncertainty has on cost per delivery is contingent upon technology design and the nature of demand such that when a tipping design feature is incorporated,

1873117, 2022, 5, Downloaded from https://onlinelibrary.wiley.com/doi/10.1002/joom.1187, Wiley Online Library on [18/11/2025]. See the Terms and Conditions (https://onlinelibrary.wiley.com/terms-and-conditions) on Wiley Online Library for rules of use; OA articles are governed by the applicable Creative Commons License

significant improvements in cost per delivery over time will be realized when demand is high, irrespective of market density.

# 6 | DISCUSSION

Our results generally support the notion that designing crowdsourced delivery technology to include a tipping feature can reduce fleet uncertainty attributable to driver independence. However, the associated benefits of incorporating the tipping feature are contextually nuanced and contingent on the task environment. The mixed nature of our findings implies significant theoretical contributions, particularly from a contingency perspective (Donaldson, 2001; Van de Ven et al., 2013; Venkatraman, 1989). Furthermore, the findings provide several insights for managers and users of delivery service technology platforms as well as for public policy related to crowd logistics. These insights lead to an agenda of future research opportunities for academics interested in further advancing our understanding of crowdsourced delivery technologies.

## 6.1 | Theoretical implications

The results of this study suggest the importance of taking a contingency theory approach to the study of crowdsourced delivery. A key tenet of contingency theory is the concept of "fit," which is the appropriateness of an organizational strategy or design for an environment and is reflected by the interaction between a predictor and moderator on an outcome variable (Donaldson, 2001; Van de Ven et al., 2013; Venkatraman, 1989). Contingency theorists contend that fit between design and environment is positively associated with performance. We have adapted this contingency theory tenet to explore the relationship between technology design and operational performance based on its fit with a complex environment, which we vary in terms of demand, geography, and behavior of constituents, that is, the crowdsourced delivery drivers.

According to our exploratory findings, crowdsourced delivery technology designs that incorporate tipping yield widescale improvements related to capacity management. Reductions in capacity loss and/or stabilization of capacity were realized across all markets in high demand levels. Similar reductions in driver attrition rates were observed across all markets with high-demand levels. Collectively, the nuanced nature of these findings points to the importance of fit when designing crowdsourced delivery technology.

The results generally show that the tipping design feature can be quite impactful to operational performance through improved environmental fit. However, in some task environments, tipping incorporation yielded no effect. Thus, our findings also contribute to an understanding of the contingencies involved in designing crowdsourced delivery technology platforms, suggesting that some task environments demonstrate better fit for the use of the tipping design feature, particularly in terms of market density and demand. As such, our findings substantiate the value of the contingency theory lens for research in this domain.

In a broader sense, our work further underscores the vital role of technology design in the efficacy of crowdsourced delivery. While a sizable portion of the extant research on crowdsourced delivery focuses on its impacts on retail customers and comparing its performance to traditional delivery fleets, we highlight the significance of the technology interface as an antecedent to these outcomes. In other words, as our findings illustrate, the driver interface of technology platforms used to incentivize crowdsourced workers plays a critical role in yielding desired performance, but how that performance is realized is contingent upon the fit of the technology design with its environment.

This study also informs two aspects of crowdsourced delivery that have not gained significant attention in the literature to date—driver remuneration and driver evaluation of delivery opportunities. As our results show, the platform payment-related features are quite significant to drivers, with the tipping component serving as the most important for many. The qualitative work in this research specifically highlights the emphasis that drivers place on the platform, and its remuneration features. Perhaps most noteworthy were the findings showing that many drivers are quite savvy at analyzing this platform feature, suggesting the need for even more focused research attention on this key aspect of the technology interface.

## 6.2 | Managerial implications

This research offers several insights for managers as well. In general, our findings substantiate the need for crowdsourcing platforms and their shipper customers to give critical consideration to the inclusion of a tipping feature. The reductions in driver uncertainty and the associated reductions in both fulfillment times and unit delivery costs can prove to be quite substantial, where these benefits are robust under high-demand levels. More importantly, these benefits of incorporating tipping can likely be gained without significant additional last-mile delivery costs, and as research suggests, customer perceptions of the service may actually be more positive as a result (Lynn, 2019; Lynn et al., 1993; Lynn & Wang, 2013).

1873117, 2022, 5, Downloaded from https://onlinelibrary.wiley.com/doi/10.1002/joom.1187, Wiley Online Library on [18/11/2025]. See the Terms and Conditions (https://onlinelibrary.wiley.com/terms-and-conditions) on Wiley Online Library for rules of use; OA articles are governed by the applicable Creative Commons License

This study was motivated by the need for a deeper understanding of crowdsourced drivers and their behavioral choices, to inform the design of technology platforms. Managers should find the results regarding driver decision-making insightful. The netnography findings offer themes that can prove essential to building an effective driver recruitment and retention program. For example, the themes of driver "groups" based on their sophistication and selectivity imply opportunities for managers to better explore the underlying factors that might lead drivers to fall into either group. This can be significant, because as our findings show, the less selective driver community is an important resource, especially for deliveries where tip amounts are not viewed as preferred or attractive by the more selective driver community. Thus, managers can use these insights to develop messaging that caters to both driver groups, in order to ensure a stable driver pool made up of both types.

Another important implication for managers is the vital role that effective recruitment (or re-recruitment) plays in maintaining acceptable operational performance, especially in low-demand volume contexts. During the model development, verification and validation process, prior simulation runs without driver recruitment and re-entry resulted in significantly more supply uncertainty and lower operational performance in low-demand scenarios. These results were neutralized when recruitment and re-entry were added to the model, suggesting that new driver acquisitions may help balance driver attrition, thus mitigating the detrimental effects of not allowing tipping.

Additionally, our results imply that managers of platforms incorporating tipping might benefit from educating customers on its importance, since tip amounts are quite influential in drivers' determination of whether to accept or reject a delivery offer, especially in high-density markets. As the netnography illustrated, by incorporating tipping, the platform relinquishes control over a critical part of the delivery driver's experience—total remuneration. Thus, customer education initiatives, and even marketing efforts that focus on drivers, might serve as ways of mitigating the risks associated with shifting such an important predictor of driver attrition and stability to customers. Of course, managers need to be sensitive to how customers might respond to more pervasive tipping, as this could impact overall delivery demand patterns.

Retail shippers that enlist the services of crowdsourcing platform partners can also leverage the findings of our study. The performance benefits highlighted suggest that shippers might consider prioritizing partnership with platforms that offer driver tipping features. This is especially the case for smaller independent retailers serving low-to-moderately dense markets. Such retailers are likely to have fewer delivery alternatives, relative to their big box retail counterparts, so the delivery performance stability associated with driver tipping in these markets can be significantly impactful.

## 6.3 | Public policy implications

The netnography revealed the importance to delivery drivers of including a tipping mechanism in the technology design. This online community's discussions suggest that tipping is viewed as an incentive by drivers to provide better customer service. Our simulation experiments support this, as those scenarios with tipping in the technology design showed lower fulfillment times and lower delivery costs. This means that public policy concerning wage laws with the potential to ultimately impact whether tipping is a component of the service worker's compensation ought to carefully consider impacts on service quality to the end customer. This is especially critical since logistics service quality is positively associated with a firm's financial performance.

The potential of a technology design to facilitate "tip baiting" was also identified during the netnography as a potential cause of increased uncertainty in the capacity and attrition of a crowdsourced fleet. This deception harms the driver experience and likely increases attrition. While it would be in the firm's best interest to prevent this from occurring by, for instance, removing customer accounts that are detected to engage in this practice, tip baiting should be assessed from a policy perspective to determine whether it can be considered an unfair or deceptive practice between an organization and an independent contractor.

## 6.4 | Limitations and future research

Being an exploratory research effort, there are limits to the generalizability of the findings. Future research should seek to expand generalizability by conducting confirmatory case studies with technology platform organizations to develop empirical data sets that could be used to test the propositions contributed by the current study. For instance, a data set from one of these technology platform organizations that consists of driver decisions collected via the driver apps could be paired with delivery performance data to confirm the contributions of the current research.

In lieu of not being able to acquire such data, we used secondary textual data to conduct our investigation into driver decision-making behavior. While this data source was chosen because it revealed naturalistic conversations about issues salient to driver behavior and richness of

18731317, 2022, 5, Downloaded from https://onlinelibrary.wiley.com/doi/10.1002/joom.1187, Wiley Online Library on [18/11/2025]. See the Terms and Conditions (https://onlinelibrary.wiley.com/terms-and-conditions) on Wiley Online Library for rules of use; OA articles are governed by the applicable Creative Commons License

content, the limitations on generalizability come from the fact that we were observing stated intentions rather than observing actual behavior. This does not harm the validity or trustworthiness of the empirical observations; however, future research should seek to build upon the current findings by conducting behavioral experiments where technology designs are manipulated, and driver behavior can be observed directly. Such experiments could even be expanded to increase understanding of how drivers learn and adjust their actions over time, based not only on tip amounts but other factors as well, like cost-of-living differences across regions or different compensation structures like dynamic remuneration schemes or paying drivers on a time-worked basis rather than a piece rate and distance-accrued basis. In fact, experimental designs with varying forms of compensation components could be conducted to further enhance understanding of driver responses to different compensation structures and refine the learning function developed in the current research. Experiments with these goals in mind could then be used to inform the distribution of $\theta$ used in the simulation model.

Another limitation of the current study emanates from the use of netnography over traditional ethnographic methods. To wit, textual data from social media sources can be subject to bias. For instance, we found that the conversation tenor on the/r/couriersofreddit forum was often negative. This is because the platform gives redditors the ability to "upvote" and "downvote" postings, where those with higher vote counts receive more visibility and the poster receives points as a "reward" for having highly visible posts. This encourages postings that evoke strong emotional responses, since they are more likely to be "upvoted" and therefore read by a larger number of forum participants, thus potentially earning the poster a greater reward. Therefore, it stands to reason that the EOs generated from the textual data set are limited by a form of desirability bias. We sought to mitigate the impact of this bias by asking a prominent member of the crowdsourced driver community with a significant social media presence to confirm objectivity of the EOs (see Appendix A, Table A2), which was provided. We also did not adjust our content analysis for the number of upvotes or downvotes a posting received, so our observations were not influenced by the popularity of a posting, only the content itself. Furthermore, there is also a potential omission bias in that not all crowdsourced drivers participate in this online community, however, since the conversations on reddit have demonstrated major influence on industry (Banerji et al., 2021; Verlaine & Banerji, 2021), this is not a threat to the validity or trustworthiness of the qualitative results. Nonetheless, future research should focus on trying to use data directly from a technology platform to confirm the insights proposed in the current research. Such research can also elaborate on the dimensionality of

the *selective-indiscriminate* dichotomy we have proposed that indicate differences in how drivers evaluate delivery offers made to them.

Additionally, we only looked at tipping as a technology design feature as a binary option—it is either offered or it is not. Future research should examine the consequences of the timing of the tip presentation (i.e., presented before or after the delivery is offered, or after the delivery is complete). On a related note, future research can also explore the role of culture on our findings, since tipping has different meanings across cultures and may not be an established social norm outside of the US.

Future research should also explore how driver recruitment and retention strategies affect the stability of the delivery system. We allowed for drivers to return to the system after quitting and introduced new drivers (see Appendix S1 for further analysis on driver recruitment and retention), however, the difference between these re-entry and recruiting rates and the driver attrition rate will have important implications for the capacity of the delivery system. Such a research effort could be taken from a system dynamics perspective, which is a prime tool for examining continuous rates of change in a system. Examining recruiting and retention strategies would further develop understanding of the supply elasticity of crowdsourced delivery assets. Efforts in this regard would need to employ psychological and motivational theories alongside behavioral experiments to study how drivers decide which delivery platforms to work on, which delivery offers to accept/reject, or how they create real options for themselves.

Regarding customer behavior in response to crowdsourced delivery services, future research should also entail experiments that consider the customer experience in terms of tip amounts, order prices, and how elements such as these change perceptions of service quality and cost over time. Such an effort could yield future agent-based simulations where the customers are also modeled as adaptive agents whose ordering behaviors change over time and provide better insight into demand levels for this service.

## ORCID

*Vincent E. Castillo* https://orcid.org/0000-0002-8721-2940
*Diane A. Mollenkopf* https://orcid.org/0000-0003-0944-0806

## ENDNOTE

[1] The authors would like to thank Ron Walter of TheEntrecourier.com for his assistance.

[2] The term "exchange" denotes a conversation snippet which has at least an "Original Posting" and a "Reply." The Original Posting will always have a "Title," which is the character-limited header that other users first see in the subreddit. It may also have a "Body" where a redditor will expand on their topic if their

WILEY | 443

1873117, 2022, 5, Downloaded from https://onlinelibrary.wiley.com/doi/10.1002/joom.1187, Wiley Online Library on [18/11/2025]. See the Terms and Conditions (https://onlinelibrary.wiley.com/terms-and-conditions) on Wiley Online Library for rules of use; OA articles are governed by the applicable Creative Commons License

comment exceeds the character limitation in the title. Other users then post a "Reply" to which the original poster may further respond ("OP's Reply").

# REFERENCES

Amazon Flex. (2020). Start driving and earning today. Retrieved from https://flex.amazon.com/lets-drive

Ambra, T., Caris, A., & Macharis, C. (2021). Do you see what I see? A simulation analysis of order bundling within a transparent user network in geographic space. *Journal of Business Logistics*, *42*, 167–190.

Anand, G., & Gray, J. V. (2017). Strategy and organization research in operations management. *Journal of Operations Management*, *53–56*, 1–8.

Ba, S., & Nault, B. R. (2017). Emergent themes in the Interface between economics of information systems and Management of Technology. *Production and Operations Management*, *26*(4), 652–666.

Banerji, G., Chung, J., & McCabe, C. (2021). GameStop mania reveals power shift on wall street—And the pros are reeling. *Wall Street Journal*. Retrieved from https://www.wsj.com/articles/gamestop-mania-reveals-power-shift-on-wall-streetand-the-pros-are-reeling-11611774663

Barbucha, D. (2014). A cooperative population learning algorithm for vehicle routing problem with time windows. In *Neurocomputing* (Vol. 146, pp. 210–229). Bridging Machine learning and Evolutionary Computation (BMLEC).

Bayus, B. L. (2013). Crowdsourcing new product ideas over time: An analysis of the Dell IdeaStorm community. *Management Science*, *59*(1), 226–244.

Bockstedt, J., Druehl, C., & Mishra, A. (2015). Problem-solving effort and success in innovation contests: The role of national wealth and national culture. *Journal of Operations Management*, *36*, 187–200.

Boons, M., Stam, D., & Barkema, H. G. (2015). Feelings of pride and respect as drivers of ongoing member activity on crowdsourcing platforms. *Journal of Management Studies*, *52*(6), 717–741.

Bridges, D. (2019). Tipping points: How delivery services encourage you to tip your drivers (and earn more for themselves). *The Rideshare Guy*. Retrieved from therideshareguy.com/delivery-services-encourage-tipping/

Buldeo Rai, H., Verlinde, S., Merckx, J., & Macharis, C. (2017). Crowd logistics: An opportunity for more sustainable urban freight transport? *European Transport Research Review*, *9*, 3.

Burtch, G., Carnahan, S., & Greenwood, B. N. (2018). Can you gig it? An empirical examination of the gig economy and entrepreneurial activity. *Management Science*, *64*(12), 5497–5520.

Cachon, G. P., Daniels, K. M., & Lobel, R. (2017). The role of surge pricing on a service platform with self-scheduling capacity. *Manufacturing & Service Operations Management*, *19*(3), 368–384.

Campbell, H. (2017). Uber to add a tipping option and other big changes to driver earnings. The Rideshare Guy.

Carbone, V., Rouquet, A., & Roussat, C. (2017). The rise of crowd logistics: A new way to co-create logistics value. *Journal of Business Logistics*, *38*(4), 238–252.

Castillo, V. E., Bell, J. E., Rose, W. J., & Rodrigues, A. M. (2018). Crowdsourcing last mile delivery: Strategic implications and future research directions. *Journal of Business Logistics*, *39*(1), 7–25.

Chandrasekaran, A., Linderman, K., & Sting, F. J. (2018). Avoiding epistemological silos and empirical elephants in OM: How to combine empirical and simulation methods? *Journal of Operations Management*, *63*(1), 1–5.

Chen, C., Pan, S., Wang, Z., & Zhong, R. Y. (2016). Using taxis to collect citywide E-commerce reverse flows: A crowdsourcing solution. *International Journal of Production Research*, *55*(7), 1833–1844.

Cook, C., Diamond, R., Hall, J., List, J., & Oyer, P. (2018). *The gender earnings gap in the gig economy: Evidence from over a million rideshare drivers ( no. 24732). NBER working paper series*. National Bureau of Economic Research. Retrieved from http://www.nber.org/papers/w24732.pdf

Devari, A., Nikolaev, A. G., & He, Q. (2017). Crowdsourcing the last mile delivery of online orders by exploiting the social networks of retail store customers. *Transportation Research Part E*, *105*, 105–122.

Donaldson, L. (2001). *The contingency theory of organizations*. SAGE Publications, Inc.

Dorigo, M., & Gambardella, L. M. (1997). Ant colonies for the travelling salesman problem. *Biosystems*, *43*(2), 73–81.

Duhaime, E. P., & Woessner, Z. W. (2019). Explaining the decline of tipping norms in the gig economy. *Journal of Managerial Psychology*, *34*(4), 233–245.

Evers, P. T., & Wan, X. (2012). Systems analysis using simulation. *Journal of Business Logistics*, *33*(2), 80–89.

Frehe, V., Mehmann, J., & Teuteberg, F. (2017). Understanding and assessing crowd logistics business models – Using everyday people for last mile delivery. *Journal of Business & Industrial Marketing*, *32*(1), 75–97.

Gallien, J., Graves, S. C., & Scheller-Wolf, A. (2016). OM forum—Practice-based research in operations management: What it is, why do it, related challenges, and how to overcome them. *Manufacturing & Service Operations Management*, *18*(1), 5–14.

Goncalves, J., Hosio, S., Rogstadius, J., Karapanos, E., & Kostakos, V. (2015). Motivating participation and improving quality of contribution in ubiquitous crowdsourcing. *Computer Networks*, *90*, 34–48.

Gray, J. V., Esenduran, G., Rungtusanatham, M. J., & Skowronski, K. (2017). Why in the world did they reshore? Examining small to medium-sized manufacturer decisions. *Journal of Operations Management*, *49–51*(1), 37–51.

Grubhub. (2020a). Your Grubhub pay is getting better! Learn how. Retrieved from https://driver.grubhub.com/

Grubhub. (2020b). Delivery Partner Agreement & Delivery Partner Pay Rate Policy. Retrieved from https://driver.grubhub.com/

Guda, H., & Subramanian, U. (2019). Your Uber is arriving: Managing on-demand workers through surge pricing, forecast communication, and worker incentives. *Management Science*, *65*, 1949–2443.

Guo, X., Lujan Jaramillo, Y. J., Bloemhof-Ruwaard, J., & Claassen, G. D. H. (2019). On integrating crowdsourced delivery in last-mile logistics: A simulation study to quantify its feasibility. *Journal of Cleaner Production*, *241*, 118365.

Gurvich, I., Lariviere, M., & Moreno, A. (2019). Operations in the on-demand economy: Staffing services with self-scheduling capacity. In M. Hu (Ed.), *Sharing economy, springer series in supply chain management* (Vol. 6, pp. 249–278). Springer International Publishing. https://doi.org/10.1007/978-3-030-01863-4_12

Case 1:25-cv-10268-GBD   Document 11-8   Filed 12/11/25   Page 22 of 31

Heinonen, K., & Medberg, G. (2018). Netnography as a tool for understanding customers: Implications for service research and practice. *Journal of Services Marketing*, 32(6), 657–679.

Hossain, M., & Kauranen, I. (2015). Crowdsourcing: A comprehensive literature review. *Strategic Outsourcing: An International Journal*, 8(1), 2–22.

Karger, D. R., Oh, S., & Shah, D. (2011). Budget-optimal crowdsourcing using low-rank matrix approximations. In *Presented at the 49th annual Allerton conference on communication, control, and computing, 2011* (pp. 284–291). IEEE.

Kelton, W. D. (2016). Methodological expectations for studies using computer simulation. *Journal of Business Logistics*, 37(2), 82–86.

Kittur, A., Chi, E. H., & Suh, B. (2008). Crowdsourcing user studies with mechanical Turk. In *Presented at the proceedings of the SIGCHI conference on human factors in computing systems* (pp. 453–456). ACM.

Kozinets, R. V. (2002). The field behind the screen: Using Netnography for marketing research in online communities. *Journal of Marketing Research*, 39(1), 61–72.

Kozinets, R. V. (2016). Netnography. In G. Ritzer (Ed.), *The Blackwell encyclopedia of sociology* (pp. 1–2). John Wiley & Sons, Ltd.. https://doi.org/10.1002/9781405165518.wbeos0782

Kozinets, R. V. (2018). Netnography for management and business research. In *The SAGE handbook of qualitative business and management research* (pp. 384–397). SAGE Publications Ltd. Retrieved from. https://methods.sagepub.com/book/the-sage-handbook-of-qualitative-business-and-management-research-methods-v2/i2745.xml

Kozinets, R. V., Valck, K. D., Wojnicki, A. C., & Wilner, S. J. S. (2010). Networked narratives: Understanding word-of-mouth Marketing in Online. *Communities*, 74(2), 71–89.

Krippendorff, K. (2013). *Content analysis: An introduction to its methodology* (3rd ed.). Sage Publications, Inc.

Langer, R., & Beckman, S. C. (2005). Sensitive research topics: Netnography revisited. (R. Elliott, Ed.). *Qualitative Market Research: An International Journal*, 8(2), 189–203.

Law, A. M. (2015). *Simulation modeling and analysis* (5th ed.). McGraw-Hill.

Law, A. M., & Kelton, W. D. (1982). *Simulation modeling and analysis* (1st ed.). McGraw-Hill.

Lincoln, Y. S., & Guba, E. G. (1985). *Naturalistic inquiry.* Sage Publications, Inc, Naturalistic inquiry.

Lynn, M. (2019). Predictors of occupational differences in tipping. *International Journal of Hospitality Management*, 81, 221–228.

Lynn, M., & Wang, S. (2013). The indirect effects of tipping policies on patronage intentions through perceived expensiveness, fairness, and quality. *Journal of Economic Psychology*, 39, 62–71.

Lynn, M., Zinkhan, G. M., & Harris, J. (1993). Consumer tipping: A cross-country study. *Journal of Consumer Research*, 20(3), 478.

Macal, C. M. (2016). Everything you need to know about agent-based modelling and simulation. *Journal of Simulation*, 10(2), 144–156.

Manuj, I., Mentzer, J. T., & Bowers, M. R. (2009). Improving the rigor of discrete-event simulation in logistics and supply chain research. *International Journal of Physical Distribution and Logistics Management*, 39(3), 172–201.

Miller, K. D. (2015). Agent-based modeling and organization studies: A critical realist perspective. *Organization Studies*, 36(2), 175–196.

Muir, W. A., Griffis, S. E., & Whipple, J. M. (2019). A simulation model of multi-echelon retail inventory with Cross-Channel product returns. *Journal of Business Logistics*, 40(4), 322–338.

Ndubisi, N. O., Ehret, M., & Wirtz, J. (2016). Relational governance mechanisms and uncertainties in nonownership services. *Psychology & Marketing*, 33(4), 250–266.

O'Brien, S. A., & Yurieff, K. (2020). People are luring Instacart shoppers with big tips—And then changing them to zero. *CNN Business*. Retrieved from cnn.com/2020/04/09/tech/instacart-shoppers-tip-baiting/index.html

Ohio Supercomputer Center. (1987). *Ohio supercomputer center*. Ohio Supercomputer Center. Retrieved from. http://osc.edu/ark:/19495/f5s1ph73

OpenStreetMap Contributors. (2015). OpenStreetMap.org. Retrieved from https://www.openstreetmap.org/

Oyer, P., & Oyer, P. (2020). The gig economy. Non-traditional employment is a great opportunity for many, but it won't replace traditional employment. *IZA World of Labor*, 2020(471), 1–11.

Punel, A., & Stathopoulos, A. (2017). Modeling the acceptability of crowdsourced goods deliveries: Role of context and experience effects. *Transportation Research Part E*, 105, 18–38.

Qi, W., Li, L., Liu, S., & Shen, Z.-J. M. (2018). Shared mobility for last-mile delivery: Design, operational prescriptions, and environmental impact. *Manufacturing & Service Operations Management*, 20(4), 737–751.

Rand, W. (2006). Machine learning meets agent-based modeling: When not to go to a bar. *Conference on Social Agents: Results and Prospects*.

Rand, W., & Rust, R. T. (2011). Agent-based modeling in marketing: Guidelines for rigor. *International Journal of Research in Marketing*, 28(3), 181–193.

Rechavi, A., & Toch, E. (2020). Crowd logistics: Understanding auction-based pricing and couriers' strategies in crowdsourcing package delivery. *Journal of Intelligent Transportation Systems*, 26, 1–16.

Roadie. (2020). How much will I be paid per Gig? Retrieved from https://support.roadie.com/hc/en-us/sections/200669475-Roadie-Driver-FAQs

Sargent, R. G. (2005). Verification and validation of simulation models. In *Presented at the proceedings of the 37th conference on winter simulation* (pp. 130–143). Winter Simulation Conference.

Sargent, R. G. (2013). Verification and validation of simulation models. *Journal of Simulation*, 7(1), 12–24.

Savelsbergh, M., & Van Woensel, T. (2016). 50th anniversary invited Article-City logistics: Challenges and opportunities. *Transportation Science*, 50(2), 579–590.

Shafer, S. M., & Smunt, T. L. (2004). Empirical simulation studies in operations management: Context, trends, and research opportunities. *Journal of Operations Management*, 22(4), 345–354.

Ta, H., Esper, T. L., & Hofer, A. R. (2018). Designing crowdsourced delivery systems: The effect of driver disclosure and ethnic similarity. *Journal of Operations Management*, 60, 19–33.

Tangpong, C. (2011). Content analytic approach to measuring constructs in operations and supply chain management. *Journal of Operations Management*, 29(6), 627–638.

Taylor, T. A. (2018). On-demand service platforms. *Manufacturing and Service Operations Management*, 20, 704–720.

18731317, 2022, 5. Downloaded from https://onlinelibrary.wiley.com/doi/10.1002/joom.1187, Wiley Online Library on [18/11/2025]. See the Terms and Conditions (https://onlinelibrary.wiley.com/terms-and-conditions) on Wiley Online Library for rules of use; OA articles are governed by the applicable Creative Commons License

1873117, 2022, 5, Downloaded from https://onlinelibrary.wiley.com/doi/10.1002/joom.1187, Wiley Online Library on [18/11/2025]. See the Terms and Conditions (https://onlinelibrary.wiley.com/terms-and-conditions) on Wiley Online Library for rules of use; OA articles are governed by the applicable Creative Commons License

Tersine, R. J. (1994). *Principles of inventory and materials management* (4th ed.). Pearson.

Toffel, M. W. (2016). Enhancing the practical relevance of research. *Production and Operations Management*, 25(9), 1493–1505.

Trivedi, A., & Rao, S. (2018). Agent-based modeling of emergency evacuations considering human panic behavior. *IEEE Transactions on Computational Social Systems*, 5(1), 277–288.

Van de Ven, A. H., Ganco, M., & Hinings, C. R. (2013). Returning to the frontier of contingency theory of organizational and institutional designs. *Academy of Management Annals*, 7(1), 393–440.

Van Mieghem, J. A. (2013). OM forum—Three Rs of operations management: Research, relevance, and rewards. *Manufacturing & Service Operations Management*, 15(1), 2–5.

Venkatraman, N. (1989). The concept of fit in strategy research: Toward verbal and statistical correspondence. *Academy of Management Review*, 14(3), 423–444.

Verlaine, J.-A., & Banerji, G. (2021). Keith Gill Drove the GameStop Reddit mania. He Talked to the Journal. *Wall Street Journal*, 9.

Wooten, J. O., & Ulrich, K. T. (2017). Idea generation and the role of feedback: Evidence from field experiments with innovation tournaments. *Production and Operations Management*, 26(1), 80–99.

Zhang, M., Xia, Y., Li, S., Wu, W., & Wang, S. (2019). Crowd logistics Platform's informative support to logistics performance: Scale development and empirical examination. *Sustainability*, 11(2), 451.

Zhao, K., Zuo, Z., & Blackhurst, J. V. (2019). Modelling supply chain adaptation for disruptions: An empirically grounded complex adaptive systems approach. *Journal of Operations Management*, 65(2), 190–212.

Zinn, W., & Goldsby, T. J. (2017). The role of academic research in supply chain practice: How much are we contributing? *Journal of Business Logistics*, 38(4), 236–237.

## SUPPORTING INFORMATION

Additional supporting information may be found in the online version of the article at the publisher's website.

**How to cite this article:** Castillo, V. E., Mollenkopf, D. A., Bell, J. E., & Esper, T. L. (2022). Designing technology for on-demand delivery: The effect of customer tipping on crowdsourced driver behavior and last mile performance. *Journal of Operations Management*, 68(5), 424–453. https://doi.org/10.1002/joom.1187

## APPENDIX A: NETNOGRAPHY PROCEDURAL DETAILS

### A.1. | Data collection and analysis procedures

We began by scraping r/CouriersOfReddit using Python 3.8.3 for the following keywords that could reflect conversations about driver behavior, specifically, how they perceive order offers, the intrinsic or extrinsic factors that lead them to accept or reject order delivery offers, and the role customer tips play in the decision process: *"acceptance rate, acceptance strategy, tip amount, tipping, earnings, low tip, no tip, reject, decline, deactivate, Instacart, Whole Foods."* These searches yielded 1430 unique postings with 21,539 comments dating back to the subreddit's founding in October 2016. Then, we narrowed the data set to make it more manageable by keeping only title and body of the original posting ("OP") as well as all first-level replies to the OP which yielded 8808 total comments.

Next, we manually content analyzed the textual data set with the goal of achieving theoretical saturation regarding driver behavior. Since our objective in this study was empirical grounding of the simulation model, we began with a priori content categories and selectively coded the data rather than starting with open coding. Using NVivo 12, we manually analyzed the data by searching for recording units (e.g., quotes, passages, sentences, or paragraphs) that fit our content categories until we reached theoretical saturation as reflected by recurrence of the same themes in conversations. The content categories, descriptions of categories, coding rules, and example recording units are provided in Table A1.

### A.2. | Results—evidence of data set suitability for empirical grounding

Many conversations in the textual data set are driver-centric, meaning that drivers are posting primarily to learn to improve their own earnings or discuss issues that affect themselves directly. Only a few discussions were found that could be characterized as concerned with improving the shipping company's effectiveness or efficiency of the delivery service (be it a grocery store, restaurant, or other retailer). Even these relate back to how the driver can do a better job for themselves. For example, the following comment shares tacit knowledge, but the shipper could also consider as improving efficiency and effectiveness of the delivery service:

> Just finished my first block of the day. I remember some things I wanted to mention before...the itinerary routing can be really annoying. Sometimes it will send you right past one address to another, only to make you u-turn after that delivery. Or it will route you so you're making a lot of lefts on busy streets, or lots of three point turns in neighbohoods [sic]. I have learned to go to

18731317, 2022, 5, Downloaded from https://onlinelibrary.wiley.com/doi/10.1002/joom.1187, Wiley Online Library on [18/11/2025]. See the Terms and Conditions (https://onlinelibrary.wiley.com/terms-and-conditions) on Wiley Online Library for rules of use; OA articles are governed by the applicable Creative Commons License

**TABLE A1**    Description of content categories and coding rules

| Content category (# of codes) | Description | Coding rule | Example quotation |
|---|---|---|---|
| Delivery acceptance rules (40) | How drivers decide to accept or reject a delivery offer and recommendations for best driver practices | The code reveals insight into how the individual decided to accept or reject an order delivery offer. Example decision factors include, but are not limited to:<br>• Overall payout<br>• Distance to travel to make the delivery (both to the pickup and dropoff locations from their current location)<br>• Characteristics of the pickup and dropoff locations<br>• Opportunity cost of making deliveries<br>• Recommendations to others on how to decide to accept/reject an offer | • "I rejected like 25 [orders]... 12% acceptance rate I pretty much take the orders close by my home that pay well."<br>• "All markets are seeing more offers under $7. If your market is relatively busy reject those. If all drivers rejected trash and did not schedule blocks GrubHub would still have to fill offers and then they would be forced to raise the base pay."<br>• "I live in an area with lots of GrubHub restaurants within a 1–2 mile radius that are also within my region boundaries, but 90% of the orders I receive are trying to take me into or on the other side of downtown Atlanta (typically for short 3–6 dollar fares). I've spent a decent amount of time lurking and listening to other drivers so naturally I decline all those orders unless they're huge payouts and my acceptance rate is hovering around 10%." |
| Customer tips (59) | What is the role of customer tips in drivers' decisions to accept or reject a delivery offer? | The code reveals how a customer tip affected the decision to accept/reject a delivery offer, if it indicates what an acceptable tip is, or discusses an opinion on tipping. Examples include:• A statement that the delivery is either "no tip," "low tip," or some variant thereof, associated with an offer rejection<br>• Average or large tip amounts associated with a delivery acceptance decision<br>• Discussion about the importance of tips altogether<br>• Discussion surrounding what drivers think customers "should tip"<br>• Recommendations for how to increase tips | • "I've been on block for three hours and have turned down 16 Taco Bell orders for being no tip and/or 15+ miles away. I'm still making good money today, but my acceptance rate today is less than 20%. I wonder how many new customers think that "free delivery" means that tipping is not necessary? It sort of sounds that way."<br>• "So I drove 70 miles for 6 hours earning pennies for each order. Only one order was for $8, the rest were no tip orders. I live in a suburban area and apparently it's filled with cheap assholes. I never worked so hard for so little."<br>• "I then rejected 2 more orders, cause at this point, why the fuck not. One was 8 miles away with $0 tip, the other was only 7 miles away with a $0.50 tip. $0.50." [sic]<br>• "Anyone who says [tips should be presented before the delivery is made] is honestly an entitled child and does not understand what a tip is for. Your pay is what is told to you beforehand. A tip is for good service at the end. You dont tip trying to bait good service, a tip is a reward. If you are not happy with the pay before tip, then find another job." |
| Delivery acceptance rates (12) | How drivers perceive the importance of their acceptance rates | The code indicates the driver's perception of the importance of the delivery acceptance rate. Examples of this kind of code include: | • "I've been a bit afraid of denying orders because of the potential for sacrificing guaranteed minimum, but lately it has felt like I've had an increase in orders worth less than $5 and a noticeable increase in orders sent to me with no tip that are already past or very close to the listed pickup time. The last day that I rejected |

18731317, 2022, 5, Downloaded from https://onlinelibrary.wiley.com/doi/10.1002/joom.1187, Wiley Online Library on [18/11/2025]. See the Terms and Conditions (https://onlinelibrary.wiley.com/terms-and-conditions) on Wiley Online Library for rules of use; OA articles are governed by the applicable Creative Commons License

**TABLE A1**  (Continued)

| Content category (# of codes) | Description | Coding rule | Example quotation |
|---|---|---|---|
| | | • Statement of (not) maintaining a high acceptance rate with reasoning for how and why<br>• Benefits (consequences) of having high (low) acceptance rates | an order worth barely over $3. I ended up getting my best order ever shortly afterwards. So, today, a tipless order for barely over $3 came in and I hit reject. Time will tell if I made the right decision or if I just sacrificed the daily minimum over it."<br>• "I rejected 19 offers today over 6 hours. I used to care about my acceptance rate, but once I realized GH was taking advantage of me I dropped to Partner real quick."<br>• "Our acceptance rates are low due to shit orders"<br>• "I'm assuming [I was deactivated] because my acceptance rate was so low, but I'm sorry I'm not going to drive 10 miles to the bad part of Baltimore to deliver a $3.50 order. Not worth it financially wise or safety wise." |

**TABLE A2**  Trustworthiness of interpretation

| Criteria | Technique(s) applied | Explanation |
|---|---|---|
| Credibility (internal validity) | • Prolonged engagement | • The lead author has been a subscriber to the online forum scraped for this research since its founding in October 2016<br>• The lead author has engaged with members of the online community by making and replying to postings since October 2016<br>• The lead author has been an active participant in the crowdsourced driver community by going through the hiring process of six platforms and making deliveries as a driver for two of the platforms |
| | • Triangulation | • Ensured investigator triangulation by having the lead author be an active participant in the community with the coauthors one degree removed from community participation; this allowed both emic and etic interpretation of results |
| Transferability (external validity) | • Thick description | • Described the decision-making behavior in detail<br>• Reached theoretical saturation |
| Dependability (reliability) | • Auditing<br>• Reliability statistic | • The coding process was conducted primarily by the lead author with the second, third, and fourth authors being a degree removed from the content analysis. Each then conduct an audit of the procedure to ensure |

(Continues)

**448** WILEY

1873117, 2022, 5, Downloaded from https://onlinelibrary.wiley.com/doi/10.1002/joom.1187, Wiley Online Library on [18/11/2025]. See the Terms and Conditions (https://onlinelibrary.wiley.com/terms-and-conditions) on Wiley Online Library for rules of use; OA articles are governed by the applicable Creative Commons License

**TABLE A2**    (Continued)

| Criteria | Technique(s) applied | Explanation |
|---|---|---|
| | | accuracy and validity of interpretation<br>• Two of the authors categorized a random sampling of 20 codes based on the EO the code most closely reflected; Krippendorf's Alpha (Krippendorff, 2013) was found to be $\alpha = .72$ prior to reconciliation of any disagreements, which exceeded the recommended threshold of $\alpha = .70$ (Tangpong, 2011)<br>• Any coding or interpretation discrepancies were discussed and resolved |
| Confirmability (objectivity) | • Member checking | • Presented theoretical results to a prominent member of the crowdsourced driver community with a significant social media presence to confirm objectivity of the EOs |

the itinerary map often, rerouting myself in a way that makes more sense to me.

This quote shows a redditor telling others how to handle errors or perceived inefficiencies in the mobile app's real time delivery routing algorithm. It is reasonable to infer that the retailer or shipper would also find this discussion beneficial to co-producing the delivery service since it promotes decentralized decision-making on the part of the driver. However, later in the same passage, this redditor goes on to write,

> ... unless you have another block later in the day, the deadline for most delveries [sic] is 9:30pm. Sometimes you'll have a delivery to a business with different hours, so check first, but otherwise you should totally feel free to multi app. Run Postmates or something while delivering and take orders that are nearby. Mix them in to make more money. I did that today. During my first 4 hour block I had 3 hours on block with GH. It was quiet on GH, but I did two deliveries and got a bit of minimum contribution, so I ended up making another $26 during my otherwise $72 Amazon block. Now I'm sitting by the DC, active on GH block again from now until when my next Amazon block starts.

The same redditor now gives advice to other drivers on how to increase earnings while already actively delivering with another technology platform. In this case, the redditor

**TABLE A3**    Frequency counts for EOs 1–4

| Empirical observation | Count of recording units supporting the EO |
|---|---|
| EO #1 | 43 |
| EO #2 | 43 |
| EO #3 | 10 |
| EO #4 | 16 |

is promoting a best practice colloquially known in the gig worker community as, "multi-apping" or "multi-platforming" where the driver activates their availability on two or more technology platforms simultaneously, sometimes in violation of user agreements. In other words, while there is some discussion in our data set concerned with directly or indirectly improving effectiveness and efficiency on behalf of the shipper, it is primarily infused with discussions of driver-centricity, thus making this an ideal data set for learning about order acceptance decision-making.

### A.3. | Trustworthiness checks and eo frequency counts

Table A2 lists the trustworthiness criteria applied to ensure validity of the content analysis. We followed established procedures by focusing on credibility, transferability, dependability, and confirmability of interpretation (Lincoln & Guba, 1985). Table A3 provides the results of the content analysis in terms of the frequency of recording units that support each of the Empirical Observations (EOs).

CASTILLO ET AL.

WILEY | 449

1873117, 2022, 5, Downloaded from https://onlinelibrary.wiley.com/doi/10.1002/joom.1187, Wiley Online Library on [18/11/2025]. See the Terms and Conditions (https://onlinelibrary.wiley.com/terms-and-conditions) on Wiley Online Library for rules of use; OA articles are governed by the applicable Creative Commons License

# APPENDIX B: TECHNICAL DETAILS OF THE SIMULATION MODEL DEVELOPMENT

Tables B1, B2, B3

**TABLE B1**    Driver agent pseudocode

1. Delivery route offered to driver; $P^r_0 = 0.90$
   if offer = "rejected"
      while driver state = 'Agent Independence'
         driver moves between random locations in GIS space
      if driver quit decision = 0 ("no")
         return to 'Assigned Store' and back to Step 1
      else driver quits
      if driver re-recruited = 1 ("yes" based on $P^r_{i,m,t}$)
         return to 'Assigned Store' and back to Step 1
      else driver stays in 'quit' state
   else driver moves to 'Assigned Store' and loads vehicle
      while number of deliveries remaining on route > 0
      driver moves to nearest customer location and completes delivery
      'mileage', 'delivery count', && 'fulfillment time' accrue
      if tipping = 1 ("allowed")
         driver assesses tip amount after each delivery
            if tipAmount $\geq$ \$5, then $P^r_t = P^r_{t-1} + (tipAmount/100)$
               else $P^r_t = P^r_{t-1} - ((5 - tipAmount)/100)$
      if time = "end of workday"
         $AEPM_t = (total\ earnings) / mileage$
         $EEPM_t = (AEPM_{t-1})(\theta_i) + (EEPM_{t-1})(1-\theta_i)$
         $P^r_{t+1} = P^r_t + (AEPM_t - EEPM_t)/AEPM_t$
      return to 'Assigned Store' and back to Step 1

**TABLE B2**    Parameters in the simulation model

| Agent | Parameter | Description |
| --- | --- | --- |
| Customer | Tip amount | Empirical Dist. fit to Exponential Dist. (see Appendix C for derivation) |
| | Order frequency (determines demand volume) | The probability of customer $c_i$ placing an order on any given day (low: 5%–10%; high: 20%–40%) |
| Retail Store | Route length (# stops) | Orders received at nearest retail store and batched into route lengths determined by Unif_discr(1, 12) |
| | Pick-pack-and-load operations | Truncated normal distribution; $\mu = 50$ min and $\sigma = 30$ min; range = (30, 90) minutes |
| | Cost penalty | \$10 for fulfillment times >8.0 h |
| Delivery drivers | Initial delivery acceptance rate | Initial delivery acceptance rate = 90% |
| | Remuneration amount | Piece rate (per delivery cost) $\pi = \$6/delivery + \$0.50/mile$ |
| | Arrival and unloading times | Truncated normal distribution; $\mu = 7.5$ min and $\sigma = 2$ min; range = (5, 10) minutes |
| | Initial number of drivers | 10 per store |

Case 1:25-cv-10268-GBD    Document 11-8    Filed 12/11/25    Page 28 of 31

**TABLE B3**  Verification and validation process

| Component | Technique(s) applied | Description |
| --- | --- | --- |
| Conceptual model validation (Sargent, 2013) | Micro- and macro-face validity (Rand & Rust, 2011) | • Individuals knowledgeable about the system were presented the model and asked to confirm whether the behavior of agents and the system were reasonable |
| | Structured Walkthrough (Sargent, 2013) | • The project was presented to multiple academic audiences consisting of scholars familiar with last mile delivery and simulation modeling to formally evaluate correctness of entities in the model |
| Computerized model verification (Sargent, 2013) | Animation (Sargent, 2013) | • All agents were plotted in GIS maps and delivery operations were modeled graphically and changing over time to ensure that the research team could verify that agents were performing as expected. See Figure B1 for a screenshot of the animation. |
| | Tracing and programmatic testing (Rand & Rust, 2011; Sargent, 2013) | • Behaviors and features reflecting empirical complexity were added incrementally with new features being traced through the system before moving on to the next level of complexity. For instance, the model was constructed without driver re-entry behavior or new driver recruitment but later programmed in once the output variables were deemed to be consistent with expectations, for example, the Fleet Capacity variable in this case was shown to decline over time because drivers were being lost but no replacement was possible. After adding the re-entry and recruitment features to the final model, Fleet Capacity no longer declined, as expected, which provides evidence of model verification. |
| Data validity or empirical input validity (Rand & Rust, 2011; Sargent, 2013) | Data relationship correctness (Sargent, 2013) | • All data used for grounding agent behavior, simulation parameters, and distributions were obtained from publicly available secondary sources |
| | Extreme condition test (Sargent, 2013) | • During testing and debugging, the values of input variables and parameters were changed to extreme levels to ensure that output variables changed accordingly |
| Operational validity or empirical output validity (Rand & Rust, 2011; Sargent, 2013) | Structured walkthrough (Sargent, 2013) | • The project was presented to multiple academic audiences consisting of scholars familiar with last mile delivery and simulation modeling to formally evaluate correctness of entities in the model |

18731317, 2022, 5, Downloaded from https://onlinelibrary.wiley.com/doi/10.1002/joom.1187, Wiley Online Library on [18/11/2025]. See the Terms and Conditions (https://onlinelibrary.wiley.com/terms-and-conditions) on Wiley Online Library for rules of use; OA articles are governed by the applicable Creative Commons License

1873117, 2022, 5, Downloaded from https://onlinelibrary.wiley.com/doi/10.1002/joom.1187, Wiley Online Library on [18/11/2025]. See the Terms and Conditions (https://onlinelibrary.wiley.com/terms-and-conditions) on Wiley Online Library for rules of use; OA articles are governed by the applicable Creative Commons License

**TABLE B3**    (Continued)

| Component | Technique(s) applied | Description |
| --- | --- | --- |
| | Parameter variation/sensitivity analysis (Sargent, 2013) | • This technique was used on the $\theta$ parameter distribution to confirm that the results change as expected. We compared the simulation outputs using $\theta$ governed by the uniform distribution, $Unif(0.01,1.0)$, to three triangular distributions, $Tri(0.01, 0.5, 1.0)$, $Tri(0.01, 0.2, 1.0)$, and $Tri(0.01, 0.9, 1.0)$. The results of this step were robust across distributions, providing further evidence of the operational or empirical output validity (see Figure B2). |

Figures B1, B2



**FIGURE B1**    Screenshot of the simulation model animation showing the locations of store agents (green icons), customer agents (black dots), and driver agents (blue icons with text showing which part of the flowchart they are in)

## APPENDIX C: CUSTOMER TIPPING AMOUNT DISTRIBUTION

During the netnography, we built an empirical probability distribution to govern the amount that customers tip their crowdsourced delivery drivers. We were able to source tipping data from the same online forum as the textual data set for the main analysis. In this forum, it is common for users to post anonymized screenshots of their summarized earnings from the technology platforms with which they are contracted. This often includes customer tip amounts. We manually searched this forum for postings that include screenshots of customer tips. Conducting a keyword search for terms such as "tipping," "consumer/customer tips," "tips," and "earnings," we collected a data set of 84 images spanning from late 2017 (when tipping was first introduced by most technology platforms) through April 2020 that have anonymized earnings summaries with customer tip amounts (see e.g., Figure C1).

We manually built the empirical distribution of tip amounts and sought to fit a theoretical probability distribution to the data. Using the empirical distribution directly in the simulation could have been an option but given that these screenshots do not include geographical information, data validity might be harmed since the market locations are unknown. Therefore, we used a histogram (Figure C2) to identify a candidate distribution and a Kolmogorov–Smirnov (KS) test to statistically assess the data fit.

The histogram suggests that the data follow an Exponential, Gamma, or Weibull probability distribution. But, given that CS driver tipping is less entrenched in US cultural norms compared to, for instance, tipping a server in a restaurant, it is reasonable to assume that a large portion of these platforms' customer bases are unlikely to tip at all, lending legitimacy to the observed large number of $0 tips in the data set. Additionally, the distribution should be continuous since customers do not seem likely to leave tips in discrete dollar amounts, which eliminates other possible distributions like a Poisson.

The KS tests comparing the empirical data set's fit with the Exponential, Gamma, and Weibull distributions

Case 1:25-cv-10268-GBD    Document 11-8    Filed 12/11/25    Page 30 of 31

18731317, 2022, 5, Downloaded from https://onlinelibrary.wiley.com/doi/10.1002/joom.1187, Wiley Online Library on [18/11/2025]. See the Terms and Conditions (https://onlinelibrary.wiley.com/terms-and-conditions) on Wiley Online Library for rules of use; OA articles are governed by the applicable Creative Commons License



**FIGURE B2**    Results of the robustness and sensitivity analysis on $\theta$ distribution

were all statistically significant ($p < .05$), indicating the data follow a different distribution. However, given that none of these three distributions will generate $0 tip amounts, we removed the $0 tips from the empirical data set and found that the results of the KS test were no longer significant for the Exponential ($D[72] = 0.07$, $p = .80$), Gamma ($D[72] = 0.07$, $p = .84$), and Weibull ($D[72] = 0.15$, $p = .08$) distributions. The Weibull, with moderate significance ($.05 < p < .10$), however has an extremely long right tail which would yield unrealistic tip amounts (i.e., >$1000) when inputting its empirically derived $\alpha$ and $\beta$ parameters. Therefore, we chose to further evaluate the Exponential and Gamma distributions. Figure C3 shows the two distributions with their empirically derived parameters alongside the empirical data.



**FIGURE C1**    Representative example of anonymized screenshot of driver earnings, including customer tips

**FIGURE C2**    Histogram of customer tip amounts

18731317, 2022, 5, Downloaded from https://onlinelibrary.wiley.com/doi/10.1002/joom.1187, Wiley Online Library on [18/11/2025]. See the Terms and Conditions (https://onlinelibrary.wiley.com/terms-and-conditions) on Wiley Online Library for rules of use; OA articles are governed by the applicable Creative Commons License

**FIGURE C3**  Empirical data versus exponential versus gamma distributions



This visual inspection shows that the two theoretical distributions are virtually indistinguishable, so we chose to use the Exponential distribution ($\lambda = 0.11$), given its prolific history of use in simulation modeling (Law, 2015). With the dearth of secondary data related to customer tipping behavior in a delivery context and an unwillingness of technology platforms to provide such data, our approach provides a sufficient proxy for creating insight into the impacts of allowing tipping as a crowdsourced delivery technology management strategy.