# Exhibit 10

            NEW YORK CITY COUNCIL STATED MEETING                1

CITY COUNCIL
CITY OF NEW YORK

------------------------ X

TRANSCRIPT OF THE MINUTES

            of the

      STATED MEETING

------------------------ X

                    THURSDAY, APRIL 11, 2024
                    Start:   2:08 p.m.
                    Recess:  3:28 p.m.


HELD AT:          COUNCIL CHAMBERS - CITY HALL

B E F O R E:      Adrienne E. Adams, Speaker
                  Amanda Farías, Majority Leader

COUNCIL MEMBERS:

 Adrienne E. Adams
 Joann Ariola
 Alexa Avilés
 Diana I. Ayala
 Chris Banks
 Joseph C. Borelli
 Erik D. Bottcher
 Justin L. Brannan
 Gale A. Brewer
 Selvena N. Brooks-Powers
 Tiffany Cabán
 David M. Carr
 Carmen N. De La Rosa
 Eric Dinowitz
 Amanda Farías
 Oswald Feliz
 James F. Gennaro
 Jennifer Gutiérrez

2

NEW YORK CITY COUNCIL STATED MEETING
COUNCIL MEMBERS (CONTINUED)

Shahana K. Hanif
Kamillah Hanks
Robert F. Holden
Crystal Hudson
Rita C. Joseph
Shekar Krishnan
Linda Lee
Farah N. Louis
Kristy Marmorato
Christopher Marte
Darlene Mealy
Julie Menin
Francisco P. Moya
Mercedes Narcisse
Sandy Nurse
Chi A. Ossé
Vickie Paladino
Keith Powers
Lincoln Restler
Kevin C. Riley
Carlina Rivera
Yusef Salaam
Rafael Salamanca,Jr
Pierina Ana Sanchez
Lynn C. Schulman
Althea V. Stevens
Sandra Ung
Inna Vernikov
Nantasha M. Williams
Julie Won
Kalman Yeger
Susan Zhuang

3

NEW YORK CITY COUNCIL STATED MEETING

A P P E A R A N C E S

INVOCATION:

Imam Abdoulazakou Traore, Darou Salam Islamic
Community Inc., located at 677 Elton Avenue,
BRONX, N.Y. 10455

NEW YORK CITY COUNCIL STATED MEETING    4

SERGEANT POLITE: Testing one, two, one, two. Today is April 11, 2024, Stated Meeting being recorded in the Chambers by Keith Polite.

SERGEANT AT ARMS: Quiet on the floor, please! Quiet on the floor, please!

All council staff is off the main floor, please. Quiet!

Ladies and gentlemen, at this time please place all electronic devices, all electronic devices to vibrate or silent mode.

Madam Majority Leader?

AUTOMATED: Recording in progress.

MAJORITY LEADER FARÍAS: Good afternoon, and welcome to the Stated Meeting of April 11, 2024. I am Majority Leader Amanda Farías, and I would like to thank you for joining us. If you would like to follow along, the agenda for today's meeting is posted on our website.

On behalf of the body, I welcome the members of the public who have joined us here today. During Stated Meetings, only members of the Council may speak. Members of the public shall remain silent. If you wish to express support of any remarks, you may make the silent approval gesture.

NEW YORK CITY COUNCIL STATED MEETING         5

I want to remind my colleagues that decorum is to be respected at all times. Insulting each other is not appropriate, all remarks are to be addressed to the Chair, and members shall not speak unless recognized by the Chair. It is essential that even if we disagree, we treat each other with respect.

CITY CLERK: Please join us for the Pledge of Allegiance.

SERGEANT AT ARMS: All rise!

ALL: (PLEDGE OF ALLEGIANCE)

MAJORITY LEADER FARÍAS: Roll call?

CITY CLERK: Council Member Abreu?

COUNCIL MEMBER ABREU: Present

CITY CLERK: Council Member Ariola?

COUNCIL MEMBER ARIOLA: (NO RESPONSE)

CITY CLERK: Council Member Avilés?

COUNCIL MEMBER AVILÉS: (NO RESPONSE)

CITY CLERK: Council Member Ayala?

COUNCIL MEMBER AYALA: Here

CITY CLERK: Council Member Banks?

COUNCIL MEMBER BANKS: Present

CITY CLERK: Council Member Bottcher

COUNCIL MEMBER BOTTCHER: (NO RESPONSE)

CITY CLERK: Council Member Brannan?

NEW YORK CITY COUNCIL STATED MEETING          6

COUNCIL MEMBER BRANNAN: Here

CITY CLERK: Council Member Brewer?

COUNCIL MEMBER BREWER: Here

CITY CLERK: Council Member Brooks-Powers?

COUNCIL MEMBER BROOKS-POWERS: (NO RESPONSE)

CITY CLERK: Council Member Cabán?

COUNCIL MEMBER CABÁN: Present

CITY CLERK: Council Member Carr?

COUNCIL MEMBER CARR: Here

CITY CLERK: Council Member De La Rosa?

COUNCIL MEMBER DE LA ROSA: Here

CITY CLERK: Council Member Dinowitz?

COUNCIL MEMBER DINOWITZ: (NO RESPONSE)

CITY CLERK: Council Member Feliz?

COUNCIL MEMBER FELIZ: Presenté

CITY CLERK: Council Member Gennaro?

COUNCIL MEMBER GENNARO: Here

CITY CLERK: Council Member Gutiérrez?

COUNCIL MEMBER GUTIÉRREZ: (NO RESPONSE)

CITY CLERK: Council Member Hanif?

COUNCIL MEMBER HANIF: (EXCUSED)

CITY CLERK: Council Member Hanks?

COUNCIL MEMBER HANKS: Present

CITY CLERK: Council Member Holden?

NEW YORK CITY COUNCIL STATED MEETING          7

COUNCIL MEMBER HOLDEN: Here

CITY CLERK: Council Member Hudson?

COUNCIL MEMBER HUDSON: Present

CITY CLERK: Council Member Joseph?

COUNCIL MEMBER JOSEPH: Present

CITY CLERK: Council Member Krishnan?

COUNCIL MEMBER KRISHNAN: Here

CITY CLERK: Council Member Lee?

COUNCIL MEMBER LEE: Here

CITY CLERK: Council Member Louis?

COUNCIL MEMBER LOUIS: Here

CITY CLERK: Council Member Marmorato?

COUNCIL MEMBER MARMORATO: Present

CITY CLERK: Council Member Marte?

COUNCIL MEMBER MARTE: Present

CITY CLERK: Council Member Mealy?

COUNCIL MEMBER MEALY: (NO RESPONSE)

CITY CLERK: Council Member Menin?

COUNCIL MEMBER MENIN: Here

CITY CLERK: Council Member Ariola?

COUNCIL MEMBER ARIOLA: Here

CITY CLERK: Council Member Moya?

COUNCIL MEMBER MOYA: Present

CITY CLERK: Council Member Narcisse?

NEW YORK CITY COUNCIL STATED MEETING          8

COUNCIL MEMBER NARCISSE: Present

CITY CLERK: Council Member Nurse?

COUNCIL MEMBER NURSE: (NO RESPONSE)

CITY CLERK: Council Member Ossé?

COUNCIL MEMBER OSSÉ: (NO RESPONSE)

CITY CLERK: Council Member Paladino?

COUNCIL MEMBER PALADINO: (NO RESPONSE)

CITY CLERK: Council Member Powers?

COUNCIL MEMBER POWERS: (NO MIC) Here

CITY CLERK: Council Member Restler?

COUNCIL MEMBER RESTLER: Here

CITY CLERK: Council Member Bottcher

COUNCIL MEMBER BOTTCHER: Here

CITY CLERK: Council Member Brooks-Powers?

COUNCIL MEMBER BROOKS-POWERS: Present

CITY CLERK: Council Member Ossé?

COUNCIL MEMBER OSSÉ: (NO MIC) Present

CITY CLERK: Council Member Mealy?

COUNCIL MEMBER MEALY: Present

CITY CLERK: Council Member Riley?

COUNCIL MEMBER RILEY: Present

CITY CLERK: Council Member Paladino?

COUNCIL MEMBER PALADINO: Present

CITY CLERK: Council Member Rivera?

NEW YORK CITY COUNCIL STATED MEETING        9

COUNCIL MEMBER RIVERA: Present, still here.

CITY CLERK: Council Member Salaam?

COUNCIL MEMBER SALAAM: Present

CITY CLERK: Council Member Salamanca?

COUNCIL MEMBER SALAMANCA: Present

CITY CLERK: Council Member Sanchez?

COUNCIL MEMBER SANCHEZ: Presenté

CITY CLERK: Council Member Schulman?

COUNCIL MEMBER SCHULMAN: Here

CITY CLERK: Council Member Stevens?

COUNCIL MEMBER STEVENS: Here

CITY CLERK: Council Member Ung?

COUNCIL MEMBER UNG: Present

CITY CLERK: Council Member Avilés?

COUNCIL MEMBER AVILÉS: Presenté

CITY CLERK: Council Member Nurse?

COUNCIL MEMBER NURSE: (NO RESPONSE)

CITY CLERK: Council Member Vernikov?

COUNCIL MEMBER VERNIKOV: (NO MIC) Here

CITY CLERK: Council Member Williams?

COUNCIL MEMBER WILLIAMS: (MEDICAL)

CITY CLERK: Council Member Won?

COUNCIL MEMBER WON: (PARENTAL)

CITY CLERK: Council Member Yeger?

NEW YORK CITY COUNCIL STATED MEETING          10

COUNCIL MEMBER YEGER: Here

CITY CLERK: Council Member Zhuang?

COUNCIL MEMBER ZHUANG: Here

CITY CLERK: Council Member Dinowitz?

COUNCIL MEMBER DINOWITZ: (NO MIC) Here

CITY CLERK: Thank you

Council Member Gutiérrez?

COUNCIL MEMBER GUTIÉRREZ: (NO MIC) Here

CITY CLERK: Council Member Borelli?

COUNCIL MEMBER BORELLI: I am here.

CITY CLERK: Council Member Farías?

COUNCIL MEMBER FARÍAS: Present

CITY CLERK: Speaker Adams?

SPEAKER ADAMS: I am present.

MAJORITY LEADER FARÍAS: Thank you, we will now have today's Invocation, which will be delivered by Imam Abdoulazalou Traore, Darou Salam Islamic Community Inc., located at 677 Elton Avenue, The Bronx, N.Y. 10455.

IMAM ABDOULAZALOU TRAORE: (CHANTING)

In the name of Allah, the gracious, the merciful praise be to Allah, lord of the world, the most gracious, the most merciful. Master of the day of judgment, it is you we worship, and upon you we call

NEW YORK CITY COUNCIL STATED MEETING          11

for help. Guide us to the straight path, the path of those you have blessed, not those against whom there is anger, nor of those who are misguided. Allah, there is no deity except him, the ever living, the sustainer of all existence; neither drowsiness overtakes him, nor sleep. To him belongs whatever is in the heaven and whatever is on the earth. Who is it that can intercede with him, except by his permission? He knows what is presently before them and what will be after them, and they encompass not a thing of his knowledge except for what he wills. His (INAUDIBLE) extends over the heaven and the earth, and their preservation ties him not, and he is the most high, the most great. Almighty Allah, we are praying and asking you after reciting the most powerful Surah chapter, and the most powerful verse in the Quran, to accept our invocation by guiding our lawmakers in making decisions. Almighty Allah, the citizen of New York City trusted them and elected them for a purpose of great leadership. Grant them the wisdom to achieve it. Almighty Allah, we pray and ask you to soften their heart and guide them in all process that will lead them, not to follow their desires, but to fulfill their duties and

NEW YORK CITY COUNCIL STATED MEETING        12

responsibilities that New York citizens trusted them with. Almighty Allah, we pray and ask you to protect them and ease their task in order for them to give the best of their ability to serve New York City. Amen

MAJORITY LEADER FARÍAS: Thank you, I would now like to ask Council Member Althea Stevens to spread the Invocation on the Record.

COUNCIL MEMBER STEVENS: Good afternoon, born on January 21, 1981 in the city of Togo, West Africa, Imam Abdoulazakou arrived in the US over 20 years ago. After obtaining a BA in Mathematics and Science, he secured his 120 from University and pursued a dual degree in bio Magnetic and Engineering and Economics at Syracuse University, graduating in 2015.

Currently Abdoul teaches mathematics at Bronx Community College and serves as an Imam in his community at Darou Salam Islamic Community, Inc. in the Bronx. His journey from Togo to the US has been marked by academic achievement and commitment to his community. His father, influenced as an Imam in Togo, has inspired Abdoul's own spiritual leadership in shaping his role in guiding others both educationally and religiously.

NEW YORK CITY COUNCIL STATED MEETING          13

Outside of the professional and religious duties, Imam Abdoula is known for his dedication to promoting cultural understanding and community development making him a respected figure in both the academic and religious circles.

A few months ago, I was invited to the Darou Salam Islamic Community Center in the Bronx where they have been hosting over 200 asylum seekers a night and serving up to 300 asylum seekers with food, as well as helping them secure IDs and work.

I want to thank Imam Abdoul and Imam Noda (sp?) for stepping up and supporting our brothers and sisters during their time of need. I will continue to support faith-based institutions that have stepped up when the City has not been able to.

Thank you, Majority Leader, I would like to thank Imam Abdoula for being here today, and I make a motion for unanimous consent to spread the Invocation in full upon the Record.

MAJORITY LEADER FARÍAS: We will now have the Adoption of Minutes by Council Member Erik Bottcher.

COUNCIL MEMBER BOTTCHER: I make a motion that the minutes of the Stated Meeting of March 7, 2024 be adopted as printed.

NEW YORK CITY COUNCIL STATED MEETING          14

MAJORITY LEADER FARÍAS: Messages and Papers from the Mayor?

CLERK: Preconsidered M 0035-2024 through M 0037-2024, mayoral appointments?

SPEAKER ADAMS: Rules, Privileges and Elections.

MAJORITY LEADER FARÍAS: Communications from City, County and Borough Offices?

CLERK: None

MAJORITY LEADER FARÍAS: Petitions and Communications?

CLERK: None

MAJORITY LEADER FARÍAS: Land Use Call-Ups?

CLERK: M 0038-2024 through M 0040-2024?

SPEAKER ADAMS: Coupled on Call-Up Vote. I now ask that the Clerk take a rollcall vote on today's Land Use Call-ups.

CLERK: Council Member Abreu?

COUNCIL MEMBER ABREU: Aye

CLERK: Council Member Ariola?

COUNCIL MEMBER ARIOLA: Aye

CLERK: Council Member Avilés?

COUNCIL MEMBER AVILÉS: Aye

CLERK: Council Member Ayala?

COUNCIL MEMBER AYALA: Aye

NEW YORK CITY COUNCIL STATED MEETING          15

CLERK: Council Member Banks?

COUNCIL MEMBER BANKS:  Aye

CLERK: Council Member Bottcher

COUNCIL MEMBER BOTTCHER: Aye

CLERK: Council Member Brannan?

COUNCIL MEMBER BRANNAN: Aye

CLERK: Council Member Brewer?

COUNCIL MEMBER BREWER: Yes

CLERK: Council Member Brooks-Powers?

COUNCIL MEMBER BROOKS-POWERS: Aye

CLERK: Council Member Cabán?

COUNCIL MEMBER CABÁN: Aye

CLERK: Thank you

Council Member Carr?

COUNCIL MEMBER CARR: Aye

CLERK: Thank you

Council Member De La Rosa?

COUNCIL MEMBER DE LA ROSA: Aye

CLERK: Council Member Dinowitz?

COUNCIL MEMBER DINOWITZ: Aye

CLERK: Council Member Feliz?

COUNCIL MEMBER FELIZ: Aye

CLERK: Council Member Gennaro?

COUNCIL MEMBER GENNARO: Aye

NEW YORK CITY COUNCIL STATED MEETING          16

CLERK: Thank you

Council Member Gutiérrez?

COUNCIL MEMBER GUTIÉRREZ: Aye

CLERK: Council Member Hanif?

COUNCIL MEMBER HANIF: (EXCUSED)

CLERK: Council Member Hanks?

COUNCIL MEMBER HANKS: Aye

CLERK: Council Member Holden?

COUNCIL MEMBER HOLDEN: Aye

CLERK: Thank you Council

Member Hudson?

COUNCIL MEMBER HUDSON: Aye

CLERK: Council Member Joseph?

COUNCIL MEMBER JOSEPH: Aye

CLERK: Council Member Krishnan?

COUNCIL MEMBER KRISHNAN: Aye

CLERK: Council Member Lee?

COUNCIL MEMBER LEE: Aye

CLERK:   Council Member Louis?

COUNCIL MEMBER LOUIS: Aye

CLERK: Council Member Marmorato?

COUNCIL MEMBER MARMORATO: Aye

CLERK: Council Member Marte?

COUNCIL MEMBER MARTE: Aye

NEW YORK CITY COUNCIL STATED MEETING          17

CLERK: Council Member Mealy?

COUNCIL MEMBER MEALY: Aye

CLERK: Council Member Menin?

COUNCIL MEMBER MENIN: Aye

CLERK: Council Member Moya?

COUNCIL MEMBER MOYA: Aye

CLERK: Council Member Narcisse?

COUNCIL MEMBER NARCISSE: I vote aye.

CLERK: Council Member Nurse?

COUNCIL MEMBER NURSE: Aye

CLERK: Council Member Ossé?

COUNCIL MEMBER OSSÉ: Aye

CLERK: Council Member Paladino?

COUNCIL MEMBER PALADINO: Aye

CLERK: Council Member Powers?

COUNCIL MEMBER POWERS: Aye

CLERK: Council Member Restler?

COUNCIL MEMBER RESTLER: Aye

CLERK: Council Member Riley?

COUNCIL MEMBER RILEY: Aye

CLERK: Council Member Rivera?

COUNCIL MEMBER RIVERA: Aye

CLERK: Council Member Salaam?

COUNCIL MEMBER SALAAM: I vote aye.

NEW YORK CITY COUNCIL STATED MEETING          18

CLERK: Council Member Salamanca?

COUNCIL MEMBER SALAMANCA: Aye

CLERK: Council Member Sanchez?

COUNCIL MEMBER SANCHEZ: Aye

CLERK: Council Member Schulman?

COUNCIL MEMBER SCHULMAN: Aye

CLERK: Council Member Stevens?

COUNCIL MEMBER STEVENS:  Aye

CLERK: Council Member Ung?

COUNCIL MEMBER UNG: Aye

CLERK: Council Member Vernikov?

COUNCIL MEMBER VERNIKOV: Aye

CLERK: Council Member Williams?

COUNCIL MEMBER WILLIAMS: (MEDICAL)

CLERK: Council Member Won?

COUNCIL MEMBER WON: (PARENTAL)

CLERK: Council Member Yeger?

COUNCIL MEMBER YEGER: Aye

CLERK: Council Member Zhuang?

COUNCIL MEMBER ZHUANG: Aye

CLERK: Council Member Borelli?

COUNCIL MEMBER BORELLI: Aye

CLERK: Council Member Farías?

COUNCIL MEMBER FARÍAS: I vote aye.

NEW YORK CITY COUNCIL STATED MEETING          19

CLERK: Speaker Adams?

SPEAKER ADAMS: I vote aye.

MAJORITY LEADER FARÍAS: Today's Land Use Call-ups are adopted by a vote of 48 in the affirmative and 0 in the negative.

We will now have Communications for Speaker Adrienne E. Adams.

SPEAKER ADAMS: Thank you, Majority Leader, and good afternoon, everyone.

First I want to acknowledge the death of a 99-year-old Alemise Marcellus, whom we lost to a fatal fire in Council Member Joseph's District on March 21st. We also lost 38-year-old Tracy Ann Douglas in a deadly fire on April 9th in Council Member Riley's district. Our thoughts are with their loved ones and neighbors during this difficult time.

Last month we lost one of New York's finest, Detective Jonathan Diller, who was fatally shot in the line of duty. Detective Diller faithfully served our city and the borough of Queens for three years, putting his life on the line every day to help make New York a safer place for us all. He was a beloved father, husband, son, and brother who positively impacted everyone around him. He made our city and my

NEW YORK CITY COUNCIL STATED MEETING          20

home borough of Queens better. My prayers are with his family and his colleagues.

Last month we also lost 19-year-old  Win Rozario in Council Member Lynn Schulman's district in Queens. Win called 911 while experiencing a mental health crisis, which ended tragically when he was shot and killed by responding officers. Win deserved mental health support, and his death underscores the importance of community based mental health interventions and evidence-based crisis responses. The Council *continues* to call for greater investments in mental health services that advance these goals with our upcoming City Budget. My prayers go out to Win's family.

Last week the Council released its official response to the Mayor's Fiscal Year 2025 Preliminary Budget. The Council has made it clear that our city has the available resources to protect the essential services that New Yorkers rely on for the health and safety of their communities. Many of the budget cuts made by the Administration were not only too broad, and carry destabilizing consequences for our city and constituents, but were unnecessary in the first place. The Council's Preliminary Budget Response

NEW YORK CITY COUNCIL STATED MEETING        21

proposes a balanced and responsible path for our city with $6.15 billion in additional funds available to help reverse certain cuts, invest in critical areas for the City, address under budgeting in the Mayor's Preliminary Budget, account for expiring federal stimulus funds, and strengthen the City's reserves. Our investments are focused in several areas that respond to some of our City's most significant challenges: affordable housing, 3-K, other early childhood education programs in our public schools, CUNY, proven mental health solutions, programs that reduce recidivism, our cultural institutions and libraries, and an array of other vital services for New Yorkers. True Public Safety requires holistic investments by the City, as our City's District Attorneys testified at the Public Safety Committee's Budget Hearing. We know that New Yorkers across our city need mental health solutions that help people access support, avoid crisis, and avert harmful cycles that exacerbate their challenges. Building on the Council's Mental Health Road Map, we call for over $200 million for mental health services-including investments in proven solutions like Forensic Assertive Community Treatment Teams, mental

NEW YORK CITY COUNCIL STATED MEETING          22

health courts, and supportive housing that need investments at a greater scale. It is also critical that we restore and expand investments into the programs that reduce recidivism and prevent crime, which have recently been cut by the Administration. We are prepared to advocate for these solutions in our City Budget. The Council is a responsible steward of our city's fiscal health. We have demonstrated our commitment to advancing a budget that is not only fiscally balanced but also protects essential services for New Yorkers and charts a path towards stability for our city.

Tuesday night was the start of Eid al-Fitr, which marks the end of the blessed month of Ramadan. To the nearly 1 million Muslim New Yorkers who make our diversity stronger, Eid Mubarak.

April is Autism Acceptance Month which celebrates and uplifts the voices of people with autism. New York will always be a city that supports the well-being of people of all abilities and spectrums of neurodiversity.

April is also National Sexual Assault Awareness Month during which we raise awareness and advance public education about the prevalence of sexual

NEW YORK CITY COUNCIL STATED MEETING        23

assault across the country. As a city, we must continue to empower survivors and support them with necessary resources and pathways to recover while working to prevent sexual assault.

We're also celebrating April as Arab American Heritage Month. Join us in uplifting the many contributions of our Arab American communities throughout this month and beyond.

April is National Fair Housing month. This year we're marking the 56th anniversary of the landmark Fair Housing Act, which was signed into law on this day in 1968. The theme for this year's celebration is The Act In Action. And here in New York City, we are contributing our part through our own fair housing framework law that we passed last year to equitably confront our City's housing crisis. I look forward to our continued work together to successfully advance fair housing efforts across the City.

Today is the start of Black Maternal Health Week, a time when we recognize the stark inequities in maternal health outcomes that disproportionately affect Black women and birthing people. Black New Yorkers are eight times more likely than white New Yorkers to die of a pregnancy related illness,

NEW YORK CITY COUNCIL STATED MEETING          24

underscoring the urgency of action at levels of government.

In my State of the City, I proposed additional solutions to confront this pressing issue including expanded access to doula care and more support for mothers to address fourth trimester mental health issues. We must continue to advance progress through critical investments and solutions.

This week is also National Library Week a time to celebrate these pillars of our neighborhood. Libraries are information hubs that New Yorkers of all ages rely on for knowledge, resources, and connection. For all that our libraries provide us, they deserve *full* funding in our City Budget.

Yesterday the Council hosted a Garifuna Heritage celebration right here in the People's House. New York City is home to the largest Garifuna Community outside of Central America. I thank Council Member Althea Stevens and all of our colleagues for hosting this event to celebrate their rich contributions to our city.

April 13th is  Vaisakhi, one of the most significant days for the Sikh community and a day where many Sikhs choose to be baptized. I hope all

NEW YORK CITY COUNCIL STATED MEETING          25

who observe have a wonderful day of reflection and celebration.

On April 16th the Council will host a Songkran celebration in the Chambers to commemorate the Thai New Year. The program will start at 5:30 p.m., and I hope you can join our wonderful Thai community in their celebration.

Yesterday, the legendary and longtime DJ, Mister Cee, from Brooklyn, passed away at the age of 56. Mister Cee was a pioneer in the industry, he was Big Daddy Kane's DJ, and he helped discover the Notorious B.I.G. He was pivotal to their careers as well as those of many other hip-hop artists. New Yorkers will remember his work on HOT97 for many, many years. Rest in power Mr. Cee.

Before we continue, I want to wish a happy belated birthday to Council Member Sandy Nurse (APPLAUSE) whose birthday was on April 3rd.

And we wish a happy early birthday to Council Member Crystal Hudson whose birthday is on April 14th. (APPLAUSE)

And finally on a more solemn note, yesterday the murderer of 14-year-old Aamir Griffin was sentenced to 30 years in prison. Aamir lived in my district; he

NEW YORK CITY COUNCIL STATED MEETING          26

was a student and a star basketball player at Benjamin Cardozo High School who hoped to someday make it to the NBA. Aamir's death devastated his family and shook our community to its core. I will *never* forget that tragic night and the raw emotions that myself, my staff, and members of the 113th precinct and community leaders shared as we tried to somehow, somehow comfort each other. As a mother and grandmother, I can tell you that my heart still breaks for the loss of that dear child. And as the council member for the 28th District where the Baisley Park Houses are located, it is still my vision and my intention to upgrade and rename the community center the Aamir Griffin Community Center. (APPLAUSE) NYCHA, do the right thing and lift the unnecessary pause that *you* have placed on this upgrade that was promised to this grieving family many years ago.

Now let's move on to our Stated Agenda.

First, we'll vote on the following Finance items:

A transparency Resolution approving new designations and changes of certain organizations receiving funding in the Expense Budget.

NEW YORK CITY COUNCIL STATED MEETING          27

A Preconsidered Resolution sponsored by Council Member Justin Brannan authorizing a 40-year Article XI tax exemption for the preservation of two rent stabilized buildings in Council Member Abreu's and Council Member Salaams districts.

A Preconsidered Resolution, sponsored by Council Member Brannan, authorizing a 40-year Article XI tax exemption for the preservation of 20 rent stabilized buildings in Council Member Feliz's and Council Member Stevens' districts.

A Preconsidered Resolution, sponsored by Council Member Brannan authoring a 40-year Article XI tax exemption for the preservation of one rent stabilized building in Council Member Hudson's district.

Next we'll vote on the following appointments: Ms. Andrea Bierstein to the New York City Taxi and Limousine Commission; Maria Almonte-Weston, as a Commissioner of the New York City Local Conditional Release Commission; George Goodmon, as a Commissioner of the New York City Local Conditional Release Commission; Council Member Jennifer Gutiérrez, as a member of the New York City Commission on Public Information and Communication; and Ngozi Okaro,

NEW YORK CITY COUNCIL STATED MEETING          28

Member of the New York City Equal Employment Practices Commission.

Next we'll vote on the following land use items: 396-400 Avenue X Rezoning will facilitate a new seven-story mixed-use building with 45 housing units, including 12 affordable units, retail and medical office space, and 45 accessory off-street parking in Council Member Brannan's district. The Council will be modifying the MIH Text Amendment to remove Option Two and require MIH Option One.

Willets Point Phase II, will facilitate the second phase of a long term area wide redevelopment strategy that re-envisions the Willets Point neighborhood of Queens in Council Member Moya's district. This phase will create approximately 1,400 permanently affordable housing units; a 250-room hotel; a 2,500 seat stadium that will be the home of the New York City Football Club; 2.8 acres of publicly accessible open space; and 880,000 square feet of local retail space. This project will build the City's first stadium dedicated to soccer and bring much needed affordable housing to our city.

Lastly, two applications in Council Member Cabán's district: 30-11 12th Street Rezoning will

NEW YORK CITY COUNCIL STATED MEETING        29

facilitate a new eight-story mixed-use building with approximately 86 housing units, including 26 units that will be permanently affordable, ground floor retail, and 41 accessory parking spaces. The Council is modifying the application to remove MIH Option Two and require Option One, and add the deep affordability option.

23-01 Steinway Street Rezoning will facilitate a new six-story mixed-use building plus cellar with approximately 22 housing units, including six affordable units, ground floor retail space, and parking spaces. The council is modifying the application to remove MIH Option Two and require Option One and add the deep affordability option.

Today we will also vote on pieces of legislation:

Resolution 74, sponsored by Council Member David Carr, would recognize annually as Giovanni da Verrazzano Day in the City of New York. Thank you to our staff member Regina Paul - and thank you for that great speech the other day also, Regina.

Introduction 69-A, sponsored by Council Member Lincoln Restler, would prohibit and void provisions in employment agreements that shorten the statute of limitations in which claims and complaints of

NEW YORK CITY COUNCIL STATED MEETING          30

unlawful discriminatory practices, harassment, or violence may be filed, and in which civil actions may be commenced according to the City's Human Rights Law Thank you to our staff members Rachel Cordero, Jessica Boulet, David Seitzer, and Wiam Diouri,

Introduction 126-A sponsored by Minority Leader Borelli, would require that the Fire Department to provide body armor to employees within The Bureau of Emergency Medical Services or EMS. This provision would largely codify existing practices and establish requirements that equipment meet ballistic and stab-resistant standards.

Introduction 127-A, also sponsored by Minority Leader Borelli, would require that the FDNY provide de-escalation and self-defense training to EMS employees. We thank our staff members Rachel Cordero, Joshua Kingsley, and William Hongach.

Thank you very much for your attention. I now turn it back over to our Majority Leader.

MAJORITY LEADER FARÍAS: Thank you, Speaker Adams. We will now move into Discussion of General Orders, and I'd like to recognize Council Member Borelli.

NEW YORK CITY COUNCIL STATED MEETING          31

COUNCIL MEMBER BORELLI: Thank, you Madam Speaker and Madam Majority Leader for allowing me to speak very briefly on Introductions 126 and 127-A.

In the four or five years that these two bills have been kicked around the Council, attacks on EMTs have gone up double in that short amount of time. And they've gone up almost 20 times - not 20 percent - 20 times in the two decades or so since it was first kept track of.

Two decades ago, attacks on EMTs were unthought of, non-existing, didn't happen. And, unfortunately, in 2022 we saw a horrible attack on Lieutenant Alison Russo-Elling who was mercilessly stabbed to death. A few years before that in 2017, EMT Yadira Arroyo was run over by her own ambulance when a person she was trying to help and save attacked her and her partner.

Our EMTs aren't second rate first responders; they don't get leftover equipment, they don't deserve to get second rate training, they deserve the best. So, this puts into a code the highest standard of ballistics and stab-proof vests. And it puts into code the requirement that our EMTs are trained in the best practices in de-escalation and self-defense.

NEW YORK CITY COUNCIL STATED MEETING          32

We wish we wouldn't have to do this, but we know that EMTs have to respond to every situation. They don't know whether the person they're responding to is violent, whether the person they're responding to is having a mental episode; they respond to crime scenes, and they don't know or get to pick whether they're treating the good guys or the bad guys. So this bill makes the job of EMT's safer in posterity for the future. I urge you all to support and vote for this bill, thank you.

MAJORITY LEADER FARÍAS: Thank you.

I'd now like to recognize Council Member Restler, followed by Council Member Moya.

COUNCIL MEMBER RESTLER: Thank you so much, Madam Majority Leader, and thank you Madam Speaker for your support of Introduction 69.

No one should ever have to deal with harassment, or discrimination, or violence at work, but when these unfortunate and awful incidents do occur, New York City workers can rely on our landmark strong City Human Rights Laws to protect them in court. Unfortunately, many large employers have started forcing employees to sign contracts that limit and undermine their own rights. Under our City's Human

NEW YORK CITY COUNCIL STATED MEETING        33

Rights Law, employees currently have three years to file claims for discrimination, or harassment, or violence, but employees, many unknowingly, have been signing contracts - sometimes even during the application process – to shorten this period to just six months. Some of the largest employers in New York State have been perpetrating this practice like- Northwell Health, FedEx and even Raymour & Flanigan whose ads I used to love as a kid.

These contracts are unreasonable and they are contrary to public policy. Six months is just not enough time for an aggrieved worker to find a lawyer, file a claim; it doesn't make sense, especially given the high likelihood of the threat of retaliation, which discourages so many employees from immediately filing claims.

Introduction 69 will restore the intent of our strong Human Rights Law and ensure that no private employers can create their own corporate loopholes. Every employee should have a full three years to file a claim. I really, again, want to thank the Speaker for her support. I also want to thank Chair Nantasha Williams who was a co-prime sponsor of this bill, and has championed it from the Civil and Human Rights

NEW YORK CITY COUNCIL STATED MEETING          34

Committee. And I would like to thank my constituent, Anne Clark, who is an employment attorney, and who brought this issue to our attention. Finally, I just want to thank my staff who helped shepherd this all along, especially my Chief of Staff, Molly Haley, who is terrific. So, thank you very much, and I hope everyone will support it.

MAJORITY LEADER FARÍAS: Thank you.

I'd now like to recognize Council Member Moya followed by Council Member Riley.

COUNCIL MEMBER MOYA: Thank you, Madam Majority Leader, and good afternoon everyone.

I want you all to take a moment and picture a little boy in Flushing Meadows, Corona Park learning to play soccer with his father, a game that serves as a link to the life in a faraway country that his father left behind to make Queens his home - learning the world's game in the world's borough, underneath the uinisphere, a monument to the World's Fair, in the shadows of a tennis stadium and a baseball stadium, knowing that his dream of playing professional soccer in his hometown was impossible. Those moments at the park down the street from his home, formed the core memories of that little boy's

NEW YORK CITY COUNCIL STATED MEETING          35

childhood and cemented his connection to his neighborhood. While that story is mine, it could be that of any kid growing up in Corona, Queens. You see, the journey of this monumental day didn't start when I came to the Council in 2017 and created the Willets Point Taskforce, or in 2011 when I was sworn into the New York State Assembly and wrote a letter to Commissioner Don Garber, pitching New York City as a right place for their next expansion team. This has been a lifelong journey driven by my commitment to my community, and it's taken perseverance and the belief, that in New York City, even the impossible is possible. Impossible because we all know how many failed plans and false starts this corner of the world has seen. Yet, here we are breathing new life into the valley of ashes, turning the underutilized and polluted corner of my neighborhood into a historic development project like no other the city has seen before. This plan puts housing first ensuring that we didn't get left with empty promises down the line. We are building the largest 100 percent affordable housing development New York has seen in over 40 years, with historic AMI levels to keep these homes truly affordable. We're ensuring

NEW YORK CITY COUNCIL STATED MEETING          36

that people can live in this community while simultaneously creating 1,500 permanent jobs and over 14,000 union jobs that will allow all workers to support their families. We are building the first fully electric and 100 percent privately financed soccer stadium in the US - in the most diverse place in the world, Queens – a borough that eats, sleeps, and breathes soccer. And we're building it union. We have been given this once in a lifetime chance to build (TIMER CHIMES) a new neighborhood. Madam Majority Leader, if I could just have (INAUDIBLE)...

(CROSS-TALK)

MAJORITY LEADER FARÍAS: Please continue.

COUNCIL MEMBER MOYA: Thank you.

We have been given a once in a lifetime chance to build a new neighborhood, forever changing the map of our great city, and we're doing it the right way.

Recently I've reflected on the difference between our accomplishments and our legacy. Too often those two become synonymous, but accomplishments are the things we've done, legacy is the lasting impact we have. Building a stadium and apartment buildings- those are accomplishments- building 2,500 homes for families where they'll have Sunday dinners,

NEW YORK CITY COUNCIL STATED MEETING          37

celebrate holidays, creating a neighborhood where fathers will teach their kids to play soccer, take them to games in the new stadium, and say. "One day that could be where you play," that is legacy. A legacy that that little boy in Flushing Meadows, Corona Park would be proud to tell his father about. So, to you, Pop, this one's for you. I wish you could be here to see this. I love you.

I want to thank Speaker Adams; Jeremy Johns; Paris Slaughter; James Cottone; the entire Land Use team for their support; Mayor Adams; EDC; HPD; Marty Edelman, who taught me a true master class in what it is to be a gentleman in negotiations, from the New York City Football Club; my staff Nathan Smith; my family who is here today, especially my mom, Ma, te quiero mucho, and I will end here with one thing: To you Meghan Tadio Benham, my Chief of Staff, my sister, who without you this and basically my entire legislative career would not have been possible. Thirteen years ago we sat down in our first office, and we put a list together of the 10 major accomplishments we wanted to accomplish before we could say we'll call it a day. From writing the Dream Act, to getting and building community centers in our

NEW YORK CITY COUNCIL STATED MEETING          38

district. Well now we can officially check the last box on that list. This here today is as much mine as it is yours, love you Tadio. And to all my colleagues, I ask that you please vote in the affirmative on this bill. Thank you, Madam Speaker, and thank you to the Majority Leader.

(APPLAUSE)

MAJORITY LEADER FARÍAS: Thank you so much, Council Member Moya.

I would now like to recognize Council Member Riley.

COUNCIL MEMBER RILEY: Thank you, Majority Leader. Today I take great pride in emphasizing the significance of legislation action by supporting the passage of Introductions 126-A and 127-A in collaboration with my colleagues Council Member Borelli and Council Member Ariola.

Working as a first responder in New York City is a tough job. This work often requires responders to travel to instances where a crisis is underway, or has already occurred, to provide assistance to potential hazardous environments. Thus, it is critical to ensure that we have a robust crisis response system that includes the protection of our

NEW YORK CITY COUNCIL STATED MEETING          39

first responders who risk their lives daily to keep our communities safe. I am proud to co-prime Intros 126-A and 127-A providing them with essential tools such as body armor and comprehensive self-defense training. This is essential for safeguarding their safety and well-being while they carry out their critical lifesaving duties. I urge for the continued support of these bills and the advocacy that protects our heroes on the front lines who are serving our communities in the greatest time of need.

Thank you to the extraordinary bravery of our emergency medical technicians and paramedics who risk their lives on a daily basis. And thank you to my colleagues for continuing to work together in support of this legislation, thank you

MAJORITY LEADER FARÍAS: Thank you, Council Member Riley.

Having no other members signed up, we will move to Report of Special Committees?

CLERK: None

MAJORITY LEADER FARÍAS: Report of Standing Committees?

CLERK: Report of the Committee on Civil and Human Rights, Introduction 69-A, employment agreements?

NEW YORK CITY COUNCIL STATED MEETING          40

SPEAKER ADAMS: Amended and coupled on General Orders.

CLERK: Report of The Committee on Finance, Preconsidered Resolution 305, transparency resolution?

SPEAKER ADAMS: Coupled on General Orders.

CLERK: Preconsidered LU 48 and Reso 344 through Preconsidered LU 50 and Reso 346, tax exemptions?

SPEAKER ADAMS: Coupled on General Orders.

CLERK: Report Of The Committee on Fire and Emergency Management, Introduction 126-A body armor, and Introduction 127-A de-escalation training?

SPEAKER ADAMS: Amended and Coupled on General Orders.

CLERK: Report of the Committee On Land Use, LU 30 and Reso 347 through LU l34 and Reso 351, Willets Point Phase II?

SPEAKER ADAMS: Coupled on General Orders.

CLERK: LU 37 through Lu 45, various rezonings?

SPEAKER ADAMS: Approved with modifications and referred to the City Planning Commission pursuant to section 197 of the New York City Charter.

CLERK: Report of the Committee on Rules, Privileges and Elections, Preconsidered Resolution

NEW YORK CITY COUNCIL STATED MEETING          41

331, approving the appointment of Council Member

Jennifer Gutiérrez, Commission on Public Information

and Communications?

SPEAKER ADAMS: Coupled on General Orders.

CLERK: Preconsidered Resolution 332, Approving

the appointment of Ngozi Okaro, Equal Employment

Practices Commission?

SPEAKER ADAMS: Coupled on General Orders.

CLERK: Preconsidered M 35 and Resolution 352,

approving the appointment of Andrea Bierstein

Limousine Commission?

SPEAKER ADAMS: Coupled on General Orders.

CLERK: Preconsidered M 36 and Resolution 353,

approving the appointment of Maria Almonte-Weston,

Local Conditional Release Commission?

SPEAKER ADAMS: Coupled on General Orders.

CLERK: Preconsidered M 37 and Resolution 354,

approving the appointment of George Goodman, Local

Conditional Release Commission?

SPEAKER ADAMS: Coupled on General Orders.

CLERK: General Orders Calendar, LU 37 and

Resolution 355 and LU 38 and Resolution 356, 30-11

12th Street Rezoning?

SPEAKER ADAMS: Coupled on General Orders.

NEW YORK CITY COUNCIL STATED MEETING          42

CLERK: LU 39 and Resolution 357 and LU 40 and Resolution 358, 23-01 Steinway Street Rezoning?

SPEAKER ADAMS: Coupled on General Orders.

CLER: LU 44 and Resolution 359 and LU 45 and Resolution 360, 396-400 Avenue X Rezoning?

SPEAKER ADAMS: Coupled on General Orders.

CLERK: Resolution appointing various persons Commissioner of Deeds?

SPEAKER ADAMS: Coupled on General Orders.

I ask that the clerk now take a rollcall vote on the items couple of today's General Order Calendar.

CLERK: Council Member Borelli?

COUNCIL MEMBER BORELLI: Thank you, a brief moment of indulgence?

MAJORITY LEADER FARÍAS: Permission granted.

COUNCIL MEMBER BORELLI: Just, uh, I think I speak for a lot colleagues when I say to Council Member Moya how happy we are that this is a project that we know has been very dear to you and personal to you. And I am glad that you mentioned your Chief of Staff, Meghan, because over a decade ago, you and she would talk about this project incessantly as we were both on the Assembly soccer team. And that is also the reason that I can tell you bluntly that it wasn't the

NEW YORK CITY COUNCIL STATED MEETING          43

lack of a stadium that kept you out of the pros.

(LAUGHTER)

COUNCIL MEMBER BORELLI: True story, I had more goals than him, and I was rotten.

And with that, I vote aye on all with the exception of M 36 and M 37 and the accompanying Resolutions 353 and 354, thank you.

CLERK: Thank you

(PAUSE)

CLERK: Council Member Abreu?

COUNCIL MEMBER ABREU: Aye

CLERK: Council Member Ariola?

COUNCIL MEMBER ARIOLA: Aye on all with the exception M 36 and M 37 and the accompanying Resolutions 353 and 354.

CLERK: Council Member Avilés?

COUNCIL MEMBER AVILÉS: Aye

CLERK: Council Member Ayala?

COUNCIL MEMBER AYALA: Aye

CLERK: Council Member Banks?

COUNCIL MEMBER BANKS: Aye

CLERK: Council Member Bottcher

COUNCIL MEMBER BOTTCHER: Aye

CLERK: Council Member Brannan?

NEW YORK CITY COUNCIL STATED MEETING          44

COUNCIL MEMBER BRANNAN: Aye

CLERK: Council Member Brewer?

COUNCIL MEMBER BREWER: Aye

CLERK: Council Member Brooks-Powers?

COUNCIL MEMBER BROOKS-POWERS: Permission to explain my vote?

MAJORITY LEADER FARÍAS: Permission granted.

COUNCIL MEMBER BROOKS-POWERS: I just wanted to take a moment to congratulate Council Member Moya on a major win for his community today. And seeing through a project over the finish line that has dated back a number of years. So, I just wanted to say congratulations.

I also request that I be added to 126-A and 127-A, and I thank Minority Leader Borelli for leading on those bills alongside Council Member Riley.

CLERK: Thank you.

Council Member Cabán?

COUNCIL MEMBER CABÁN: Aye

CLERK: Council Member Carr?

COUNCIL MEMBER CARR: I vote aye on all except for Preconsidered  M 36 and M 37 and the accompanying Resolutions 353 and 354.

CLERK: Council Member De La Rosa?

NEW YORK CITY COUNCIL STATED MEETING        45

COUNCIL MEMBER DE LA ROSA: A moment to explain my vote?

MAJORITY LEADER FARÍAS: Permission granted.

COUNCIL MEMBER DE LA ROSA: I obviously am supportive of everything before us today, but I wanted to take a moment to also congratulate my friend and longtime colleague, Council Member Moya. We served in the State Legislature together, and I like our Minority Leader, have had the conversations about the stadium for over a decade. And I just want to congratulate you for your tenacity, and to your family who's here today, I want to send my well wishes and tell you that I know that your father is proud of you.

Aye on all.

CLERK: Council Member Dinowitz?

COUNCIL MEMBER DINOWITZ: Congratulations Council Member and Meghan. I vote I on all.

CLERK: Council Member Feliz?

COUNCIL MEMBER FELIZ: Permission to explain my vote?

MAJORITY LEADER FARÍAS: Permission granted.

COUNCIL MEMBER FELIZ: Briefly just want to congratulate colleague, Council Member Moya. I know

NEW YORK CITY COUNCIL STATED MEETING          46

you and your community love soccer, so

congratulations on making a brand new soccer field

the reality for your community. A soccer field that's

going to be enjoyed for many, many years  and many

generations. A big win for your community and for

Queens, and a big win for the city of New York.

I vote aye on all.

CLERK: Thank you

Council Member Gennaro?

COUNCIL MEMBER GENNARO: Aye

CLERK: Thank you.

Council Member Gutiérrez?

COUNCIL MEMBER GUTIÉRREZ: Aye

CLERK: Council Member Hanif?

COUNCIL MEMBER HANIF: (EXCUSED)

CLERK: Council Member Hanks?

COUNCIL MEMBER HANKS: I vote aye,

congratulations, Council Member Moya.

CLERK: Council Member Holden?

COUNCIL MEMBER HOLDEN: Aye on all except for

Preconsidered  M 36 and M 37 and the accompanying

Resolutions 353 and 354 for which I vote no, thank

you.

CLERK: Council Member Hudson?

NEW YORK CITY COUNCIL STATED MEETING          47

COUNCIL MEMBER HUDSON: Aye on all with the exception of Preconsidered M 36 and M 37 and the accompanying Resolutions 353 and 354.

And I would also like to be added to Introductions 126-A and 127-A.

And congratulations to Council Member Moya.

MAJORITY LEADER FARÍAS: Do you abstain? Vote no?

COUNCIL MEMBER HUDSON: Oh, sorry, abstain, thank you.

CLERK: Thank you, Council Member.

Council Member Joseph?

COUNCIL MEMBER JOSEPH: Aye on all.

CLERK: Council Member Krishnan?

COUNCIL MEMBER KRISHNAN: Permission to explain my vote?

MAJORITY LEADER FARÍAS: Permission granted.

COUNCIL MEMBER KRISHNAN: Since the 2008 rezoning vote of Willeta Point over the twists and turns of this project, we have seen a massive reduction in the amount of housing it will produce. Originally promising over 5,000 units, we now see that number divided in half to make way for a commercial soccer stadium. A soccer stadium that will be controlled by one of the wealthiest men on the planet, whose riches

NEW YORK CITY COUNCIL STATED MEETING          48

were generated by a monarchy exploiting and suppressing its people and its land. The economics and public value of this transaction must be questioned. This is a bad deal for New York City and it is a terrible precedent for land use. A stadium on public land, subsidized by hundreds of millions in public funds is not a good deal. This stadium will not be paying property taxes, it will not be making payments in lieu of  taxes and will pay almost nothing in rent over the next 50 years. And for what gain for our city? The project offers anemic job creation and a glaring absence of any meaningful community benefit, including for Flushing Meadows, Corona Park. A development on city-owned land requires special scrutiny. We must have clear goals and serious oversight mechanisms to protect the public's interest. The tremendous expenditure of public funds anywhere should guarantee a direct and public benefit. We must seek to solve the problems of our time, and we must meet the moment we live in. We do not have a stadium  crisis in our city - we have a housing crisis. We have a crisis of unemployment and extreme inequality in our Black and brown communities.  And we have a climate emergency that

NEW YORK CITY COUNCIL STATED MEETING        49

gets worse every day. This project fails to address

any of these urgent concerns and squanders an

opportunity to use these scarce public resources for

the people of New York City.

For all these reasons I vote no on LUs 30 through

34 and aye on all the rest, thank you.

CLERK: Council Member Lee?

COUNCIL MEMBER LEE: Aye on all.

CLERK:  Council Member Louis?

COUNCIL MEMBER LOUIS: Aye on all.

CLERK: Council Member Marmorato?

COUNCIL MEMBER MARMORATO: I vote aye on all

except Preconsidered M 36 and M 37 and the

accompanying Resolutions 353 and 354.

CLERK: Thank you

Council Member Marte?

COUNCIL MEMBER MARTE: Aye

CLERK: Council Member Mealy?

COUNCIL MEMBER MEALY: Aye

CLERK: Council Member Menin?

COUNCIL MEMBER MENIN: Aye

CLERK: Council Member Moya?

COUNCIL MEMBER MOYA: I proudly vote aye.

CLERK: Council Member Narcisse?

NEW YORK CITY COUNCIL STATED MEETING          50

COUNCIL MEMBER NARCISSE: I vote aye.

CLERK: Council Member Nurse?

COUNCIL MEMBER NURSE: Aye

CLERK: Council Member Ossé?

COUNCIL MEMBER OSSÉ: Aye

CLERK: Council Member Paladino?

COUNCIL MEMBER PALADINO: I want to just say to Council Member Moya, what does it feel like, Francisco, to lasso a dream? Because that's what you did today, you lassoed a dream. And I couldn't be more proud of you. And I couldn't be more proud of your efforts. And to your father and to your family, I congratulate you all on a tremendous victory.

With that I would like to vote no on Preconsidered M 36 and M 37 and the accompanying Resolutions 353 and 354.

Congratulations to you – and aye on all the rest.

CLERK: Thank you

Council Member Powers?

COUNCIL MEMBER POWERS: I vote aye.

CLERK: Council Member Restler?

COUNCIL MEMBER RESTLER: Aye on all.

CLERK: Council Member Riley?

COUNCIL MEMBER RILEY: Aye on all.

NEW YORK CITY COUNCIL STATED MEETING                51

CLERK: Council Member Rivera?

COUNCIL MEMBER RIVERA: Aye on all.

CLERK: Council Member Salaam?

COUNCIL MEMBER SALAAM: I vote aye.

CLERK: Council Member Salamanca?

COUNCIL MEMBER SALAMANCA: Aye on all.

CLERK: Council Member Sanchez?

COUNCIL MEMBER SANCHEZ: Congratulations, Council Member Moya, I vote aye.

CLERK: Council Member Schulman?

COUNCIL MEMBER SCHULMAN: Permission to explain my vote?

MAJORITY LEADER FARÍAS: Permission granted.

COUNCIL MEMBER SCHULMAN: I'm a proud sponsor of Intro 126-A and Intro 127-A. I at one time in my life worked for the Emergency Medical Service on the non-medical side. But, my late partner, Adelaide Connaughton, was a lieutenant and a proud emergency medical technician. I know what she went through, and in honor of all of the Emergency Medical Service workers who go, who rush into danger while we run away from it, I'm very proud to provide them with tools and information on how to protect themselves when they go into emergencies, thank you.

NEW YORK CITY COUNCIL STATED MEETING          52

And I vote aye on all.

CLERK: Thank you.

Council Member Stevens?

COUNCIL MEMBER STEVENS: Aye

CLERK: Council Member Ung?

COUNCIL MEMBER UNG: Aye on all.

CLERK: Council Member Vernikov?

COUNCIL MEMBER VERNIKOV: Aye on all, except no on Preconsidered M 36 and M 37 and the accompanying Resolutions 353 and 354. And I abstain from Resolution 331, thank you.

CLERK: Council Member Williams?

COUNCIL MEMBER WILLIAMS: (MEDICAL)

CLERK: Council Member Won?

COUNCIL MEMBER WON: (PARENTAL)

CLERK: Council Member Yeger?

COUNCIL MEMBER YEGER: Aye on all with the exception of Preconsidered M 36 and M 37 and the accompanying Resolutions 353 and 354, no on Introduction 69, and I abstain on Resolution 331, thank you.

CLERK: Council Member Zhuang?

NEW YORK CITY COUNCIL STATED MEETING          53

COUNCIL MEMBER ZHUANG: Aye on all except no on Preconsidered M 36 and M 37 and the accompanying Resolutions 353 and 354.

CLERK: Thank you.

Council Member Farías?

COUNCIL MEMBER FARÍAS: I vote aye on all, congratulations, Council Member Moya.

CLERK: Speaker Adams?

SPEAKER ADAMS: Council Member Moya, long time coming – very long time coming, my friend and colleague. Your dad is extremely proud of you. And those of us who have an understanding of what this means to the entire city, not just to the borough of Queens, the first soccer stadium in the entire city. So, it's not as Queens thing, it's a New York thing. The number one sport in the world is coming to Queens, because of your vision. Congratulations, my friend.

I do vote aye on all.

(APPLAUSE)

MAJORITY LEADER FARÍAS: All items on today's Geneal Orders Calendar are adopted by a vote of 48 in the affirmative, 0 in the negative, and 0 abstentions; with the exceptions of M 36 and

NEW YORK CITY COUNCIL STATED MEETING        54

Resolution 353, which was adopted by a vote of 38 in the affirmative, 9 in the negative, and 1 abstention; and M 37 and Resolution 354, which was adopted by a vote of 38 in the affirmative, 9 in the negative, and 1 abstention; and Land Use items 30, 31, 32, 33, 34 and accompanying Resolutions, which was adopted by a vote 47 in the affirmative, 1 in the negative, and 0 abstentions; Introduction 69-A, which was adopted by a vote of 47 in the affirmative, 1 in the negative, and 0 abstentions; Resolution 331, which was adopted by a vote of 46 in the affirmative, 0 in the negative, and 2 abstentions.

Now, Introductions and Reading of bills?

SPEAKER ADAMS: All bills have been referred to committees as indicated on today's agenda, Madam Majority Leader.

MAJORITY LEADER FARÍAS: Thank you, Speaker Adams.

We will now move into the Discussion of Resolutions.

I would like to recognize Council Member David Carr.

COUNCIL MEMBER CARR: Thank you, Majority Leader.

I am proud to speak on behalf of Resolution 74 which proclaims and establishes Giovanni da

NEW YORK CITY COUNCIL STATED MEETING          55

Verrazzano Day on April 17th this year and every year thereafter. We're a few days away from the 500th Anniversary of da Verrazzano's exploration and reaching the Narrows - the first European explorer to do so and to come in sight of New York Harbor -a milestone moment in the history of our city and a moment in which Italian Americans here in New York see themselves at the very beginning of New York's story, because the events that transpired after that are directly related to that voyage, which led to the settling of this city. And not only the millions and generations of Italian Americans that have called New York home, but the many other cultures, faiths, and traditions that have come here as well and make up the rich tapestry that has been our city. So, I ask my colleagues to vote in favor of this resolution so we can acknowledge and celebrate this milestone moment (TIMER CHIMES) next week and every year thereafter. I want to thank the Speaker for her support as well as our Committee Chair, Carlina Rivera, all of my Italian Caucus colleagues for cosponsoring this, as well as the cosponsors who have come on since introduction, and the Committee who voted in favor earlier today. I want thank Jeremy

NEW YORK CITY COUNCIL STATED MEETING          56

John from the Speaker's Office, from the Legislation Division, Jeff Baker, Regina Paul, and Johanna Casto, and of course from my own staff, my Chief of Staff, Giuseppe Deserio, and Peter Spencer from the Minority Leaders office, and also, excuse me, Christina Yellamaty from the Legislation Division as well. So, I urge all of my colleagues to vote in favor, thank you.

MAJORITY LEADER FARÍAS: Seeing no other members signed up for Resolutions, we will now have a voice of today's Resolution. If you wish to vote against or abstain from today's Resolution, please notify the Legislative Documents Unit by email or by approaching the dais.

I will now read today's Resolution into the record.

Resolution recognizes April 17 annually as Giovanni da Verrazzano Day in the City of New York.

Will all those in favor say aye?

ALL IN FAVOR: Aye

MAJORITY LEADER FARÍAS: All opposed say nay.

ALL: (SILENT)

MAJORITY LEADER FARÍAS: Any abstentions?

ALL: (SILENT)

NEW YORK CITY COUNCIL STATED MEETING          57

MAJORITY LEADER FARÍAS: The ayes have it.

We will now move into General Discussion.

I would like to first recognize Council Member Brewer, followed by Majority Whip Brooks-Powers.

COUNCIL MEMBER BREWER: Thank you very much. I am speaking about Intro 742, which I'm introducing today. It would restrict lobbying of elected officials by their former campaign consultants and fundraisers. Hopefully they are just campaign consultants and fundraisers and nothing else. There are existing laws that prohibit former government employees from lobbying their city agencies within one year of leaving civil service, but none that cover outsiders with a financial relationship to the office holder. This bill aims to accomplish a similar objective by limiting special interest access to government officials. It will be discussed, and I hope you will join us at next week's Oversight Hearing Before the Committee on Government Operations - that will be talking about lobbying laws in general. Thank you very much.

MAJORITY LEADER FARÍAS: Thank you, Council Member. I would now like to call on Majority Whip

NEW YORK CITY COUNCIL STATED MEETING          58

Brooks-Powers, followed by Council Member Stevens, and Council Member Ariola.

COUNCIL MEMBER BROOKS-POWERS: Thank you.

I want to spend a moment today remembering Detective Jonathan Diller who was killed in a line of duty in Far Rockway several weeks ago. Jonathan Diller was a beloved husband, and father, and a devoted servant of the city of New York. This is a tragic and shocking loss for the Diller family, for our community, and for the city as a whole. I want to acknowledge my community for their outpouring of support for the Dillers and for coming together in the aftermath of this incident.

We are also reminded that we must urgently pursue solutions to violence in our communities, particularly gun violence, which continues to plague too many of our neighborhoods.

I note that a 16-year-old boy, James Washington, was shot in Far Rockway just a few days ago and remains in the hospital. Our prayers are with that young man and his family, and our prayers are with the Diller family as well. May Detective Diller's memory be a blessing, and may James Washington have a full and speedy recovery, thank you.

NEW YORK CITY COUNCIL STATED MEETING        59

MAJORITY LEADER FARÍAS: I would like to recognize Council Member Stevens, followed Council Member Ariola, and then followed by Council Member Gutiérrez.

COUNCIL MEMBER STEVENS: Good afternoon. Today I am introducing a number of bills; however, I would like to highlight Intro 798, which is to abolish the Criminal Group Database. Before I became a member of City Council, I was one of the founding members of the Gang Database Coalition. The reason this issue became so near and dear to me was because the database is a secret database, that according to the Attorney General it is comprised of 99 percent - it's 99 percent populated with Black and brown men. In addition, there are many juveniles on the database including some who are as young as 11 years old with no efforts being made to communicate with parents, guardians, or any of the individuals on the database. Abolishing the Gang Database will establish the illegitimacy of the tactics of placing large numbers of young Black and brown men in a database on the suspicion of police.

I would like to send a special shoutout to Marquis (phonetic), Victor, and (INAUDIBLE), because

NEW YORK CITY COUNCIL STATED MEETING          60

we spent much time going into communities educating young people and community members about the existence of this database. I would like to thank all my colleagues who are already co- primes on this legislation with me. But, I would like to send a special shoutout to Council Member Rivera and Council Member Cabán who knew the importance of this bill and allowed me to carry this bill as a prime sponsor, thank you. And, please, everyone, please sign on, thank you.

MAJORITY LEADER FARÍAS: Thank you, Council Member Stevens.

I would like to recognize Council Member Ariola, followed by Council Member Gutiérrez, and then Council Member Abreu.

COUNCIL MEMBER ARIOLA: I'm introducing Resolution 304. Across this country, there has been a dramatic uptick in criminal activity committed by individuals without permanent residency status. Here in New York City we have seen this issue take headlines time and time again, most notably the January 27th assault on NYPD officers in Times Square, and more recently during an assault on officers at an Upper East Side Target earlier this week. In both of these cases, as

NEW YORK CITY COUNCIL STATED MEETING        61

in so many others, the offenders were released without bail and were able to flee the authorities, and in one case our state. Violent crimes of this nature should never be tolerated and should always be followed by stricter regulations and consequences. Our first responders must be protected allowing anyone, including those who are undocumented individuals, to easily skirt punishment and avoid prosecution is simply unacceptable. This is why Resolution 304 is in support of S8681/A9189, which are currently before the New York State Legislature and would require stricter regulations put in place when it comes to violent undocumented offenders. Those bills, which are sponsored by the in the New York State Senate by Andrew Lonza, and in New York State Assembly by Jamie Williams, would ensure that undocumented offenders would be immediately remanded into the custody of the New York City Sheriff's Department upon their arrest or until they're tried in the court of law. This remand would prevent these individuals from fleeing the country or state, as we've seen happen time and time again, and would establish a much needed system of accountability. That is why I'm introducing and calling on my

NEW YORK CITY COUNCIL STATED MEETING          62

colleagues to join me in passing Resolution 304 and help send a message to criminals everywhere that here in New York City, safety and security of our citizens and our first responders are non-negotiable. Thank you.

MAJORITY LEADER FARÍAS: Thank you. I would now like to recognize Council Member Gutiérrez, followed by Council Member Abreu, then Council Member Bottcher.

COUNCIL MEMBER GUTIÉRREZ: Thank you. First, I would like to express my gratitude to Speaker Adams for recommending me and my colleagues who voted in support of my appointment to the Commission on Public Information and Communication. Established in 1989, the Commission on Public Information and Communication aims to enhance public access to City information. I look forward to working and collaborating with experts to revitalize the Commission ensuring much needed transparency in the City's Data and Information.

Today I'm also introducing a package of bills that supports tenants and landlords affected by home displacements resulting from fires, floods, and other emergencies. Informed by firsthand experiences, this

NEW YORK CITY COUNCIL STATED MEETING          63

package addresses crucial gaps in City support, and offers essential guidance to tenants. Too often we encounter distressing news stories about devastating home fires or disasters. We witness the flames or flood damage, hear from those newly displaced, and then the coverage often ends. Rarely do we see the subsequent months or even years of traumatic displacement, confusion about where to seek help, and the bureaucratic maze that both tenants and landlords navigate. This Council has taken steps to mitigate risks associated with lithium batteries and space heaters, implement building protections, and require inspections. However, these emergencies continue to affect thousands of New Yorkers annually. Currently there's a significant lack of City support for tenants and landlords to facilitate their recovery. This legislative package offers immediate and tangible solutions to permanent displacement, the instability, and the lack of transparency for residents and landlords. I'm excited to combine this package with Council Member Krishnan's Back Home package and hopefully together we can immediately solve a critical gap in the City's service. Thank you.

NEW YORK CITY COUNCIL STATED MEETING          64

MAJORITY LEADER FARÍAS: I would now like to recognize Council Member Abreu, followed by Council Member Bottcher, and Council Member Feliz.

COUNCIL MEMBER ABREU: Good afternoon, and thank you Madam Major Leader.

Today I'm proud to be introducing three critically important bills, Introductions 737 and 738 would work together to require food delivery apps to put the tipping option back at checkout like the way it used to be, and display the minimum suggested tipping option at 10 percent. After deliveristas won historic wage increases, many apps retaliated by removing this option at checkout, and is had has serious consequences for deliveristas. I want to be really clear here, the $20 an hour that delivery workers are getting applies only to active time - meaning the time between receiving the order and delivering it. We heard yesterday from a delivery worker who was making deliveries from 6:00 a.m. to 3:00 p.m. and only earned $63, and another who went from getting tips on most of his daily orders to only $5.00. This is because $63, spending most of the day for on call time, does not mean you're getting minimum wage. It is only for the moment of delivery.

NEW YORK CITY COUNCIL STATED MEETING          65

So there's this notion out there that because deliveristas is are getting minimum wage, then therefore they should not be getting this tip. Even if it were true that they were getting minimum wage per hour, which they aren't, we still believe that consumers should have the choice to tip as generously as they please. If within your means, you can tip generously, do it at checkout. If you can't, then don't tip at all. We just want to bring the option and power back to consumers. And since I only have 30 seconds, I also want to say that I'm grateful to have the support of my colleagues, Council Member Menin, Council Member Gutiérrez, Council Member Restler Council Member Nurse, Council Member Marte, and Council Member Hanif, and I all my colleagues to sign on to this bill.

I also want to thank the Lights Out Coalition who's here today, for their work with my office on our bill to establish a pilot program for rat birth control. The population is explosive, two rats can reproduce 15,000 descendants in a single year. We cannot kill our way out outside of this crisis, and so we need to explore birth (TIMER CHIMES) control for rats. Thank you.

NEW YORK CITY COUNCIL STATED MEETING          66

MAJORITY LEADER FARÍAS: Thank you, Council Member. We are pro birth control in this Council.

(LAUGHTER)

MAJORITY LEADER FARÍAS: I would now like to call on Council Member Bottcher, followed by Council Member Feliz, and Council Member Dinowitz.

COUNCIL MEMBER BOTTCHER: That's a tough act to follow. (LAUGHTER)

So, Earth Day is coming up, and it's a good time to take a look at our habits and practices as individuals and as a city. One of the areas in which we're failing very badly is our consumption of single-use plastics, our unnecessary consumption of single-use bottled water, and I'm introducing today in partnership with Public Advocate Jumaane Williams, and Council Member Julie Won, legislation that would prohibit the city of New York from purchasing single-use bottled water unnecessarily. I went to a meeting at a city agency a couple days ago, and they had a bottle of Poland Spring in front of every chair at the table, which is ,you know, they meant well, it was rolling out the red carpet, but Poland Spring is trucked here from Maine. We have in New York City the best municipal tap water on the planet. We...

NEW YORK CITY COUNCIL STATED MEETING          67

actually it's been bottled and sold ,New York City tap water, in stores. And I want you to thank...thank you Madam Speaker, with the reusable... Hey! I drink New York City tap water.

UNKNOWN: I love it.

COUNCIL MEMBER BOTTCHER Next time you're drinking a bottle of Fiji Water, please know that you might as well be drinking a bottle of oil, because that is what it took to get it shipped here - to the Port of Los Angeles from Fiji, and then trucked here or flown here from Los Angeles. So, we as New Yorkers, we are... we're way out there on a lot of issues, but ,you know, I'll go to the most progressive, left organizations, and they are handing a bottle of water to everyone who walks in the door. And we really need to change the way we think about single-use plastics and do much better, because the ocean, by the year 2050, according to the World Wildlife Fund, is going to have more plastic than fish in it. And the UN says that that'll do irreparable damage to (TIMER CHIMES) ecosystems in the ocean.

So let's do better, and please sign on to the bill.

NEW YORK CITY COUNCIL STATED MEETING          68

MAJORITY LEADER FARÍAS: Thank you, Council Member.

I'd now like to recognize Council Member Feliz followed by Council Member Dinowitz, and then Council Member Restler.

COUNCIL MEMBER FELIZ: Thank you, Majority Leader. Today I am proud to introduce Operation Green NYC. Operation Green NYC, a bill that would tackle two big challenges affecting our city. First, not too long ago, we saw the dangers of extreme rainfall, we saw flooding in our streets, flooding in our subways, and even flooding in our homes. Second, too many New Yorkers are suffering from well documented health issues due to high levels of air pollution in our communities. My bill, Operation Green NYC, will help tackle those two issues. We must prepare our city for the environmental threats that are becoming more intense and more frequent. This bill will help us do so by requiring the construction of greenery and storm water management systems in every community - specifically three miles of green in paved street medians, uh, three miles of green in every borough every year. *Three miles of green in every borough every year.* This greenery will bring millions of

NEW YORK CITY COUNCIL STATED MEETING        69

benefits to our city, it'll beautify communities, it'll clean our air, reduce noise pollution, and it will help us prepare for future storms. It will also improve quality of life in our communities through cleaner, quieter, and green environments. And it will protect entire communities from the safety threats posed by extreme weather. Also, this is a bill that is extremely easy to realize. I know all of us receive emails all the time from agencies, such as, for example, the DOT about, new paved street medians going up in our communities. All we'll be requiring is that they look into whether the green could be installed rather than installing medians that are nothing but concrete or pavement. I want to thank all my colleagues that have joined  as co- primes including Council Member Krishnan, Council Member Avilés, Council Member Nurse, Council Member Banks, and Council Member Restler. I look forward to working together to green up our city, we're going to be turning our city into garden. Thank you so much.

MAJORITY LEADER FARÍAS: Thank you. (TIMER CHIMES) I would now like to recognize Council Member Dinowitz, followed by Council Member Restler.

NEW YORK CITY COUNCIL STATED MEETING          70

COUNCIL MEMBER DINOWITZ: Thank you. I'm glad I'm following up the green bills and not the rat birth control bill.

Today I'm excited to announce  that with the introduction of my bill, Introduction 744, my legislative reform package, known as CARE 311, is now fully before the Council. This package aims to address many of the gaps in our 311 system, which leaves New Yorkers confused about service categories, ignores conditions like in intolerably dirty streets, and worst of all, the idea that our city government, even in the age of the smartphone, does not have the technical ability to solve essential safety and quality of life issues. Each piece of legislation in this package is inspired and informed by the everyday experiences of our constituents. A reformed 311 system will empower those who contact my office, contact all of your offices, and improve the most important needs our constituents have - including the maintenance of a good, safe quality of life. CARE 311 or Citywide Accessibility Responsiveness and Efficiency in 311, improves the 311 system in three purposeful ways: Accessibility, efficiency, and responsiveness. Some of the highlights of this

NEW YORK CITY COUNCIL STATED MEETING       71

package include legislation that will provide for live chat functionality, permit 311 users to submit instant customer satisfaction surveys, permit 311 users to submit high quality pictures and videos as part of their service requests, and much more.

If you want a more accessible 311 system, a more responsive 311 system, and a more efficient 311 system, I urge you to sign on as a co-sponsor of the CARE 311 package. Thank you.

MAJORITY LEADER FARÍAS: Thank you, Council Member.

I'm going to take a quick point of privilege and shoutout my district office intern who is staffing and shadowing today in City Hall, Lea Muyulema (phonetic), who's with us from Equality Charter School in the back. Hey, Lea, thank you for all your hard work. (APPLAUSE)

I'd now like to call on Council Member Restler.

COUNCIL MEMBER RESTLER: Thank you so much, Madam Majority Leader.

I just wanted to call my colleagues' attention to Intro 791, which I'm introducing today. We all know that supportive housing is the most cost effective, evidence-based solution for homelessness, especially

NEW YORK CITY COUNCIL STATED MEETING          72

single adult homelessness, especially for street homelessness.

Supportive housing is the best investment we can make to help address chronic street homelessness in New York City. There are over 2,000 vacant units of supportive housing today, yet because supportive housing has existed for over 40 years, and been funded through a random patchwork of City and State agencies, and various programs, and has operated by dozens of different nonprofit organizations, there's no central oversight and accountability of supportive housing. That can change. With Intro 791, we create a real-time public dashboard that would ensure that agencies, that nonprofit agencies, are reporting in to the Department of Social Services, and that they have a comprehensive oversight of all supportive housing developments in New York City, so that we can help move 2,000 people, who are struggling before our eyes on our subway systems, and on our streets, into the permanent housing with on-site services that they deserve.

I really want to thank my colleagues, Deputy Speaker, Diana Ayala; Majority Leader, Amanda Farías; Housing and Buildings Chair, Pierina Sanchez; Mental

NEW YORK CITY COUNCIL STATED MEETING          73

Health Committee Chair, Linda Lee; and Council Member Sandra Ung for co-priming this bill. It is a good, sensible piece of legislation that will help ensure that we drive down the vacancy rate in supportive housing, and move New Yorkers out of shelter into the housing that they deserve. Thank you.

MAJORITY LEADER FARÍAS: Thank you, Council Member. Seeing no one else signed up to speak, I will now call on Speaker Adrienne E. Adams to close today's Stated Meeting.

SPEAKER ADAMS: Thank you, Madam Majority Leader, the Stated Meeting of April 11, 2024 is hereby adjourned.

(APPLAUSE)

C E R T I F I C A T E

World Wide Dictation certifies that the foregoing transcript is a true and accurate record of the proceedings. We further certify that there is no relation to any of the parties to this action by blood or marriage, and that there is interest in the outcome of this matter.



Date ____April 30, 2024_____