# Exhibit 11

Int. No. 737

By Council Members Abreu, Menin, Gutiérrez, Restler, Nurse, Marte, Hanif, Hudson, Feliz, Brewer, Krishnan, Farías, Avilés, Ayala, Banks, Salaam, Williams, Rivera and Cabán

A Local Law to amend the administrative code of the city of New York, in relation to establishing gratuity standards for food delivery workers

Be it enacted by the Council as follows:

Section 1. Subdivision b of section 20-563.2 of the administrative code of the city of New York is amended by adding a new paragraph 4 to read as follows:

4. For each transaction where gratuity is solicited, a third-party food delivery service shall suggest and offer an option of a gratuity of at least 10 percent of the purchase price.

§ 2. This local law takes effect 120 days after it becomes law.

SS
LS #15383
1/18/24

1