# Exhibit 12

Int. No. 738

By Council Members Abreu, Gutiérrez, Menin, Restler, Nurse, Marte, Hanif, Hudson, Feliz, Krishnan, Farías, Avilés, Narcisse, Banks, Salaam, Rivera, Williams, Brewer, Ayala and Cabán

A Local Law to amend the administrative code of the city of New York, in relation to requiring third-party food delivery services that solicit gratuities to do so before or at the same time an online order is placed

Be it enacted by the Council as follows:

Section 1. Subdivision b of section of 20-563.2 of the administrative code of the city of New York is amended by adding a new paragraph 4 to read as follows:

4. Any third-party food delivery service that solicits a gratuity for a food delivery worker hired, retained or engaged by such third-party food delivery service from a customer in connection with an online order shall solicit the gratuity in a conspicuous manner before or at the same time the online order is placed.

§ 2. This local law takes effect 90 days after it becomes law.

DPM
LS #15382/15384
3/13/2024 4:32 PM

1