# Exhibit 13

COMMITTEE ON CONSUMER AND WORKER PROTECTION

1

CITY COUNCIL
CITY OF NEW YORK

------------------------ X

TRANSCRIPT OF THE MINUTES
            OF THE

  COMMITTEE ON CONSUMER AND
    WORKER PROTECTION
            VOTE*
------------------------ X

                        Monday, July 14, 2025
                        Start:  10:24 a.m.
                        Recess: 10:31 a.m.


HELD AT:          Council Chambers - City Hall

B E F O R E:       Hon. Julie Menin, Chair


COUNCIL MEMBERS:

    Shaun Abreu
    Gale A. Brewer
    Amanda Farias
    Shekar Krishnan
    Chi A. Ossé
    Julie Won

COMMITTEE ON CONSUMER AND WORKER PROTECTION

A P P E A R A N C E S

(NONE)

COMMITTEE ON CONSUMER AND WORKER PROTECTION    3

SERGEANT WOOD: Good morning, good morning, this is a microphone check for the Committee on Consumer and Worker Protection. Today's date is July 14, 2025. This recording is being done in the Chamber, and it is done by Ginelle Yearwood.

(PAUSE)

SERGEANT AT ARMS: Good morning, good morning, and welcome to the New York City Council Vote for the Committee on Consumer and Worker Protections. At this time, please silence all electronic devices and do not approach the dais.

Chair Menin, you may begin.

CHAIRPERSON MENIN: [GAVEL] Good morning. My name is Julie Menin, Chair of the Committee on Consumer and Worker Protection. Welcome to our vote on proposed Introduction Numbers 737-A, 738-A, 859-A, 1133-A, and 1135-A.

First of all, I want to recognize my fellow Committee Members who are here: Council Member Krishnan, Council Member Brewer, Majority Leader Farías, and Council Member Abreu.

In recent years, e-commerce has transformed the way New Yorkers shop for food, groceries, and other products. Delivery services were

COMMITTEE ON CONSUMER AND WORKER PROTECTION    4

gaining traction before the COVID-19 pandemic, but the pandemic supercharged their growth as consumers embraced online shopping and delivery as a safe and convenient alternative to in-store shopping.

Although the pandemic has subsided, the use of delivery services has not. Many delivery services rely on independent contractors to complete deliveries. While contracted delivery work offers flexibility, and it's an important avenue for employment—for immigrant New Yorkers in particular—many delivery workers have felt exploited by poor conditions and pay.

When delivery services classify their workers as "independent contractors" instead of full-time employees, they're not required to pay delivery workers minimum wage, overtime, or other benefits such as health insurance.

Delivery workers have also objected to the long distances they must travel for deliveries, the danger of completing delivery routes that take them across bridges and through tunnels, and the lack of bathroom access when working.

In 2021, the Council passed a package of legislation to provide better wages and working

COMMITTEE ON CONSUMER AND WORKER PROTECTION   5

conditions for third-party food delivery workers, the largest segment of contracted delivery workers, with an estimated 60,000 workers.

Among other protections, these laws require the delivery services to provide delivery workers the opportunity to set a maximum distance per trip and the ability to decline to accept trips over bridges or tunnels, establish a minimum pay rate for third-party food delivery workers, and required the food delivery applications include the provision in contracts with restaurants requiring them to make their toilet facilities available for delivery workers use, as long as the delivery worker seeks to access the facilities while picking up a food or beverage order for delivery.

This legislation has had a tremendously positive effect on delivery workers. One of the most significant impacts was on pay. In the second quarter of 2024, third-party food delivery worker pay per hour averaged $19.88, a 279% increase from the same quarter a year prior, when the minimum pay standard had not gone into effect.

However, the delivery worker legislation only covered those workers who contract with third-

COMMITTEE ON CONSUMER AND WORKER PROTECTION      6

party food delivery platforms. The focus on delivery from food service establishments left workers contracted by other businesses, such as grocery delivery and other courier services, without those very same protections. For example, a worker would be entitled to minimum pay to deliver a frozen pizza from Morton Williams for DoorDash, but would not be entitled to minimum pay if they use the exact same bike to deliver a frozen pizza from Fairway for Instacart.

The bills we are voting on today will expand the protections we've afforded food delivery workers to all contracted delivery workers.

Introduction 1133-A, sponsored by Council Member Gutiérrez, would expand delivery worker protections to cover all contracted delivery workers who deliver goods for a delivery service.

Introduction 1135-A, sponsored by Council Member Nurse, would require third-party grocery delivery services to pay their grocery delivery workers a minimum pay rate that would meet or exceed the minimum pay rate established by the Department of Consumer and Worker Protection (DCWP), that must be paid to food delivery workers.

COMMITTEE ON CONSUMER AND WORKER PROTECTION    7

We are also voting on three bills, all sponsored by Council Member Abreu, that were prompted by the third-party food delivery apps' responses to the Council's historic minimum pay legislation.

After the minimum pay standard went into effect, some of the platforms changed their apps to make it harder for consumers to tip their workers. Platforms have also not been transparent with their workers about which method they are using to calculate pay.

Introduction Number 737-A would establish gratuity standards for food delivery workers and grocery delivery workers.

Introduction Number 738-A would require third-party food delivery services and third-party grocery delivery services to solicit gratuities for food delivery workers and grocery delivery workers before or at the same time an online order is placed.

Introduction Number 859-A would require delivery services to provide contracted delivery workers with information underlying their pay calculations.

I now invite Council Member Abreu to make a statement on his bills.

COMMITTEE ON CONSUMER AND WORKER PROTECTION    8

COUNCIL MEMBER ABREU: Good morning, and thank you, Chair Menin, for the opportunity to speak in support of these bills.

These bills offer thoughtful, common-sense options to help delivery workers and the customers who want to support them by making tipping and pay more transparent and accessible.

Tipping at checkout reminds customers that they have the option to tip and that tips aren't automatically included the way they are for some other services. Encouraging a clear, easy opportunity to tip helps foster better habits and supports workers directly.

The pay transparency provisions are about clarity, ensuring that workers can see how they are pay is calculated, what they've earned, and what deductions or bonuses may apply. Clearer information benefits everyone, including the platforms and the workers who rely on them.

I appreciate the work of Los Deliveristas Unidos, my colleagues, and the platforms themselves in continuing to engage on these issues. Together, we can make these systems work better for workers, customers, and businesses alike. Thank you, Chair.

COMMITTEE ON CONSUMER AND WORKER PROTECTION     9

CHAIRPERSON MENIN: Okay, thank you so much. I am now going to ask the Clerk to call the roll.

COMMITTEE CLERK: Matthew DiStefano, Committee Clerk, Committee on Consumer and Worker Protections; roll call vote, all items are coupled.

Chair Menin?

CHAIRPERSON MENIN: Aye on all.

COMMITTEE CLERK: Council Member Abreu?

COUNCIL MEMBER ABREU: Aye.

COMMITTEE CLERK: Council Member Brewer?

COUNCIL MEMBER BREWER: Aye on all, and I want to thank those who care so much about the deliveristas, the folks who are doing the Instacart. It is always controversial to have this discussion, but it's incredibly important, and I vote aye.

COMMITTEE CLERK: Council Member Farías?

MAJORITY LEADER FARÍAS: I vote aye.

COMMITTEE CLERK: Council Member Krishnan?

COUNCIL MEMBER KRISHNAN: Aye, and congratulations, Council Member Abreu.

COMMITTEE CLERK: Council Member Ossé?

COUNCIL MEMBER OSSÉ: (MEDICAL)

COMMITTEE CLERK: Council Member Won?

COMMITTEE ON CONSUMER AND WORKER PROTECTION    10

COUNCIL MEMBER WON: (NO RESPONSE)

COMMITTEE CLERK: By a vote of 5 in the affirmative, 0 in the negative, and no abstentions, the items have been adopted.

CHAIRPERSON MENIN: Okay, [GAVEL]. Thank you all.

C E R T I F I C A T E

World Wide Dictation certifies that the foregoing transcript is a true and accurate record of the proceedings. We further certify that there is no relation to any of the parties to this action by blood or marriage and that there is no interest in the outcome of this matter.



Date: August 26, 2025