**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

DOORDASH, INC. and UBER
TECHNOLOGIES, INC.,

               Plaintiffs,

    -against-

CITY OF NEW YORK,

               Defendant.

Case No. 25-cv-10268

## MOTION BY CHLOE K. GOODWIN FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 1.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Chloe K. Goodwin, hereby move this Court for an Order granting permission to appear *pro hac vice* for Plaintiff Uber Technologies, Inc. in the above-captioned action. In support of this motion, I state as follows:

1. I am a member in good standing of the District of Columbia Bar and the Bar of the State of New York and there are no pending disciplinary proceedings against me in any state or federal court.

2. I have never been convicted of a felony.

3. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

4. Attached hereto is my affidavit pursuant to Local Rule 1.3.

Dated: Washington, DC
December 11, 2025

Respectfully submitted,

*/s/ Chloe K. Goodwin*
Chloe K. Goodwin
HECKER FINK LLP
1050 K Street NW, Suite 1040
Washington, DC 20001
(212) 763-0883
cgoodwin@heckerfink.com

*Counsel for Plaintiff Uber Technologies, Inc.*