## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

DOORDASH, INC. and UBER
TECHNOLOGIES, INC.,

                          Plaintiffs,

        -against-                                    Case No. 25-cv-10268

CITY OF NEW YORK,

                          Defendant.

### AFFIDAVIT OF CHLOE K. GOODWIN IN SUPPORT OF
### MOTION FOR ADMISSION *PRO HAC VICE* PURSUANT TO LOCAL RULE 1.3

I, Chloe K. Goodwin, hereby depose and state as follows under penalty of perjury:

1.      I am an attorney with the law firm of Hecker Fink LLP. My business contact information is as follows:

> Chloe K. Goodwin
> HECKER FINK LLP
> 1050 K Street NW, Suite 1040
> Washington, DC 20001
> Telephone: (212) 763-0883
> Facsimile: (212) 564-0883
> cgoodwin@heckerfink.com

2.      I submit this Affidavit in support of my Motion for Admission *pro hac vice* in this case.

3.      I am a member in good standing of the District of Columbia Bar and the Bar of the State of New York. Certificates of Good Standing are annexed hereto.

4.      I have never been convicted of a felony.

5.      I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

6. There are no disciplinary proceedings presently against me.

I hereby certify that the foregoing statements made by me are true and correct. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: Washington, DC
      December 11, 2025

_____
Chloe K. Goodwin

Signed and Sworn to before me on

December 11_____, 2025

by _Chloe Goodwin_____

_____
Notary Public

DISTRICT OF COLUMBIA
AMY MARIE CHEN
NOTARY PUBLIC
My Comm. Exp.
Nov 30, 2026