

On behalf of *JULIO A. CASTILLO*, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

# *Chloe Kathryn Goodwin*

*was duly qualified and admitted on August 12, 2020 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.*

**In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on December 04, 2025.**

*JULIO A. CASTILLO*
*Clerk of the Court*

*Issued By:*

*David Chu - Director, Membership*
*District of Columbia Bar Membership*

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.*