**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

DOORDASH, INC. and UBER
TECHNOLOGIES, INC.,

                                Plaintiffs,

     -against-

CITY OF NEW YORK,

                               Defendant.

Case No. 25-cv-10268

**[PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE***

The motion of Applicant Chloe K. Goodwin for admission to practice *pro hac vice* in the above-captioned matter is GRANTED.

Applicant has declared that she is a member in good standing of the bars of the District of Columbia and the State of New York and that her contact information is as follows:

> Chloe K. Goodwin
> HECKER FINK LLP
> 1050 K Street NW, Suite 1040
> Washington, DC 20001
> Telephone: (212) 763-0883
> Facsimile: (212) 564-0883
> cgoodwin@heckerfink.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Plaintiff Uber Technologies, Inc. in the above-entitled action;

IT IS HEREBY ORDERED that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____
      New York, New York

_____
U.S. District Judge