

**THE CITY OF NEW YORK**

MURIEL GOODE-TRUFANT
*Corporation Counsel*

**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

JESSICA KATZEN
Assistant Corporation Counsel
phone: (212) 356-1646
email: jkatzen@law.nyc.gov

December 19, 2025

**SO ORDERED:**

*George B Daniel*
George B. Daniels, U.S.D.J.

Dated: JAN 0 5 2025

**By ECF**
The Honorable George B. Daniels
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *DoorDash, et al. v City of New York*, 1:25-cv-10268 (GBD)

Your Honor:

      I am an Assistant Corporation Counsel in the office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, one of the attorneys for Defendant City of New York ("City") in the above-referenced action. I am writing to respectfully request (1) a proposed briefing schedule regarding Plaintiffs' motion for a preliminary injunction (Dkt. No. 9) and (2) an extension of Defendant's time to answer or otherwise respond to the Complaint.

      Defendant respectfully requests that the Court adopt the below briefing schedule for Plaintiffs' motion for a preliminary injunction, to which the parties have jointly agreed.
- Defendant's opposition: January 5, 2026
- Plaintiffs' reply: January 12, 2026

      Should the Court decide to hold oral argument in connection with Plaintiffs' motion for a preliminary injunction, the parties further respectfully request that any such argument be held on January 14, 2026, ahead of the subject law's January 26, 2026 effective date, and that the initial conference currently set for that date be rescheduled to a future date following resolution of the motion for a preliminary injunction and Defendant's response to the Complaint.

      Defendant also respectfully requests a 60-day extension for Defendant to respond to the Complaint, from January 2, 2026 to March 3, 2026. This additional time is needed for Defendant to oppose the motion for a preliminary injunction, and to evaluate and appropriately respond to the allegations raised in the Complaint, which challenges two New York City Local

Laws under the First, Fifth, and Fourteenth Amendments of the U.S. Constitution, as well as raises claims under the New York State Constitution. Plaintiffs consent to this extension.

        This is the first request for an extension of time. As the proposed extensions do not affect any other previously scheduled date, I request that the Court approve such extension. Thank you for your consideration.

        Respectfully submitted,

        Jessica Katzen
        Assistant Corporation Counsel

cc: Counsel for Plaintiffs (via ECF)