# Exhibit A

**LOCAL LAWS
OF
THE CITY OF NEW YORK
FOR THE YEAR 2025**

_____

**No. 107**

_____

Introduced by Council Members Abreu, Menin, Gutiérrez, Restler, Nurse, Marte, Hanif, Hudson, Feliz, Brewer, Krishnan, Farías, Avilés, Ayala, Banks, Salaam, Williams, Rivera, Cabán, De La Rosa and Joseph.

**A LOCAL LAW**

**To amend the administrative code of the city of New York, in relation to establishing gratuity standards for food delivery workers and grocery delivery workers**

*Be it enacted by the Council as follows:*

Section 1. Paragraph 4 of subdivision b of section 20-1522 of the administrative code of the city of New York, as added by a local law for the year 2025 amending the administrative code of the city of New York, relating to protections for contracted delivery workers, as proposed in introduction number 1133, is amended to read as follows:

4. [Reserved] *When providing an opportunity to pay a gratuity pursuant to paragraph 3 of this subdivision, a third-party food delivery service or third-party grocery delivery service shall provide a customer with gratuity options that may be set at the discretion of such service, provided that such gratuity options include an option to pay a gratuity that is at least 10 percent of the purchase price and an additional option that allows such customer to manually enter a different amount or percentage of such purchase price.*

§ 2. This local law takes effect on the same date that a local law for the year 2025 amending the administrative code of the city of New York, relating to safe delivery device access for contracted delivery workers, as proposed in introduction number 30-B, takes effect.

THE CITY OF NEW YORK, OFFICE OF THE CITY CLERK, s.s.:

I hereby certify that the foregoing is a true copy of a local law of The City of New York, passed by the Council on July 14, 2025 and returned unsigned by the Mayor on August 12, 2025.

MICHAEL M. McSWEENEY, City Clerk, Clerk of the Council.

CERTIFICATION OF CORPORATION COUNSEL

I hereby certify that the form of the enclosed local law (Local Law No. 107 of 2025, Council Int. No. 737-A of 2024) to be filed with the Secretary of State contains the correct text of the local law passed by the New York City Council, presented to the Mayor, and neither approved nor disapproved within thirty days thereafter.

SPENCER FISHER, Acting Corporation Counsel.

2