# Exhibit G

Int. No. 737

By Council Members Abreu, Menin, Gutiérrez, Restler, Nurse, Marte, Hanif, Hudson, Feliz, Brewer, Krishnan, Farías, Avilés, Ayala, Banks, Salaam, Williams, Rivera and Cabán

A Local Law to amend the administrative code of the city of New York, in relation to establishing gratuity standards for food delivery workers

Be it enacted by the Council as follows:

Section 1. Subdivision b of section 20-563.2 of the administrative code of the city of New York is amended by adding a new paragraph 4 to read as follows:

4. For each transaction where gratuity is solicited, a third-party food delivery service shall suggest and offer an option of a gratuity of at least 10 percent of the purchase price.

§ 2. This local law takes effect 120 days after it becomes law.

SS
LS #15383
1/18/24

1

# Plain Language Summary

**Current Introduction Number:**

Int. No. 737

**Prime Sponsors:**

By Council Members Abreu, Menin, Gutiérrez, Restler, Nurse, Marte, Hanif, Hudson, Feliz, Brewer, Krishnan, Farías, Avilés, Ayala, Banks, Salaam, Williams, Rivera and Cabán

**Bill Title:**

A Local Law to amend the administrative code of the city of New York, in relation to establishing gratuity standards for food delivery workers

**Bill Summary:**

**This plain language summary is for informational purposes only and does not substitute for legal counsel. For more information, you should review the full text of the bill, which is available online at legistar.council.nyc.gov.**

This bill would require third-party food delivery services, such as Uber Eats and Seamless, to suggest gratuity at a minimum of 10 percent of the purchase price on each food delivery order.

**Effective Date:**

120 days after it becomes law

**Legislative Impact:**

☐ **Agency Rulemaking Required**: Is City agency rulemaking required?
☐ **Report Required**: Is a report due to Council required?
☐ **Sunset Date Included**: Does the legislation have a sunset date?
☐ **Council Appointment Required**: Is an appointment by the Council required?
☐ **Other Appointment Required**: Are other appointments not by the Council required?

**Note:** In the full bill text online at legistar.council.nyc.gov, language in proposed consolidated laws that is enclosed by [brackets] would be deleted, and language that is underlined would be new. Language in proposed unconsolidated laws, in contrast, will not have brackets or underlining because it would be entirely new. Consolidation means that the law would be placed in the New York City Charter or Administrative Code.

Session 12
SS
LS 15383
1/18/24

Int. No. 737-A

By Council Members Abreu, Menin, Gutiérrez, Restler, Nurse, Marte, Hanif, Hudson, Feliz, Brewer, Krishnan, Farías, Avilés, Ayala, Banks, Salaam, Williams, Rivera, Cabán, De La Rosa and Joseph

A Local Law to amend the administrative code of the city of New York, in relation to establishing gratuity standards for food delivery workers and grocery delivery workers

Be it enacted by the Council as follows:

Section 1. Paragraph 4 of subdivision b of section 20-1522 of the administrative code of the city of New York, as added by a local law for the year 2025 amending the administrative code of the city of New York, relating to protections for contracted delivery workers, as proposed in introduction number 1133, is amended to read as follows:

4. [Reserved] When providing an opportunity to pay a gratuity pursuant to paragraph 3 of this subdivision, a third-party food delivery service or third-party grocery delivery service shall provide a customer with gratuity options that may be set at the discretion of such service, provided that such gratuity options include an option to pay a gratuity that is at least 10 percent of the purchase price and an additional option that allows such customer to manually enter a different amount or percentage of such purchase price.

§ 2. This local law takes effect on the same date that a local law for the year 2025 amending the administrative code of the city of New York, relating to safe delivery device access for contracted delivery workers, as proposed in introduction number 30-B, takes effect.

SS
LS #15383
7/3/25

1

# Plain Language Summary

**Current Introduction Number:**

Proposed Int. No. 737-A

**Prime Sponsors:**

By Council Members Abreu, Menin, Gutiérrez, Restler, Nurse, Marte, Hanif, Hudson, Feliz, Brewer, Krishnan, Farías, Avilés, Ayala, Banks, Salaam, Williams, Rivera, Cabán, De La Rosa and Joseph

**Bill Title:**

A Local Law to amend the administrative code of the city of New York, in relation to establishing gratuity standards for food delivery workers and grocery delivery workers

**Bill Summary:**

**This plain language summary is for informational purposes only and does not substitute for legal counsel. For more information, you should review the full text of the bill, which is available online at legistar.council.nyc.gov.**

This bill would require third-party food delivery services and third-party grocery delivery services such as Uber Eats and Instacart, to provide an option to pay gratuity that is at least 10 percent of the purchase price on each food or grocery delivery order.

**Effective Date:**

The same date that a local law for the year 2025 amending the administrative code of the city of New York, relating to safe delivery device access for contracted delivery workers, as proposed in introduction number 30-B, takes effect.

**Legislative Impact:**

☐ **Agency Rulemaking Required**: Is City agency rulemaking required?
☐ **Report Required**: Is a report due to Council required?
☐ **Sunset Date Included**: Does the legislation have a sunset date?
☐ **Council Appointment Required**: Is an appointment by the Council required?
☐ **Other Appointment Required**: Are other appointments not by the Council required?

**Note:** In the full bill text online at legistar.council.nyc.gov, language in proposed consolidated laws that is enclosed by [brackets] would be deleted, and language that is underlined would be new. Language in proposed unconsolidated laws, in contrast, will not have brackets or underlining because it would be entirely new. Consolidation means that the law would be placed in the New York City Charter or Administrative Code.

Session 12
SS
LS 15383
7/3/25