# Exhibit H

Int. No. 738

By Council Members Abreu, Gutiérrez, Menin, Restler, Nurse, Marte, Hanif, Hudson, Feliz, Krishnan, Farías, Avilés, Narcisse, Banks, Salaam, Rivera, Williams, Brewer, Ayala and Cabán

A Local Law to amend the administrative code of the city of New York, in relation to requiring third-party food delivery services that solicit gratuities to do so before or at the same time an online order is placed

Be it enacted by the Council as follows:

Section 1. Subdivision b of section of 20-563.2 of the administrative code of the city of New York is amended by adding a new paragraph 4 to read as follows:

4. Any third-party food delivery service that solicits a gratuity for a food delivery worker hired, retained or engaged by such third-party food delivery service from a customer in connection with an online order shall solicit the gratuity in a conspicuous manner before or at the same time the online order is placed.

§ 2. This local law takes effect 90 days after it becomes law.

DPM
LS #15382/15384
3/13/2024 4:32 PM

1

# Plain Language Summary

**Current Introduction Number:**

Int. No. 738

**Prime Sponsors:**

By Council Members Abreu, Gutiérrez, Menin, Restler, Nurse, Marte, Hanif, Hudson, Feliz, Krishnan, Farías, Avilés, Narcisse, Banks, Salaam, Rivera, Williams, Brewer, Ayala and Cabán

**Bill Title:**

A Local Law to amend the administrative code of the city of New York, in relation to requiring third-party food delivery services that solicit gratuities to do so before or at the same time an online order is placed

**Bill Summary:**

**This plain language summary is for informational purposes only and does not substitute for legal counsel. For more information, you should review the full text of the bill, which is available online at legistar.council.nyc.gov.**

This bill would require third-party food delivery services that solicit gratuities for food delivery workers to conspicuously solicit gratuities before or at the same time an online order is placed.

**Effective Date:**

90 days after becoming law

**Legislative Impact:**

☐ **Agency Rulemaking Required**: Is City agency rulemaking required?
☐ **Report Required**: Is a report due to Council required?
☐ **Sunset Date Included**: Does the legislation have a sunset date?
☐ **Council Appointment Required**: Is an appointment by the Council required?
☐ **Other Appointment Required**: Are other appointments not by the Council required?

**Note:** In the full bill text online at legistar.council.nyc.gov, language in proposed consolidated laws that is enclosed by [brackets] would be deleted, and language that is underlined would be new. Language in proposed unconsolidated laws, in contrast, will not have brackets or underlining because it would be entirely new. Consolidation means that the law would be placed in the New York City Charter or Administrative Code.

DPM
LS #15382/15384
3/13/2024 4:30 PM

Int. No. 738-A

By Council Members Abreu, Gutiérrez, Menin, Restler, Nurse, Marte, Hanif, Hudson, Feliz, Krishnan, Farías, Avilés, Narcisse, Banks, Salaam, Rivera, Williams, Brewer, Ayala, Cabán, De La Rosa and Joseph

A Local Law to amend the administrative code of the city of New York, in relation to requiring third-party food delivery services and third-party grocery delivery services to provide an opportunity to pay a gratuity before or at the same time an online order is placed

Be it enacted by the Council as follows:

Section 1. Paragraphs 3 and 5 of subdivision b of section of 20-1522 of the administrative code of the city of New York, as added by a local law for the year 2025 amending the administrative code of the city of New York, relating to protections for contracted delivery workers, as proposed in introduction number 1133, are amended to read as follows:

3. [Reserved] A third-party food delivery service or third-party grocery delivery service that allows a customer to place an order by, through or with the assistance of its website, mobile application or other internet service must provide such customer an opportunity to pay a gratuity to the food delivery worker or grocery delivery worker retained by such service who delivers, selects, prepares, or assembles such order. Such third-party food delivery service or third-party grocery delivery service must provide such opportunity to a customer in plain language and in a conspicuous manner before or at the same time such customer places such order. Nothing herein shall be construed to require a customer to pay a gratuity or to prohibit a third-party food delivery service or third-party grocery delivery service from providing a customer an additional opportunity to add, remove, or adjust a gratuity after an order is placed.

5. [Reserved] The department may promulgate rules for the implementation of this section, including specifying the form and manner of the opportunity to pay a gratuity pursuant to this section.

1

2

§ 2. This local law takes effect on the same date that a local law for the year 2025 amending the administrative code of the city of New York, relating to safe delivery device access for contracted delivery workers, as proposed in introduction number 30-B, takes effect.

DPM
LS #15382/15384
7/3/25

2

# Plain Language Summary

**Current Introduction Number:**

Proposed Int. No. 738-A

**Prime Sponsors:**

By Council Members Abreu, Gutiérrez, Menin, Restler, Nurse, Marte, Hanif, Hudson, Feliz, Krishnan, Farías, Avilés, Narcisse, Banks, Salaam, Rivera, Williams, Brewer, Ayala, Cabán, De La Rosa and Joseph

**Bill Title:**

A Local Law to amend the administrative code of the city of New York, in relation to requiring third-party food delivery services and third-party grocery delivery services to provide an opportunity to pay gratuity before or at the same time an online order is placed

**Bill Summary:**

**This plain language summary is for informational purposes only and does not substitute for legal counsel. For more information, you should review the full text of the bill, which is available online at legistar.council.nyc.gov.**

This bill would require third-party food delivery services and third-party grocery delivery services that offer online ordering to solicit gratuities for food delivery workers and grocery delivery workers before or at the same time an online order is placed.

**Effective Date:**

The same date that a local law for the year 2025 amending the administrative code of the city of New York, relating to safe delivery device access for contracted delivery workers, as proposed in introduction number 30-B, takes effect.

**Legislative Impact:**

- ☐ **Agency Rulemaking Required**: Is City agency rulemaking required?
- ☐ **Report Required**: Is a report due to Council required?
- ☐ **Sunset Date Included**: Does the legislation have a sunset date?
- ☐ **Council Appointment Required**: Is an appointment by the Council required?
- ☐ **Other Appointment Required**: Are other appointments not by the Council required?

**Note:** In the full bill text online at legistar.council.nyc.gov, language in proposed consolidated laws that is enclosed by [brackets] would be deleted, and language that is underlined would be new. Language in proposed unconsolidated laws, in contrast, will not have brackets or underlining because it would be entirely new. Consolidation means that the law would be placed in the New York City Charter or Administrative Code.

DPM
LS #15382/15384
7/3/25