UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DOORDASH, INC. and UBER TECHNOLOGIES, INC.,<br><br>                Plaintiffs,<br><br>-against-<br><br>THE CITY OF NEW YORK,<br><br>                Defendant. | Case No. 25-cv-10268 (GBD)<br><br>**<u>NOTICE OF APPEAL</u>** |

Notice is hereby given that Plaintiffs DoorDash, Inc., and Uber Technologies, Inc., appeal to the United States Court of Appeals for the Second Circuit from the Order signed and entered by Judge George B. Daniels of this Court on January 23, 2026 (Dkt. 38), denying Plaintiffs' motion for a preliminary injunction.

(*Remainder of this page is intentionally left blank*.)

Dated:   January 23, 2026

                                                Respectfully submitted,

| GIBSON, DUNN & CRUTCHER LLP | HECKER FINK LLP |
|---|---|
| By: /s/ *Gabriel Herrmann* | By: /s/ *John C. Quinn (with permission)* |
| Gabriel Herrmann | John C. Quinn |
| Gabriel Herrmann<br>Nicholaus C. Mills<br>200 Park Avenue<br>New York, NY 10166<br>GHerrman@gibsondunn.com<br>NMills@gibsondunn.com | John C. Quinn<br>350 Fifth Avenue, 63rd Floor<br>New York, New York 10118<br>(212) 763-0883<br>jquinn@heckerfink.com |
| Michael Holecek (*PHV*)<br>Katie Townsend<br>333 South Grand Avenue<br>Los Angeles, CA  90071<br>MHolecek@gibsondunn.com<br>KTownsend@gibsondunn.com | Trisha Anderson (*PHV*)<br>Chloe Goodwin (*PHV*)<br>1050 K Street, NW, Suite 1040<br>Washington, D.C. 20001<br>(212) 763-0883<br>tanderson@heckerfink.com<br>cgoodwin@heckerfink.com |
| Connor P. Mui (*PHV*)<br>1700 M Street, N.W.<br>Washington, D.C. 20036-4504<br>CMui@gibsondunn.com | *Attorneys for Plaintiff Uber Technologies, Inc.*[1] |
| *Attorneys for Plaintiff DoorDash, Inc.* | |

---

[1] Pursuant to Section 8.5 of the SDNY ECF Rules and Instructions, electronic signatures are being used on consent of all parties.

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 23, 2026, I filed and therefore caused the foregoing document to be served via the CM/ECF system in the United States District Court for the Southern District of New York on all parties registered for CM/ECF in the above-captioned matter:

/s/ *Gabriel Herrmann*

Gabriel Herrmann


/s/ *John C. Quinn (with permission)*

John C. Quinn


*Counsel for Plaintiffs*