# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 28th day of January, two thousand twenty-six.

Before:         Steven J. Menashi,
                *Circuit Judge.*

_____

DoorDash, Inc., Uber Technologies, Inc.,

      Plaintiffs - Appellants,

v.

City of New York,

      Defendant - Appellee.

_____

**ORDER**

Docket No. 26-158

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/28/2026

Appellants move for an injunction pending appeal.

IT IS HEREBY ORDERED that, to the extent Appellants request a temporary injunction pending review by a three-Judge panel, the motion is DENIED. The motion is REFERRED to a three-Judge panel.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 01/28/2026