# GIBSON DUNN

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166
www.gibsondunn.com

March 5, 2026

Via ECF

Hon. George B. Daniels
United States District Court
500 Pearl Street
New York, NY 10007

SO ORDERED:

*George B. Daniels, U.S.D.J.*

Dated: **MAR 0 5 2026**

Gabriel Herrmann
T: +1 212.351.4000
gherrmann@gibsondunn.com

Re:   *DoorDash, Inc. et al. v. City of New York*, No. 1:25-cv-10268 (GBD)
      Request for Extension of Time

Dear Judge Daniels:

We represent Plaintiffs DoorDash, Inc. and Uber Technologies, Inc. in the above-referenced action. Plaintiffs submit this letter, pursuant to Part II.C of this Court's Individual Rules and Practices, to request an extension of two (2) weeks for their opposition to the City's motion to dismiss (Dkt. No. 45), from March 17, 2026, to March 31, 2026. The City consents so long as Plaintiffs likewise consent to the City's request for an extension of one (1) week for its reply in support of its motion. Plaintiffs consent to the City's request.

Accordingly, Plaintiffs respectfully request that the Court approve the following briefing schedule for the City's motion to dismiss, to which the parties have jointly agreed:

- Plaintiffs' opposition to the City's motion to dismiss will be due on March 31, 2026.
- The City's reply in support of its motion to dismiss will be due on April 14, 2026.

This is Plaintiffs' first request for an extension of time, and the second total request for an extension of time. The City's previous request for an extension (Dkt. No. 29) was granted (Dkt. No. 30). As the proposed extensions do not affect any other previously scheduled date, we request that the Court approve such extensions.

As always, we thank the Court for its consideration.

Respectfully submitted,

*/s/ Gabriel Herrmann*
Gabriel Herrmann

*/s/ John C. Quinn*
John C. Quinn

*Counsel to Plaintiff DoorDash, Inc.*

*Counsel to Plaintiff Uber Technologies, Inc.*

cc:  All counsel of record (via ECF)