

**THE CITY OF NEW YORK**
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**STEVEN BANKS**
*Corporation Counsel*

**JESSICA KATZEN**
Assistant Corporation Counsel
phone: (212) 356-1646
email: jkatzen@law.nyc.gov

March 12, 2026

**By ECF**
The Honorable George B. Daniels
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re: *DoorDash, et al. v City of New York*, 1:25-cv-10268 (GBD)
       Clarification of Deadline for City's reply brief

Your Honor:

        I am an Assistant Corporation Counsel in the office of Steven Banks, Corporation Counsel of the City of New York, one of the attorneys for Defendant City of New York ("City") in the above-referenced action. The City submits this letter to seek clarification on whether the deadline for the reply to its Motion to Dismiss the Complaint is April 14, 2026.

        On March 5, 2026, Your Honor endorsed a letter filed by Plaintiffs setting forth a proposed briefing schedule for the City's Motion to Dismiss (ECF 48). The letter provided that Plaintiff's opposition to the motion is due on March 31, 2026, and the City's reply brief is due two weeks later, on April 14, 2026. However, the corresponding text on the docket reads "Responses due by 3/31/2026, Replies due by 4/4/26," which would give the City just five days to respond to Plaintiff's opposition.

        The City respectfully requests that this Court clarify that the City's reply brief is due on April 14, 2026, not April 4, 2026. Thank you for your consideration of this request.

        Respectfully submitted,

*Jessica Katzen*

Jessica Katzen
Assistant Corporation Counsel

cc: Counsel for Plaintiffs (via ECF)