**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

DOORDASH, INC. and UBER      :
TECHNOLOGIES, INC.,      :

                    Plaintiffs,   :

             -against-         :

                       :

THE CITY OF NEW YORK,      :

                   Defendant.   :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

                          ORDER

            25 Civ. 10268 (GBD)

GEORGE B. DANIELS, United States District Judge:

This Court will provide remote public audio access to the oral argument on the City's

motion to dismiss (ECF No. 45) scheduled for April 23, 2026 at 10:00 a.m.  Counsel, members of

the press, and the public may access the listen-only audio feed of the conference by calling +1

(646) 453-4442 and entering the conference ID 984 223 842#.

Dated: April 21, 2026
      New York, New York

                       SO ORDERED.

                       *George B. Daniels*

                       GEORGE B. DANIELS
                       United States District Judge