S.D.N.Y. – N.Y.C.
25-cv-10268
Daniels, J.

# United States Court of Appeals

FOR THE

SECOND CIRCUIT

| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED 4/21/2026 |

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 21st day of April, two thousand twenty-six.

Present:

> Debra Ann Livingston,
> *Chief Judge,*
> Dennis Jacobs,
> Beth Robinson,
> *Circuit Judges.*

---

DoorDash, Inc., Uber Technologies, Inc.,

> *Plaintiffs-Appellants,*

v.                                                                                      26-158

City of New York,

> *Defendant-Appellee.*

---

Appellants move for an injunction pending appeal.  Upon due consideration, it is hereby ORDERED that the motion is DENIED because Appellants have failed to make the required showing that an injunction pending appeal is warranted.  *Reyes v. City of New York*, 141 F.4th 55, 66 n.12 (2d Cir. 2025).

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

*Catherine O'Hagan Wolfe*

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

*Catherine O'Hagan Wolfe*

CERTIFIED COPY ISSUED ON 04/21/2026